IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY WILSON and KIMBERLY WILSON, the parents of Martez Wilson,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF DOUGLASVILLE, GA, OFFICER COYLEE DANLEY, in his individual capacity, OFFICER ANDREW SMITH, in his individual capacity, SGT. CALDWELL, in his individual capacity, EMT SEAN FLACK, in his individual capacity, PARAMEDIC BRIAN PORTERFIELD, in his individual capacity,<br><br>   Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-00634-ELR |

### CONSENT ORDER FOR STAY OF PROCEEDINGS AS TO DEFENDANT OFFICER ANDREW SMITH PURSUANT TO THE SERVICEMEMBER'S CIVIL RELIEF ACT, 50 U.S.C. § 3901, *et. seq.*

Upon consideration of the Parties' consent motion for a stay of proceedings as against Defendant Andrew Smith, and for good cause shown, said motion is hereby granted, and it is hereby ORDERED that, pursuant to the Servicemember's Civil Relief Act, 50 U.S.C. § 3901, *et seq.,* the above-captioned proceedings as they pertain to plaintiffs' claims against Defendant Smith shall be stayed for a

period of six (6) months from the date of the Court's order; that plaintiffs' claims against the remaining defendants be allowed to proceed; that at the expiration of the six (6) month stay, the parties shall file a status report showing the status of Smith's then-current military service, and detail any change in their respective positions of whether a continuation of the stay is appropriate.

SO ORDERED, this 31st day of July, 2017.

_Eleanor L. Ross_
HONORABLE ELEANOR L. ROSS
Judge, United States District Court

**Consented to:**

| For Plaintiffs Anthony and Kimberley Wilson: | For Defendants Douglasville, Danley, and Smith: |
|---|---|
| /s/ G. Brian Spears | /s/ Dianna J. Lee |
| (signed with express permission by Dianna J. Lee) | Harvey S. Gray |
| G. Brian Spears | Georgia Bar No. 305838 |
| Georgia Bar No. 670112 | Dianna J. Lee |
| 1126 Ponce de Leon Avenue | Georgia Bar No. 163391 |
| Atlanta, GA 30306 | GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE |
| 404-872-7086 | 1700 Atlanta Plaza |
| 404-892-1128 (fax) | 950 East Paces Ferry Road |
| bspears@mindspring.com | Atlanta, Georgia 30326 |
| | (404) 870-7376 (Gray) |
| | (404) 870-5955 (Lee) |
| | hgray@grsmb.com |
| | dlee@grsmb.com |

| | |
|---|---|
| **For Plaintiffs Anthony and Kimberley Wilson:** | **For Defendants Porterfield and Flack:** |
| /s/ Jeffrey R. Filipovits | /s/ Sun S. Choy |
| (signed with express permission by Dianna J. Lee) | (signed with express permission by Dianna J. Lee) |
| Jeffrey R. Filipovits | Sun S. Choy |
| Georgia Bar No. 825553 | Georgia Bar No. 025148 |
| FILIPOVITS LAW FIRM, PC | Sara E. Brochstein |
| 2900 Chamblee-Tucker Road | Georgia Bar No. 446366 |
| Building 1 | FREEMAN, MATHIS & GARY, LLP |
| Atlanta, GA  30341 | 100 Galleria Parkway, Suite 1600 |
| 770-455-1350 | Atlanta, GA  30339-5948 |
| jeff@law.filipovits.com | 770-818-0000 |
| jrfilipovits@gmail.com | 770-818-1412 (Choy Direct) |
| | 404-587-6387 (Choy Cell) |
| **For Defendant Cadwell:** | 770-937-9960 (fax) |
| | schoy@fmglaw.com |
| /s/ Brian R. Dempsey | sbrochstein@fmglaw.com |
| (signed with express permission by Dianna J. Lee) | |
| Brian R. Dempsey | |
| Georgia Bar No. 217596 | |
| QUINTAIROS, PRIETO, WOOD & BOYER, P.A. | |
| 1000 Parkwood Circle, Suite 900 | |
| Atlanta, GA  30339 | |
| 770-661-0529 | |
| 678-784-4026 (direct) | |
| 404-697-5592 (cell) | |
| 770-661-8529 (fax) | |
| brian.dempsey@qpwblaw.com | |