IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY WILSON and KIMBERLY WILSON, the parents of Martez Wilson, and the ESTATE OF MARTEZ WILSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DOUGLASVILLE, GA, OFFICER COYLEE DANLEY, et al.,<br><br>Defendants. | Case No.<br>1:17-CV-00634-ELR |

## NOTICE OF ISSUANCE OF SUBPOENA

Notice is hereby given to the Defendants that the following Subpoena, a copy of which is attached, was issued on August 24, 2017:

1.   Cellco Partnership d/b/a Verizon Wireless.

S/ G. BRIAN SPEARS
Bar No. 670112
Attorney for Plaintiffs

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele:  (404) 872-7086
Fax:   (404) 892-1128
Email: Bspears@mindspring.com

<u>S/JEFFREY R. FILIPOVITS</u>
Georgia Bar No. 825553
Attorney for Plaintiff

Filipovits Law, pc
2900 Chamblee-Tucker Road
Building 1
Atlanta, Georgia 30341
Tele: (770) 455-1350
<u>jeff@law.filipovits.com</u>

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| ANTHONY WILSON and KIMBERLY WILSON <br> *Plaintiff* <br> v. <br> CITY OF DOUGLASVILLE, GA, et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1:17-CV-00634-ELR |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Cellco Partnership, d/b/a Verizon Wireless, Custodian of Records   Fax: 888-667-0028

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
  SEE EXHIBIT "A" ATTACHED HERETO.

| Place: Brian Spears, Attorney at Law <br> 1126 Ponce de Leon Ave. <br> Atlanta, GA 30306 | Date and Time: <br> 09/13/2017 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

  The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  08/24/2017

| *CLERK OF COURT* | OR | *[signature] Brian Spears* |
|---|---|---|
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Plaintiffs
_____, who issues or requests this subpoena, are:
Brian Spears, 1126 Ponce de Leon Ave., Atlanta, GA 30306    bspears@mindspring.com    Tele: (404) 872-7086

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:17-CV-00634-ELR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## EXHIBIT "A"

1. Any and all records for the phone number 678-542-6000 including, but not limited to, the identity of the subscriber, call details inclusive of originating number, number dialed, incoming numbers, terminating numbers, length of call, length of text message and content of text message for the period of time from March 3, 2015 through March 4, 2015.

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2017, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record who are registered CM/ECF filers.

S/BRIAN SPEARS, ECF-Registered Attorney
Georgia Bar No. 670112
Attorney for Plaintiff
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com
