IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTHONY WILSON and KIMBERLY )
WILSON, the parents of Martez Wilson, )
and the ESTATE OF MARTEZ WILSON, )
                                   )          Case No.
              Plaintiff,           )       1:17-CV-00634-ELR
                                   )
v.                                 )
                                   )
CITY OF DOUGLASVILLE, GA,          )
OFFICER COYLEE DANLEY, et al.,     )
                                   )
              Defendants.          )

## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to LR 5.4, the undersigned hereby certifies that the following discovery has been served upon all persons identified in the Certificate of Service attached hereto and incorporated herein by reference:

1.  Amended Notice to Take Depositions (Flack and Porterfield).

This the 8th day of September, 2017.

S/ G. BRIAN SPEARS

Bar No. 670112

Attorney for Plaintiff

1126 Ponce de Leon Ave., N.E.

Atlanta, Georgia 30306

Tele:  (404) 872-7086

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 8, 2017, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Brian R. Dempsey
Quintairos, Prieto, Wood & Boyer
1000 Parkwood Circle, Suite 900
Atlanta, GA 30339

Jeffrey R. Filipovits
Filipovits Law Firm, PC
2900 Chamblee-Tucker Road
Building 1
Atlanta, GA 30341

Harvey S. Gray
Dianna J. Lee
Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326

Sun S. Choy
Sara E. Brochstein
Freeman, Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948

<u>S/BRIAN SPEARS, ECF-Registered Attorney</u>
Georgia Bar No. 670112
Attorney for Plaintiff
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com