IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY WILSON and KIMBERLY WILSON, the parents of Martez Wilson, and the ESTATE OF MARTEZ WILSON, | ) ) ) ) |
| Plaintiff, | ) Case No. ) 1:17-CV-00634-ELR |
| v. | ) ) ) |
| CITY OF DOUGLASVILLE, GA, OFFICER COYLEE DANLEY, et al., | ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' NOTICE OF DISCLOSURE OF EXPERT WITNESS KRIS SPERRY, M.D. PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

COME NOW the Plaintiffs, and, in accordance with the requirements of Rule 26 of the Federal Rules of Civil Procedure, provide notice of the disclosure to all parties herein of Plaintiffs' designation of Expert Witness, Kris Sperry, M.D., and concurrently herewith submit the following materials to all parties:

Rule 26 Report of Kris Sperry, M.D., along with Dr. Sperry's Curriculum Vitae and Fee Schedule.

So submitted on this the 1st day of November, 2017.

-1-

S/ Brian Spears
Bar No. 670112
Attorney for Plaintiffs

1126 Ponce de Leon Avenue
Atlanta, Georgia 30306
404-872-7086 (voice)
404-892-1128 (facsimile)
bspears@mindspring.com


S/JEFFREY R. FILIPOVITS
Georgia Bar No. 825553
Attorney for Plaintiffs


Filipovits Law, PC
2900 Chamblee-Tucker Road
Building 1
Atlanta, Georgia 30341
Tele: (770) 455-1350
jeff@law.filipovits.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 1, 2017, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Brian R. Dempsey
Carothers & Mitchell, LLC
Attorneys at Law
1809 Buford Highway
Buford, GA 30518

Harvey S. Gray
Dianna J. Lee
Gray, Rust, St. Amand, Moffett &
Brieske, L.L.P.
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326

Sun S. Choy
Sara E. Brochstein
Freeman, Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948

S/BRIAN SPEARS, ECF-Registered Attorney
Georgia Bar No. 670112
Attorney for Plaintiff
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com