IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANTHONY WILSON and KIMBERLY WILSON, the parents of Martez Wilson, and the ESTATE OF MARTEZ WILSON, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO. 1:17-CV-00634-ELR |
| V. | ) ) | |
| CITY OF DOUGLASVILLE, GA, OFFICER COYLEE DANLEY, in his individual capacity, OFFICER ANDREW SMITH, in his individual capacity, SGT. CALDWELL, in his individual capacity, EMT SEAN FLACK, in his individual capacity, PARAMEDIC BRIAN PORTERFIELD, in his individual capacity, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## AMENDED NOTICE TO TAKE DEPOSITION OF KRIS SPERRY, MD

TO:   Kris Sperry, MD
       c/o Brian Spears, Esq.
       1126 Ponce de Leon Avenue
       Atlanta, Georgia 30306

PLEASE TAKE NOTICE that on Wednesday, March 7, 2018 beginning at

10:00 a.m. at the offices of Freeman, Mathis & Gary, LLP, 100 Galleria Parkway,

Suite 1600, Atlanta, Georgia 30339, the undersigned counsel for Defendants Bryan Porterfield and Sean Flack will proceed to take the deposition of Kris Sperry, MD. This deposition will be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure for purposes of discovery.  The deposition will be taken by means of stenographic recordings, before a certified court reporter or some other officer duly authorized by law to take depositions and will continue from day to day, excluding Saturdays, Sundays, and holidays, until its completion.

FREEMAN MATHIS & GARY, LLP

*/s/ Sara E. Brochstein*
Sun S. Choy
Georgia Bar No. 025148
schoy@fmglaw.com
Sara E. Brochstein
Georgia Bar No. 446366
sbrochstein@fmglaw.com

*Attorneys for Defendants*
*Sean Flack and Bryan Porterfield*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this day served the within and foregoing

**AMENDED NOTICE TO TAKE DEPOSITION OF KRIS SPERRY, MD** to

counsel of record as follows:

Brian Spears, Esq.  
1126 Ponce de Leon Avenue  
Atlanta, GA 30306

Jeffrey Filipovits, Esq.  
Filipovits Law Firm, P.C.  
Building 1  
2900 Chamblee-Tucker Road  
Atlanta, GA 30341

Brian R. Dempsey, Esq.  
Carothers & Mitchell, LLC  
1809 Buford Highway  
Buford, GA 30518

Harvey S. Gray, Esq.  
Dianna J. Lee, Esq.  
Gray, Rust, St. Amand, Moffett & Brieske, LLP  
950 East Paces Ferry Road  
1700 Atlanta Plaza  
Atlanta, GA 30326

This <u>12th</u> day of February, 2018.

*/s/ Sara E. Brochstein*  
Sun S. Choy  
Georgia Bar No. 025148  
schoy@fmglaw.com  
Sara E. Brochstein  
Georgia Bar No. 446366  
sbrochstein@fmglaw.com  
*Attorneys for Defendants*  
*Sean Flack and Bryan Porterfield*

FREEMAN MATHIS & GARY, LLP  
100 Galleria Parkway, Suite 1600  
Atlanta, GA 30339-5948  
(770) 818-0000 (telephone)  
(770) 937-9960 (facsimile)