IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY WILSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | 1:17-cv-00634-ELR |
| CITY OF DOUGLASVILLE, GA, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF TAKING VIDEOTAPED DEPOSITION OF ROGER A. CLARK**

Please take notice that counsel for defendants City of Douglasville, Georgia, Coylee Danley and Ryan Cadwell will take the videotaped deposition of Roger A. Clark on Friday, March 23, 2018, beginning at 10:00 a.m., at the offices of Gray, Rust, St. Amand, Moffett & Brieske, LLP, 1700 Atlanta Plaza, 950 East Paces Ferry Road, Atlanta, Georgia 30326; 770-870-7373.

This deposition will be taken pursuant to provisions of F.R.C.P. 30 for purposes of discovery, cross-examination and all other purposes allowed by law and will be recorded by videotape and stenographic means. The deposition will continue from time to time and day to day until completed.

The undersigned, in accordance with L.R. 7.1 and 5.1(b) hereby certifies that the type font used herein is 13-Point Book Antigua font.

This 13th day of March, 2018.

| | |
|---|---|
| /s/ Harvey S. Gray | /s/ Brian R. Dempsey |
| Harvey S. Gray | Brian R. Dempsey |
| Georgia Bar No. 305838 | Georgia Bar No. 217596 |
| Dianna J. Lee | Carothers & Mitchell, LLC |
| Georgia Bar No. 163391 | 1809 Buford Highway |
| GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP | Buford, GA 30518 |
| 1700 Atlanta Plaza | 770-932-3552 |
| 950 East Paces Ferry Road | *Attorney for Defendant Ryan Cadwell* |
| Atlanta, Georgia 30326 | |
| (404) 870-7376 (Gray) | |
| (404) 870-5955 (Lee) | |
| (404) 870-7374 (Fax) | |

*Attorneys for Defendants City of Douglasville, Georgia, Coylee Danley*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing **NOTICE OF TAKING VIDEOTAPED DEPOSITION OF ROGER A. CLARK** with the Clerk of Court using the CM/ECF system which automatically sends a service copy via email notification upon all counsel of record.

This 13th day of March, 2018.

/s/Harvey S. Gray
Harvey S. Gray
Georgia Bar No. 305838
Dianna J. Lee
Georgia Bar No. 163391
*Attorneys for Defendants City of Douglasville, Georgia, Coylee Danley*

GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia  30326
(404) 870-7376 (Gray)
(404) 870-5955 (Lee)
(404) 870-7374 (Fax)
hgray@grsmb.com
dlee@grsmb.com