IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


ANTHONY WILSON and KIMBERLY       )
WILSON, the parents of Martez     )
Wilson, and the ESTATE OF MARTEZ  )
WILSON,                           )
                                  )
     Plaintiffs,                  )
                                  )
   vs.                            ) CASE NO.
                                  ) 1:17-CV-00634-ELR
                                  )
CITY OF DOUGLASVILLE, GA,         )
OFFICER COYLEE DANLEY, et al.,    )
                                  )
      Defendants.                 )


- - -


         The deposition of COYLEE DANLEY, taken on

behalf of the Plaintiffs, pursuant to agreement of

counsel, taken for all purposes authorized under the

Federal Rules of Civil Procedure; the reading and

signing of the deposition being waived; taken before

Lynette Leviton, Certified Court Reporter, commencing

at 10:30 a.m. on this the 10th day of October, 2017,

at 950 East Paces Ferry Road, Suite 1700, Atlanta,

Georgia.

1      A      Right.

2      Q      Have you used that standard in the field in

3  other circumstances?

4      A      I have said that before, yes.

5      Q      Have you heard other officers in the City of

6  Douglasville say that?

7      A      Yes.

8      Q      Is that part of your training?

9      A      No.  It's, it's not part of the training,

10  no.

11      Q      Okay.  How much have you heard, if you can

12  just give me a broad estimate, you know, either

13  monthly or yearly or whatever, but how common is it

14  for a suspect to report that they are having

15  difficulty breathing?

16      A      It's very common.  Almost weekly if you're

17  dealing with subjects who have been running.

18      Q      Almost weekly you hear someone report that

19  they are having difficulty breathing?

20      A      Yeah.

21      Q      And have you reliably used the standard that

22  if they can talk to you then they are not having

23  difficulty breathing?

24      A      Not difficulty but that they can breath,

25  yes.

1    Q    Okay.  So under what circumstances based on

2  your experience would an officer or deputy with the

3  city -- with the sheriff's department respond to

4  something occurring within the city limits?

5    A    If they're in the area, we need extra patrol

6  units to set a perimeter.

7    Q    Do you guys all share a dispatch channel?

8    A    No.

9    Q    Okay.  So if a call goes out to get back-up,

10  if you put in a call to get back-up, do you know how

11  that call is relayed to sheriff's deputies?

12    A    I do -- no.

13    Q    Okay.  But they would not hear your radio

14  traffic?

15    A    They would not hear my radio traffic unless

16  they have a scanner.

17    Q    Okay.  If -- Scratch that.  On the scene of

18  Mr. Wilson's arrest, who was the officer in charge?

19    A    Me.

20    Q    You?

21    A    Yes.

22    Q    Why not Smith?

23    A    I was the first to make contact.

24    Q    Is that a rule that you guys follow or

25  practice?

1      A    It's just a practice.  It's just standard.

2      Q    Okay.

3      A    On the scene of the actual arrest?

4      Q    Right.

5      A    Yeah.  I would be in charge, yes.

6      Q    Yeah.  For now when I'm talking about the

7  scene or the incident I'm talking about in the

8  neighborhood as opposed to at the jail.

9      A    Okay.

10      Q    I'll make it clear when we shift to the

11  jail.  Officer Smith was the same rank as you though;

12  right?

13      A    Correct.

14      Q    Do you know who had been working longer for

15  the police department?

16      A    Me.

17      Q    Do you know how much longer?

18      A    Maybe a year and a half, two years maybe.

19      Q    Who has the final -- If EMS is called to the

20  scene, who has the final decision over the transport

21  destination of a prisoner?

22      A    EMS.

23      Q    Can you ever override EMS's decision?

24      A    No.

25      Q    Now, let's narrow that a little bit.

37

1    Q    Why?

2    A    We get subjects that are passively resistant

3  a lot.  A lot of subjects that we deal with choose, or

4  try to choose the hospital over jail.

5    Q    So you thought he was faking it because you

6  think a lot of people fake it?

7    A    A lot of people do fake it, yeah.

8    Q    Okay.  So you thought he was faking it

9  because a lot of people fake it?

10    A    Yeah.

11    Q    What specifically did Mr. Wilson do that

12  caused you -- Not everyone is faking it; right?

13    A    Not everyone, no, no.

14    Q    So there must have been something beside the

15  fact that other people fake it that caused you to

16  think he was faking it.

17    A    He was, he was speaking but he was also --

18  He was limp.  A lot of people just go limp and force

19  us to pick them up, carry them, that sort of thing.

20    Q    Okay.  So he was speaking and he was limp.

21  What was he saying when he was speaking?

22    A    He was actually saying that he was having

23  trouble breathing.

24    Q    Did he say anything else?

25    A    I don't recall anything else.

1      Q    Okay.  So he was limp and he was telling you
2  that he's having trouble breathing?
3      A    Correct.
4      Q    What other factors caused you to believe
5  that he was faking?
6      A    The fact that he -- we knew that there was a
7  burglary and we caught him.
8      Q    Okay.  Any other factors that caused you to
9  believe that Mr. Wilson was faking his condition?
10     A    No.
11     Q    Now, when you found Mr. Wilson, you saw him
12  lying face down in the driveway; correct?
13     A    Yes.
14     Q    And his pants were around --
15     A    His pants and his underwear were down like
16  around his ankles.
17     Q    His underwear was all the way down to his
18  ankles?
19     A    Well, just below his knees.
20     Q    Okay.  And he's face down in the driveway?
21     A    Yes.
22     Q    And he did not react at all to your patrol
23  car; correct?
24     A    No.
25     Q    And when you approached him, what did you

39

1   say?

2        A    Initially I asked him who, who are you.  And

3   then I noticed that I could not see his hands and I

4   told him to put his hands behind his back.

5        Q    Now, at the point you were in that

6   neighborhood looking for suspects in this burglary,

7   you didn't really have any description of what they

8   looked like, did you?

9        A    All I knew was black males, jeans and

10  hoodies.

11       Q    Who told you that?

12       A    We -- I'm not sure who said it over the

13  radio.  It may have been Officer Dukes.  It may have

14  been Sergeant Sanders at the time.

15       Q    Okay.  So any black male in jeans and a

16  hoodie is a suspect here; right?

17       A    At this point, yes.

18       Q    So when you saw him lying face down in the

19  driveway, at what point did he become -- At what point

20  did you see enough to confirm that he was a suspect?

21       A    He was, he was wearing jeans.  I can't

22  recall the color of his hoodie, but I believe he did

23  have on a hoodie.  It may have been red.

24       Q    All right.  And at the point you saw

25  Mr. Wilson, no one else was around; right?

41

1      Q     What conditions would you look for if a

2    suspect is having difficulty breathing?  How would

3    that, based on your training, do you know how that

4    would manifest?  What would happen to a person?

5      A     Usually wheezing, color change in the

6    skin.

7      Q     What would a color change in the skin

8    indicate?

9      A     Lack of oxygen.

10     Q     What about a seizure, is that something that

11   you would watch for?

12     A     Yes.

13     Q     Foaming at the mouth?

14     A     Yes.

15     Q     Would that be cause for alarm?

16     A     Yes.

17     Q     Would that cause, based on your training,

18   would you summon EMS if you saw a seizure?

19     A     Yes.

20     Q     Even if they had just left?

21     A     Yes.

22     Q     Same thing for foaming at the mouth?

23     A     Yes.

24     Q     You transported the second suspect?

25     A     Correct.

1      Q     Mr. Burroughs?

2      A     Yeah.

3      Q     Is that, for the court reporter's benefit,

4   b-u-r-r-o-u-g-h-s?

5      A     Yes.

6      Q     Recall his first name?

7      A     I do not.

8      Q     Okay.  And then Officer Smith transported

9   Mr. Wilson?

10     A     Correct.

11     Q     And at the point you transported Smith --

12  Well, the two of you transported Smith [sic] and

13  Burroughs, Sergeant Cadwell left the scene?

14     A     Yes.

15     Q     Had no further involvement?

16     A     Correct.

17     Q     All right.  Would you say that Mr. Wilson

18  became less responsive to you as time went on?

19     A     Yes.

20     Q     How long after you arrived on the scene

21  until somebody called EMS?

22     A     I'm not exactly sure.  Maybe five minutes.

23     Q     Who called EMS?

24     A     Officer Smith.

25     Q     Why didn't you call EMS?

43

1      A    Say again.

2      Q    Why didn't you call EMS?

3      A    I didn't call EMS because I was securing the

4  scene.  There was a second subject.  We also learned

5  that there was a third subject.  I was just looking

6  out for my own safety.

7      Q    How long does it take to call EMS?

8      A    Not long.

9      Q    You just have to radio to dispatch; right?

10     A    Correct.

11     Q    On your shoulder microphone?

12     A    Correct.

13     Q    Press a button and say you need medical

14  treatment here; correct?

15     A    Correct.

16     Q    They already have your location?

17     A    Yes.

18     Q    Did you delay because you thought he was

19  faking?

20     A    No.

21     Q    So you thought he was faking, but you didn't

22  delay because of that?

23     A    No.

24     Q    You never delay because you think someone is

25  faking; right?

56

1   told to station yourself where you're located?

2        A    I wasn't told to station myself in this

3   exact location.  I was just given the general area.

4        Q    Okay.

5        A    I know the area pretty well.  I knew they

6   jumped the back fence.  I knew that backed up to

7   Catherine.

8        Q    Okay.  How far is where you are currently

9   located from Freewheeling Honda?

10       A    I'm not exactly sure.  I know the

11  fence backed -- I'm not sure if that's their fence or

12  not.  I don't think it is.  But it's on the other side

13  of these houses.

14       Q    Okay.  Less than a mile?

15       A    Yes.

16       Q    Less than half a mile?

17       A    Yes.

18            (Whereupon, there was a discussion off the

19       record.)

20  BY MR. FILIPOVITS:

21       Q    So we were discussing how far from

22  Freewheeling -- Is it Freewheeling Honda?

23       A    Yes.

24       Q    Okay.  How far from Freewheeling Honda you

25  are -- is from your current location and you're

57

1  saying, what, about a football field?

2      A      Probably, yeah, football field.

3      Q      Okay.  All right.  We're going to pick it up

4  at 14:11.  All right.  Now, that driveway on the right

5  there at 14:21 is that the driveway where Mr. Wilson

6  was laying?

7      A      Yes.

8      Q      And you saw him from your previous position;

9  right?

10     A      Correct.

11     Q      And you just saw someone laying on the

12 ground?

13     A      Correct.

14     Q      Were you able to determine anything about

15 that person at that point?

16     A      No.

17     Q      What made you think that this was one of the

18 suspects as opposed to a resident who was having an

19 emergency?

20     A      I know this -- I've responded to calls in

21 this neighborhood before.  Most of the residents here

22 are elderly.  At the time when I was initially

23 stationed, I was scanning the scene with the spotlight

24 and I -- when I saw him, I believed he was actually

25 low crawling under my spotlight to keep me from

1        A     Yes.

2        Q     Okay.  So you have said who are you and how

3    did Mr. Wilson respond?

4        A     He didn't respond.

5        Q     Okay.  Let's pick it up at 14:44.  Pausing

6    at 15 there.  That was your first verbal interaction

7    with Mr. Wilson; correct?

8        A     Correct.

9        Q     And you told him that he better put his

10   hands behind his back and he responded; right?

11       A     Correct.

12       Q     Were you able to make out what he said?

13       A     No.

14       Q     Did he move in response to your arrival?

15       A     Initially, no.

16       Q     All right.  We're going to pick it up.  You

17   tell him put your fucking arms behind your back or I'm

18   going to do it for you and it ain't going to be nice.

19       A     Correct.

20       Q     What does that mean?

21       A     That means that I would have to physically

22   take his arms, force them behind his back and handcuff

23   him.

24       Q     All right.  Going to pick it up at 15

25   minutes.  All right.  At 15 minutes and 20 seconds did

1    we hear the sound of you handcuffing him?

2         A    Yes.

3         Q    Did you move his hands to handcuff him?

4         A    I did not.

5         Q    He moved his hands?

6         A    He put his hands behind his back.

7         Q    So he complied with you?

8         A    Yes.

9         Q    He was lying face down; right?

10        A    Correct.

11        Q    And where were his arms?

12        A    Initially they were under his chest.

13        Q    Okay.

14        A    When I told him the first time to move them,

15   he put them down by his sides.  And then when I told

16   him to put them all the way behind his back, he folded

17   his arms behind his back.

18        Q    And he remained face down?

19        A    Correct.

20        Q    All right.  So at 15 minutes 20 seconds of

21   your video Wilson is in handcuffs?

22        A    Correct.

23        Q    Okay.  Pick it up at 15:20.  Pause at 15:46

24   Now, you asked -- Were you asking Wilson where is your

25   partner?

1      A      Yes.

2      Q      Okay.  And when he says -- speak about your

3  partner, is that because you believe there are two

4  suspects?

5      A      Yes.

6      Q      Okay.  And Mr. Wilson it sounded like

7  muttered some type of response.

8      A      Yes.  But I --

9      Q      You could not understand it?

10     A      No.

11     Q      Unintelligible?

12     A      Correct.

13     Q      All right.  Pickup at 15:46.  All right.  So

14  at 15:50 who are you talking to?

15     A      Burroughs.

16     Q      And where did Mr. Burroughs appear from?

17     A      From behind this residence.

18     Q      Okay.  And did he come out with his hands

19  up?

20     A      I believe he did have his hands up.

21     Q      Okay.  So he was surrendering?

22     A      Yes.

23     Q      And did he get on the ground when ordered

24  to?

25     A      Not initially.  I had to tell him a couple

1    of times --

2         Q     Okay.

3         A     -- to lay down.

4         Q     Did he eventually get on the ground?

5         A     Yes.

6         Q     And you handcuffed him?

7         A     Correct.

8         Q     Okay.  We're going to unpause at 15:51.

9    Now, at 16:17 I just paused it.  Did we just hear the

10   sound of you handcuffing Burroughs?

11        A     Correct.

12        Q     So at 16:17 in the video both of, both

13   Wilson and Burroughs are in handcuffs?

14        A     Yes.

15        Q     When Burroughs came up, Mr. Wilson remained

16   motionless on the ground; correct?

17        A     Correct.

18        Q     All right.  Unpause at 16:17.  Now, that who

19   just responded right around 16, we're at 16:37, you

20   were asking who is that sitting at the top of

21   Catherine that was right behind me, is there one more

22   of y'all, who are you directing that to?

23        A     The initial question of who is that sitting

24   behind me, that was on the radio.

25        Q     Okay.

64

1          A     No.

2          Q     All right.  We'll pick up 16:53.  All right.

3     Is that patrol car that arrived at 17:26, is that

4     Officer Smith?

5          A     Yes.

6          Q     Okay.  So at this point you've got two

7     suspects in handcuffs and you believe there may be a

8     third suspect?

9          A     Yes.

10         Q     Both suspects are on the ground?

11         A     Yes.

12         Q     And the only thing that you've been able to

13    make out Mr. Wilson saying is that he can't breathe?

14         A     Correct.

15         Q     Okay.  Pick it up at 17:26.  This person

16    walking across the scene at 17:33, is that Officer

17    Smith?

18         A     It is.

19         Q     Okay.  When you say don't you fucking move,

20    are you talking to Burroughs?

21         A     Yes.

22         Q     Okay.  All right.  Right around 18 minutes

23    we saw you go into the patrol car and come back out.

24    What are you doing there?

25         A     Grabbed gloves.

65

1       Q    Why did you grab gloves?

2       A    Because we were going to have to put his

3   clothes back on for him.  I didn't want to touch him

4   with bare hands.

5       Q    All right.  Pick it up there.  All right.

6   So did you just hear Officer Smith say what's wrong

7   with your legs?

8       A    Yes.

9       Q    Was he speaking to Mr. Wilson?

10      A    Yes.

11      Q    What was Officer Smith doing at that point?

12  Was he trying to lift Wilson?

13      A    I think he's turning him over.

14      Q    Okay.

15      A    To sit him up.

16      Q    Okay.  We're just going to go back a little

17  bit to 17:59.  Now right after Mr. Smith says what's

18  wrong with his leg you hear Mr. Wilson make a sound.

19      A    Yes.

20      Q    Unintelligible again?

21      A    Correct.

22      Q    All right.  Pick it up there.  All right.

23  So you tell Mr. Wilson that you don't give a fuck

24  right now and that he has to get up; right?

25      A    Correct.

69

1  at this point?

2      A     Yes.

3      Q     Mr. Wilson is still on the ground?

4      A     Correct.

5      Q     Okay.  Pick up at 18:39  You hear Mr. Wilson

6  say at 18:41 I can't breathe?

7      A     Yes.  At this point he's sitting up but he's

8  no longer laying on the ground.

9      Q     Okay.

10     A     I think he's sitting up resting against

11 Officer Smith's leg.

12     Q     So who picked him up?

13     A     We didn't stand him up.  Officer Smith

14 turned him and lifted him up to where he was sitting

15 up but still on the ground.

16     Q     Okay.  All right.  Continuing at 18:42.  Is

17 that let's give it a count, is that Burroughs?

18     A     That's Burroughs.

19     Q     Okay.  Continuing 18:46.  Now, that was

20 radio traffic about a canine that we heard just now?

21     A     Correct.

22     Q     And then more inaudible mumbling.  Is that

23 Mr. Wilson?

24     A     I'm not sure if that was Wilson or

25 Burroughs.

70

1      Q      Okay.  So we're at 18:59.  Do you know who
2   we just heard speaking right around 19:10?
3      A      That's Burroughs.
4      Q      Okay.  Continuing on.  Then 19:20 did we
5   just hear another I can't breathe?
6      A      Yes.
7      Q      Still haven't called EMS?
8      A      Actually, Smith called EMS.
9      Q      Already?
10      A      Right, right --
11      Q      Oh, right now?
12      A      Yeah.
13      Q      Okay.  I'll unpause it at 19:21.  When you
14   say he's screaming it there at 19:24, what are you
15   referring to?
16      A      I'm not sure.
17      Q      Okay.  Let's back up a little bit.  Go to
18   19:15 see if you can figure out from the context.  So
19   did we just hear Smith say he's saying he can't
20   breathe?
21      A      Correct.
22      Q      And he's saying that over the radio?
23      A      Right.
24      Q      Okay.  So that's the call to dispatch -- or
25   that's the call for EMS?

71

1       A       Yes.

2       Q       Okay.  All right.  Then when you say he's

3   screaming it?

4       A       I was talking about Wilson.

5       Q       Okay.  What do you mean by or what did you

6   mean by he's screaming it?

7       A       He was saying I can't breathe loud enough

8   for us to hear him.

9       Q       Okay.  You said that to dispatch?

10      A       No.

11      Q       No.  Just to, just to Smith?

12      A       Yeah.

13      Q       Okay.  19:24 going forward.  All right.  Now

14  we just heard a new -- Was that a new voice?

15      A       No.  That was also Burroughs.  That was

16  Burroughs again.

17      Q       Sounded like someone else on the scene

18  talking.

19      A       That was Smith.  But I don't know who he was

20  talking to.

21      Q       Okay.  But that was still Smith's voice?

22      A       Yeah, that was still Smith.

23      Q       Okay.  Cadwell is not on the scene yet?

24      A       I'm not sure.

25      Q       Okay.  All right.  We're going to pick it up

1  at 19:36.  Did we just hear another I can't breathe in

2  there?

3        A    I didn't hear that.

4        Q    Let me go back to 19:24.  Did you hear an I

5  can't breathe?

6        A    I did hear another.

7        Q    Okay.  And at this point Wilson is still

8  seated where he had been previously positioned?

9        A    Yes.

10       Q    Hasn't moved?

11       A    No.

12       Q    All right.  19:38.  All right.  I just

13  paused at 20:06.  Someone asked you guys need help.

14  Do you know who that was?

15       A    I didn't hear it.

16       Q    Okay.  Let me do it once more.

17       A    Yeah.

18       Q    All right.  Pause.  Does that sound like

19  Cadwell?

20       A    Yes.

21       Q    And is that his first, first time you've

22  heard his video on this recording or --

23            MR. GRAY:  Voice.

24       A    Voice, yes.

25  BY MR. FILIPOVITS:

1        A      I believed he was breathing.

2        Q      Okay.  Did you see Wilson's face at this

3   point?

4        A      No.

5        Q      Okay.  Let's pick it up.  All right.  So at

6   this point at 21:39 have you closed the door to your

7   patrol car with Burroughs inside?

8        A      Yes.

9        Q      Okay.  And the conversation we just heard

10  about spring break and Douglasville not being the

11  place for that shit, that was just you and

12  Burroughs?

13       A      Correct.

14       Q      Sorry.  Picking up at 21:40.  We just heard

15  someone say come on dude get up at 22:15.  Was that

16  Cadwell?

17       A      Yes.

18       Q      All right.  Picking up at 22:15.  Now, at

19  22:26 we just heard the following exchange, what's the

20  matter with you, Mr. Wilson faintly said I can't

21  breathe and Cadwell asked why, because you're in

22  handcuffs.

23       A      Yes.

24       Q      All right.  Picking it up there.  Okay.  So

25  stop at 22:35.  You tell Mr. Wilson that he's going to

1  responding?

2      A    I'm not sure if that was Smith's voice or my

3  voice.  But they said they need to step it up, because

4  he's not responding step it up by lights and sirens.

5      Q    Okay.  Okay.  That's it for those.

6           MR. SPEARS:  Go off the record.

7           (Whereupon, there was a discussion off the

8      record.)

9  BY MR. FILIPOVITS:

10     Q    So we're going to play you some of Sergeant

11  Cadwell's dash cam recording.  The video is

12  unremarkable, so we aren't going to worry about it.

13  We're just going to talk about the audio.

14          MR. SPEARS:  I have it up at 33:18.

15          MR. FILIPOVITS:  Fine to start right

16      there.

17          MR. SPEARS:  Start?

18          MR. FILIPOVITS:  Yep.

19  BY MR. FILIPOVITS:

20     Q    Okay.  Let's pause real quick.  We heard do

21  you guys just need help.  Was that Cadwell?

22     A    Yes.

23     Q    Okay.  Continue.  Okay.  Let's pause for a

24  second.  So at this point are you able to discern is

25  Wilson at this point propped up against Smith?

1        A     Yes.

2        Q     Okay.  And was that you that made a

3  reference to EMS?  I know the audio skipped.

4        A     I'm not sure.

5        Q     Let's go back to 33:20.

6              MR. DEMPSEY:  Go off for a second.

7              (Whereupon, there was a discussion off the

8        record.)

9              MR. FILIPOVITS:  Pause right there.

10  BY MR. FILIPOVITS:

11        Q     So Cadwell walks up and says do you guys

12  need help; right?

13        A     Correct.

14        Q     And then he says dispatch says that and he

15  trails off?

16        A     Correct.

17        Q     Okay.  And maybe there was some reference by

18  you to EMS?

19        A     That was Officer Smith.

20        Q     That was Smith.  Okay.  So at the point

21  Cadwell arrives, EMS is on the way?

22        A     Correct.

23        Q     And then you, we hear your voice at about 3

24  minutes 30 seconds describing where Wilson was

25  laying?