```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
ANTHONY WILSON and KIMBERLY  )
WILSON, the parents of       )
Martez Wilson, and the       )
ESTATE OF MARTEZ WILSON,     )
                             )
         Plaintiff,          )
                             ) CIVIL ACTION FILE
      vs.                    )
                             ) NO. 1:17-CV-00634-ELR
CITY OF DOUGLASVILLE, GA,    )
OFFICER COYLEE DANLEY, in    )
his individual capacity,     )
OFFICER ANDREW SMITH, in     )
his individual capacity,     )
SGT. CALDWELL, in his        )
individual capacity, EMT     )
SEAN FLACK, in his individual)
capacity, PARAMEDIC BRIAN    )
PORTERFIELD, in his          )
individual capacity,         )
                             )
         Defendants.         )
_____
          DEPOSITION OF KRIS LEE SPERRY, M.D.
_____
                    March 7, 2018
                     10:09 a.m.
                   At the offices of
                 Freeman, Mathis & Gary
            100 Galleria Parkway, Suite 1600
                 Atlanta, Georgia  30339

              Debra J. Puckett, CCR B1188
                Deb Puckett & Associates
                    636 Old Ivy Road
                 Atlanta, Georgia  30342
                      678-428-3562
                debpuckett@bellsouth.net
```

2

DISCLOSURE

STATE OF GEORGIA          Deposition of
                         KRIS LEE SPERRY, M.D.

COUNTY OF FULTON

      Pursuant to Article 8.B of the Rules and
Regulations of the Board of Court Reporting of the
Judicial Council of Georgia, I make the following
disclosure.

      I am a Georgia Certified Court Reporter.  I am
here as an independent contractor for Deb Puckett &
Associates.

      Deb Puckett & Associates was contacted by the
offices of Freeman, Mathis & Gary LLP to provide
court reporting services for this deposition.  Deb
Puckett & Associates will not be taking this
deposition under any contract that is prohibited by
O.C.G.A. 15-14-37(a) and (b).
      Deb Puckett & Associates has no
contract/agreement to provide reporting services
with any party to the case, any counsel in the case,
or any reporter or reporting agency from whom a
referral might have been made to cover this
deposition.  Deb Puckett & Associates will charge
its usual and customary rates to all parties in the
case, and a financial discount will not be given to
any party to this litigation.
Debra J. Puckett, CCR# B1188  March 7, 2018

3

APPEARANCES OF COUNSEL:

On behalf of the Plaintiff:

        BRIAN SPEARS
        Attorney at Law
        1126 Ponce de Leon Avenue
        Atlanta, Georgia 30306
        Jeff Filipovits
        Attorney at Law
        Filipovits Law Firm, P.C.
        2900 Chamblee Tucker Road
        Building 1
        Atlanta, Georgia  30341

On behalf of the Defendants
Sean Flack and Brian Porterfield:
        SUN S. CHOY
        Attorney at Law
        Freeman, Mathis & Gary
        100 Galleria Parkway
        Suite 1600
        Atlanta, Georgia 30339

On behalf of the Defendants City of Douglasville,
Officer Coylee Danley and Officer Andrew Smith:
        HARVEY S. GRAY
        Attorney at Law
        Gray, Rust, St. Amand, Moffett & Brieske, LLP
        1700 Atlanta Plaza
        950 East Paces Ferry Road, NE
        Atlanta, Georgia  30326

On behalf of the Defendant Sgt. Cadwell:

        BRIAN R. DEMPSEY
        Attorney at Law
        Carothers & Mitchell, LLC
        1809 Buford Highway
        Buford, Georgia 30518

4

# I  N  D  E  X

                                                        Page

Cross-Examination by Mr. Choy................  5

Cross-Examination by Mr. Gray...............  182

Cross-Examination by Mr. Dempsey............  190

Recross-Examination by Mr. Gray.............  196




# E  X  H  I  B  I  T  S

Defendants' Exhibit                              Page

        1       Curriculum Vitae..................  7

        2       Fee schedule.....................  84

        3       Invoices.........................  86

        4       List of materials reviewed........  99

        5       Subpoena.........................  110

        6       ACSM and CHAMP Summit article.....  163

    7A - 7D   Medical articles..................  171

5

```
 1                      -- -- --
 2              KRIS LEE SPERRY, M.D.,
 3   having been duly sworn, was examined and deposed as
 4   follows:
 5                  CROSS-EXAMINATION
 6   BY MR. CHOY:
 7       Q    Sir, would you state your full name for
 8   the record.
 9       A    My name is Kris Lee Sperry.  My first
10   name is spelled with a K.  My last name is
11   S-p-e-r-r-y.
12       Q    All right.  We're here to take your
13   discovery deposition, Dr. Sperry.  I'm sure
14   you've given depositions on plenty of occasions,
15   correct?
16       A    Yes.
17       Q    All right.  And as I understand it,
18   you're here pursuant to agreement of counsel and
19   a subpoena?
20       A    Yes.
21          MR. CHOY:  And we've asked for certain
22       documents to be produced at your deposition and
23       as I recall, Brian, you just gave us a list of
24       materials that he viewed?
25          MR. SPEARS:  There's a list in his
```

6

1      report and whatever else he has according to

2      Dr. Sperry, hold me he was just going to bring

3      his file, so.

4      Q    (By Mr. Choy) Have you brought your file

5  or haven't you brought your file or doesn't it

6  matter?

7      A    Well, yes, of course, I always do.

8      Q    Okay.  Is it like in an electronic --

9      A    No, these are some videos, DVD videos.

10  And everything else is here.

11      Q    My only point was that you do reference

12  your report, your Rule 26 Report and you listed

13  the materials that you reviewed in this file,

14  correct?

15      A    Yes.

16      Q    Are there any additional materials that

17  you have brought with you today that were not listed

18  in your report?

19      A    The only other thing that I -- that's

20  not listed that I brought would be the re-autopsy

21  or the second autopsy that was done on the body of

22  Mr. Wilson -- excuse me -- yes, at, that was over

23  at Newberry Pathology Associates.  I brought that

24  report with me.  I did not have that report or

25  actually know it had been generated at the time I

7

1    wrote my report.

2        Q    I see.  And having the benefit of that

3    report now, does that change any of your opinions in

4    this case?

5        A    No.

6        Q    All right.  And obviously we will talk a

7    little bit more about that.

8             Well, this is the first time, if I can

9    recall that I deposed you Dr. Sperry, so I do want

10   to go over your background.

11            Let's go ahead and mark as exhibit one to

12   your deposition your CV.

13                        (Documents were marked for

14                        identification as Defendants'

15                        Exhibit No. 1).

16       Q    (By Mr. Choy) And I'm handing you what has

17   been marked as exhibit one to your deposition and if

18   you can take a look at that and identify that for

19   the record.

20       A    Yes, this is a copy of my curriculum vitae

21   and it is the most up-to-date version.

22       Q    Let's just go through your CV, sir.  How

23   old are you?

24       A    I'm 63.

25       Q    And as noted here you were born in Topeka

8

1    Kansas; is that correct?

2         A    Yes.

3         Q    Is that where you were raised?

4         A    No, I was raised in -- well, lived in

5    Topeka for I know a few years.  And then I was

6    raised really in Lawrence, Kansas.

7         Q    So in the state of Kansas?

8         A    Yes.

9         Q    And when did you first come to Georgia?

10        A    In the end of December of 1989.

11        Q    And that was for a job?

12        A    Yes.

13        Q    All right.  We'll get to that.

14             And you currently live in Peachtree City?

15        A    Yes.

16        Q    Are you married?

17        A    Yes.

18        Q    Who is your wife?

19        A    Janice Blair Sperry.

20        Q    Do you have any children over the age of

21   16?

22        A    Yes, four of them.

23        Q    Do any of them live in the metropolitan

24   area?

25        A    Two do, yes.

9

1       Q     And what are their names?

2       A     The daughter is named Bekkah, B-e-k-k-a-h

3  Sperry.  And son is Benjamin Sperry.

4       Q     And the other two, are they licensed in

5  Georgia, driver's license wise?  Or they live

6  outside of the state?

7       A     Oh, they live -- one daughter lives in

8  California and the other in Florida.

9       Q     I see.  Other than your wife and the two

10  children you identified that live in the

11  metropolitan area, do you have any other relatives

12  that live in the metropolitan area?

13      A     The only other one would be an ex-wife,

14  Laurie Sperry, who lives in Stone Mountain.

15      Q     I see.

16      A     That's all.

17      Q     And when did you get a divorce?

18      A     That would have been 2003.

19      Q     And what county?

20      A     In Gwinnett.

21      Q     And how long have you been living in

22  Peachtree City?

23      A     I think five years, thereabouts.

24      Q     And I note in your CV under current

25  position you note that you are the chief medical

10

1    examiner of the State of Georgia and you retired in

2    November of 2015; is that correct?

3         A    Yes.

4         Q    And then so certainly that is not your

5    current position?

6         A    Oh, no, since I'm retired from that.

7         Q    Right.  I just wanted clarification on

8    that.

9         A    Oh, sure.

10        Q    And then is your current position a

11   consultant in forensic medicine and pathology?

12        A    Yes.  If you can call it a position, yeah.

13        Q    Are you self-employed?

14        A    Yes.

15        Q    Do you operate under a legal entity at

16   all?

17        A    Yes.

18        Q    And what is that legal entity.

19        A    Sperry Forensic Pathology Consultants,

20   Incorporated.

21        Q    And how long have you operated under that

22   company?

23        A    I've had that actually 21 years.

24        Q    Are you an employee of that company?

25        A    Yes.

11

1      Q     Are you also an officer of that company?

2      A     Yes.

3      Q     What is your title as an employee?

4      A     I'm the -- well, as an employee -- I don't

5 know, it gets into things that I don't know all the

6 terminology of, but I'm the president, if you will,

7 if that's what you're asking.

8      Q     Just as legal speak president would be,

9 make you an officer of the corporation and then you

10 also identified yourself as an employee so that's

11 why I asked the question if you have a title as an

12 employee.

13     A     Well, I know that the corporation pays me

14 but our accountant really deals with all of that.

15     Q     And again my question is do you go by a

16 title other than president?

17     A     Not that I know of.

18     Q     Okay.  Does the company have any other

19 employees?

20     A     Just my wife, Blair.

21     Q     And what is her position?

22     A     She's the secretary and the treasurer.

23 Most importantly the treasurer.

24     Q     So she controls the money?

25     A     Correct.

12

1      Q    Is that what you're telling us?

2      A    That's exactly what I'm telling you.

3      Q    And then she draws a salary as well?

4      A    She does, yes.

5      Q    Any other employees of the company?

6      A    No, sir.

7      Q    All right.  You mentioned an accountant.

8  Who is your accountant?

9      A    Her name is Britney Montrois.

10  M-o-n-t-r-o-i-s.

11      Q    And where is Ms. Montrois?

12      A    She's in Stockbridge.

13      Q    Going through your education you graduated

14  from high school in Lawrence, Kansas; and for

15  college you attended Kansas State College of

16  Pittsburg; is that correct?

17      A    Yes.

18      Q    And that's in Pittsburg, Kansas?

19      A    Yes.

20      Q    Just to avoid any confusion.

21      A    With no, no "H".

22      Q    I see now.

23      A    It's the city by the pits.  There's strip

24  mining that's been going on there about 120 years

25  ago and they're still open pits everywhere that you

13

1   can go skinny dipping in.

2       Q    And then you graduated in 1975, then went

3   to medical school at the University of Kansas School

4   of Medicine in Kansas City, Kansas; is that correct?

5       A    Yes.

6       Q    And you obtained an M.D. degree in 1978.

7       A    Yes.

8       Q    So you went directly from undergrad to

9   medical school, correct?

10      A    Six-week interval.

11      Q    Okay.  And that's all for education.

12           And then your next heading in your CV is

13  post-graduate training; is that correct?

14      A    Yes.

15      Q    And you list here for Flexible Internship.

16  What does that mean?

17      A    That means that I spent a year in -- it's

18  really -- there's sort of an oldstyle also called

19  rotating internship where I spent 12 months rotating

20  through different specialities:  Emergency room

21  medicine, internal medicine, radiology, dermatology,

22  obstetrics and gynecology, surgery and pathology.

23  Just for usually anywhere from one to three months

24  depending on which ones they were.  So that's enough

25  to, you know, get me -- well, allow me to obtain a

14

1    medical license, you know, somebody -- you have to

2    have at least one year of post-graduate training in

3    something in order to be licensable in the United

4    States.

5        Q    So back then, and this is from July 1978

6    to June of 1979, you essentially did a rotation in

7    these different departments of the hospital?

8        A    Yes.

9        Q    Okay.  And that was at Allentown Hospital

10   in Pennsylvania, correct?

11       A    Yes.

12       Q    And you would spend any time from one to

13   three months in each of these departments, correct?

14       A    Yes.  Most of the time the larger block

15   was, the three months that was internal medicine and

16   basically hospital care of internal medicine

17   patients.  And then the other things -- I think I

18   spent two months delivering babies, I needed that

19   experience.  Otherwise the other things were one-

20   month increments.

21       Q    I see.  And during this approximately

22   one-year period at Allentown Hospital, did you have

23   an opportunity to treat any patients with sickle

24   disease or sickle cell trait?

25       A    I don't remember any with sickle cell

1    trait offhand that I can recall sitting here today.

2    I know there some patients that -- I mean I recall

3    seeing patients with full sickle cell disease who

4    came in usually through the emergency room or that I

5    took care of on the hospital wards who had -- were

6    having sickle cell crises.

7         Q    Okay.  Just for purposes of my education,

8    how would you define sickle cell trait?

9         A    Sickle cell trait is -- I'm trying to find

10   the best way to describe it succinctly.  Well, it's

11   essentially where a person's hemoglobin is a mixture

12   of the normal hemoglobin A which is what I would say

13   is the -- well, the majority of people who have

14   normal hemoglobin would have.  It's a mixture of two

15   Alpha chains and two Beta chains in the hemoglobin

16   molecule.

17             And there is a mutation which hemoglobin S

18   that is -- well, it's the one, it's the mutation

19   that causes either sickle cell trait or sickle cell

20   disease.  And with sickle cell trait there's a

21   mixture of approximately equal amounts of hemoglobin

22   A which is the normal hemoglobin that, you know, the

23   normal -- people with normal blood fetal types have

24   whereas the hemoglobin S is associated with

25   sickling.

16

1          So sickle cell trait is about an equal

2     mixture of hemoglobin A and hemoglobin S with very

3     small amounts of fetal hemoglobin, usually less than

4     5 percent and sometimes a few other small amounts.

5     Whereas full-blown sickle cell disease all the

6     hemoglobin is hemoglobin S or the sickle, what's

7     associated with sickling.

8          Q    I see.

9          A    If that's makes sense.

10          Q    Yes.  So is it possible for an individual

11     with sickle cell trait at some point in their life

12     to have full-blown sickle cell disease?

13          A    No.  In full-blown sickle cell disease

14     it's required to have, you know, almost all the

15     hemoglobin be the hemoglobin S.

16          Q    Okay.

17          A    And there's, there's different definitions

18     depending on other factors, other different types of

19     genetic-related blood diseases but generally

20     hemoglobin, the -- well, sickle cell trait, one

21     definition is that the hemoglobin S percentage is

22     less than 45 percent because sometimes it can be

23     more than 45 percent.  But then there are other

24     hemoglobin abnormalities that will cause a person to

25     manifest the sickle cell disease syndrome without

17

1    the majority of the hemoglobin being hemoglobin S.

2    So any way that's basically it.

3              So anyhow if you have sickle cell trait

4    then you will not -- the patients will not develop

5    full-blown sickle cell disease and have the typical

6    sickle cell crises.

7        Q    Okay.  So if an individual is born with

8    more than 45 percent of the S mutated hemoglobin,

9    then they may be considered to have sickle cell

10   disease.

11       A    They may.

12       Q    Okay.

13       A    And usually those patients -- if it's less

14   than a hundred percent, say just arbitrarily 50

15   percent hemoglobin S, if a person -- if a patient

16   like that is going to manifest really the sickle

17   cell disease, you know, its full-blown fashion,

18   usually there is another genetic abnormality like a

19   Beta thalassemia, a genetic abnormality in the Beta

20   chain that is separate from the spot mutation that

21   causes sickling.  So it gets -- there's something

22   like a 1100, at least known and recognized different

23   genetic variants of -- that can result in sickle

24   cell trait or sickle cell disease.

25       Q    Okay.  How is one diagnosed with sickle

18

1   cell trait?

2       A    Usually the diagnosis is made by

3   hemoglobin electrophoresis which is separating the

4   hemoglobin molecules chemically to look at the

5   percentage.  Well, in fact will identify the

6   presence of hemoglobin S and hemoglobin A and

7   perhaps the fetal hemoglobin as well, and then

8   ascribe percentages to each of those quantities.

9       Q    And that's conducted in a lab?

10      A    Yes, yes.

11      Q    Are there any other ways to diagnose an

12  individual with sickle cell trait?

13      A    Well, there some rapid tests, one is

14  called the Sickledex but they have a high degree of

15  unreliability of false positives and false negatives

16  that they're just not terribly reliable.  They're

17  used sometimes for screening tools but the problem

18  is, because of their unreliability, you can't really

19  trust the results.  Usually the diagnosis -- well,

20  today actually almost all African -- well, babies of

21  African-American decent in the United States have

22  testing done at birth to identify sickle cell trait

23  or sickle cell disease so that's, you know, most of

24  them are found, you know, today.  Otherwise -- and

25  that would include pretty much everyone of --

19

1   sitting here today, say high school age and younger.

2         Older individuals unless there's a reason

3   to do the testing, it's rarely diagnosed unless

4   there is a, like I said, a reason to do the testing

5   on someone or a suspicion that someone may have one

6   of the variants of sickling.

7         Q    Okay.  And again in terms of the testing

8   on newborns, that's done by drawing blood and doing

9   the lab work, correct?

10        A    Exactly, yes.

11        Q    Is there a method of diagnosing an

12   individual with sickle cell trait just by doing a

13   physical examination?

14        A    No.

15        Q    Same question with respect to sickle cell

16   disease.  You diagnose sickle cell disease by doing

17   the same lab work?

18        A    Yes.

19        Q    Okay.  And if those lab results come back

20   depending on the ratio of this S mutated hemoglobin,

21   either you have the sickle cell disease or the

22   sickle cell trait?

23        A    Yes, that's generally -- yes, that's

24   reasonable.

25        Q    For an individual who has sickle cell

20

1    trait, are there any symptoms that would appear?

2         A    Usually not.   I mean most people with

3    sickle cell trait will go through their entire lives

4    and may never know it.

5         Q    Okay.   What about individuals with sickle

6    cell disease?

7         A    Sickle cell disease is much more severe

8    because almost all the hemoglobin in most cases is

9    the S mutated variant and patients with sickle cell

10   disease usually are found in infancy or childhood

11   where they begin having problems.   Usually pain

12   crises, whether there's a sickling crisis that

13   causes really -- well, infarction or hypoxic injury

14   to bones.   And pain is, severe pain is usually the

15   first manifestation.

16        Q    And in terms of the mechanism for causing

17   the pain, is it because of this S mutation, the cell

18   shape or red blood cells become sickled?

19        A    Yes.   The cells become sickle and there's

20   a lot of different things that can cause it.

21   Usually it's a decreased oxygen tension although

22   because the cells -- the hemoglobin is abnormal.   It

23   affects the viscosity or the fluid dynamics of the

24   blood.

25             And if there's -- by affecting the fluid

21

1    dynamics, then the oxygen uptake ability of the

2    hemoglobin is affected which will cause the normal

3    round biconcave form of the red blood cells to shift

4    and they become sickled.  They look like quarter

5    moons, really, and this increases the viscosity, the

6    thickness of the blood and causes sludging and then

7    impairs the blood flow and oxygen supply to organs

8    through the body and especially the bones.  But

9    anything, any organ can and will be affected.

10        Q    Because blood travels throughout the

11   entire body?

12        A    Yeah, it should.

13        Q    Right.  You mentioned this term sickle

14   cell crisis.  What is that?

15        A    Well, sickle cell crisis is kind of a

16   broad encompassing term for any situation where

17   there is a tremendous amount of sickling alterations

18   of the red blood cells in a person's body who has

19   sickle cell disease and as result then the blood

20   becomes thick and sludges and it will not flow

21   through the blood vessels, especially the

22   microvasculature very well.  And so as a consequence

23   the tissues and organs throughout the body are

24   starved for oxygen.

25             And so the crisis can present as I

22

mentioned earlier, severe bone pain is probably the

most common manifestation.  But it can present with

confusion and disorientation.  Sometimes heart

rhythm disturbances.

One -- actually one of the more -- one of

most common things is seeing -- although this rarely

causes a problem -- but people -- patients with

sickle cell crisis can, will have abdominal pain.

And the spleen actually shrinks.  It essentially

auto-infarcts, if you will.  It will shrink down to

a little small remnant as a consequence.

Q    With respect to sickle cell crisis, is

that something only individuals with sickle cell

disease can suffer from or individuals with sickle

cell trait as well?

A    Sometimes patients with sickle cell trait

can present with signs and symptoms that are

indistinguishable from a sickle cell crisis although

that, you know, it's -- there's, there's different

things that sickle cell trait will present as.  But

pain especially -- well, pain in the abdomen, pain

in the kidneys actually is a fairly common way in

which someone with sickle cell trait may first

present.

Q    So let me just be clear on this.  So an

23

1    individual who has sickle cell trait, they

2    technically do not have a sickle cell crisis?

3        A    Not -- sickle cell crisis, the term crisis

4    is pretty well reserved for patients with sickle

5    cell, true sickle cell disease.

6        Q    I see.  And so an individual with sickle

7    cell trait, if they're exhibiting signs that are

8    similar to sickle cell crisis, is there a medical

9    term for that?

10       A    Other than -- the terminology is not

11   really good because crisis is reserved for patients

12   with true sickle cell disease.  But as far as, it's

13   usually, you know, it's, say complications of sickle

14   cell trait or a sickle cell trait induced say, renal

15   papillary necrosis.  Or, you know, abnormal

16   thrombosis, blood clots.  So it's -- there's not a

17   specific name that I know of that is, you know,

18   reserved for the complications that arise from

19   sickle cell trait.

20       Q    I see.

21       A    It's really just more a given descriptive

22   terminology.

23       Q    Okay.  Are you aware of any particular

24   triggering events that can cause a crisis to occur

25   in somebody who has sickle cell disease or the

24

1    analog to that with respect to someone who has

2    sickle cell trait?

3         A    Well, sickle cell disease, the triggering

4    mechanisms -- I mean many times there's nothing

5    that's really known other than that stressful

6    situations, patients even undergoing surgery and

7    anesthesia for that matter, that can trigger a

8    sickle cell crisis that can be related to even mild

9    amounts of dehydration and mild electrolyte

10   imbalances, if you will.  High sodium that can

11   trigger a sickle cell crisis.

12            Altitude, patients with sickle cell

13   disease who say go to Denver, you know, if they have

14   a fairly rapid increase in the altitude, where

15   they're staying or living at -- excuse me -- then

16   that can result, you know, trigger a sickle cell

17   crisis.  But many times there's really no triggering

18   event, a specific one that can be, you know,

19   identified.

20            Sickle cell trait is much harder just

21   because most patients with sickle cell trait will go

22   through their lives and never know they have it, or

23   at least never have any manifestations.  But there

24   are certain things at least in the, you know,

25   occasions where there's -- well, it's less -- it's

25

1    less well understood, I guess I should say, with

2    sickle cell traits compared to sickle cell disease

3    as far as what may trigger an event that causes

4    sickling.

5        Q    And when you say less well understood,

6    that's in terms of the research?

7        A    Well, yes, as far as being able to predict

8    what may initiate an episode of sickling that causes

9    symptoms.

10       Q    Would you consider yourself an expert with

11   respect to sickle cell trait?

12       A    In a sense.  I'm not a hematologist and so

13   it's not something that I, you know, routinely

14   diagnose or treat patients, you know, with sickle

15   cell trait.  So I would wouldn't consider myself an

16   expert in, you know, clinical aspects, no.

17       Q    Same question with respect to sickle cell

18   disease?

19       A    Again no, I don't -- I do not treat

20   patients nor am I involved in their, in diagnosis of

21   recommending therapeutic procedures that should be

22   done.  So, you know, I'm not a hematologist.

23       Q    And what is a hematologist?

24       A    A hematologist is a physician who is

25   specialized in internal medicine and then

26

1    subspecialized in diseases of the blood and bone

2    marrow and lymphatic system which is, really defines

3    hematology.

4         Q    Okay.  Now, within that specialty are

5    there individuals who would then specialize, in

6    particular, on sickle cell?

7         A    There -- I know there are some.  Sickle

8    cell disease is not, it's not rare and, you know, at

9    larger university centers, I mean I would say

10    probably at Emory there's -- would be one or more

11    hematologists who have a special interest in sickle

12    cell disease.

13         Usually patients -- well, there -- with

14    sickle cell disease especially if they have

15    complications, are treated at larger university

16    centers where there are even special clinics, say

17    just for sickle cell patients because it's not a

18    rare, a rare problem.

19         Q    Are you aware of any individuals at Emory

20    who specialize in that area?

21         A    I am not, no.

22         Q    Okay.  Going back to this post-graduate

23    training, my initial question was whether you

24    treated any individuals during that one-year period

25    with sickle cell disease or sickle cell trait and

27

1    you said you may have.

2         Do you have any specific recollection of

3    actually treating any individuals with either one of

4    those conditions?

5         A    Not sickle cell trait that I can recall.

6    I mean sickle cell disease, I just can recall

7    occasional patients that would either come into the

8    emergency room or be admitted to the hospital and I

9    would be involved in their treatment and these are

10   patients with, you know, with sickle cell crises.

11        Q    And back in this period from July 1978 to

12   June 1979, how many individuals do you specifically

13   recall treating with sickle cell disease?

14        A    I don't know.

15        Q    Okay.

16        A    Probably less than half a dozen, probably.

17        Q    And I think you mentioned you treated them

18   in the ER?

19        A    Well, yeah.  They are at least seen in the

20   emergency room and sometimes admitted to the

21   hospital and sometimes not.

22        Q    And these are individuals who may have

23   been experiencing pain or some of the symptoms that

24   you had identified previously?

25        A    Exactly.

28

1      Q      And what is the treatment for that?

2      A      Fluid administration and oxygen

3  administration, primarily; and also pain relief,

4  narcotic pain relief.

5      Q      Anything else?

6      A      That at least at the time was primarily

7  the primary treatment.  That's about all that was

8  available, really.  And on rare occasion blood

9  transfusions.  It depends or whether they were

10  having hemolysis or destruction of the red blood

11  cells, abnormal sickle red blood cells.  And if that

12  was true then they would have to have transfusions.

13      Q      Did any of those patients, that less than

14  have a dozen die?

15      A      Not that I recall.

16      Q      Okay.  Once they're admitted did you do

17  follow-up?

18      A      I don't recall as an intern.  I had -- I

19  was assigned to a number of clinic patients.  We had

20  an outpatient clinic and I don't recall that any of

21  them followed up with me anyway.

22      Q      Do you have any understanding at all with

23  respect to life expectancy of individuals with

24  sickle cell disease?

25      A      It's reduced, it's reduced.  Usually

1    somewhere -- for most individuals somewhere between
2    40 and 50 years of age is about the maximum.
3        Q    What about individuals with sickle cell
4    trait?
5        A    With sickle cell trait there's no
6    identifying reduction in life expectancy.
7        Q    So going back to your CV, we learned that
8    you did this year of rotations in Pennsylvania and
9    then you list a resident in pathology at the
10   University of New Mexico School of Medicine from
11   July 1981 through June 1985; is that correct?
12       A    Yes.
13       Q    That chronologically speaking, what were
14   you doing from 1979 to 1981?
15       A    That is, it would be on the second page
16   under military service.
17       Q    I see that now.
18       A    Yes.
19       Q    So just going chronically, so you left
20   your internship in Pennsylvania and then joined the
21   Army?
22       A    Well, it's the United States Public Health
23   Service.
24       Q    Okay.
25       A    It's actually one of the six recognized

30

1    uniformed military services, it's the second

2    smallest one population wise or personnel wise.  But

3    I had signed up with the Public Health Service when

4    I was in medical school.  The federal government had

5    money and I did not so we reached --

6        Q    An agreement?

7        A    An agreement, yes, sir.

8        Q    Okay.  And then you list here that you

9    were stationed at an Indian reservation?

10       A    Yes, sir.

11       Q    Okay.  And that's from July 1979 to

12   June 1981?

13       A    Yes.

14       Q    This is the first I'm hearing about the

15   United States Public Health Service as a uniformed

16   branch.  What is the smallest one, I'm just curious.

17       A    It's the National Oceanic and Atmospheric

18   Administration, NOAA.

19       Q    Okay.

20       A    You know nobody knows that unless --

21       Q    It's a good trivia question.

22       A    Yes, well, yeah, it is.  There's only

23   about maybe, at least for the Public Health Service

24   maybe 1500 commissioned officers.  Virtually --

25   well, there's -- the majority are physicians, a few

31

1    dentists and then some nurses.

2         Q    Okay.  And so while you're at the Indian

3    reservation did you have an opportunity to treat any

4    individuals with sickle cell disease or sickle cell

5    trait?

6         A    No.

7         Q    And then from the Indian reservation you

8    took on this residency in pathology; is that

9    correct?

10        A    Yes.

11        Q    And what is pathology?

12        A    Pathology is the study of human disease

13   and human injuries and all of its, you know,

14   hundreds of thousands, perhaps even millions of

15   manifestations these days.

16        Q    And is this study of human disease any

17   particular disease?

18        A    Everything.

19        Q    Okay.

20        A    It's -- pathologists and -- pathologists

21   are not, I would say, considered in the same line as

22   they were maybe 50 to 80 years ago but there was a

23   time when pathologists were considered to be the

24   doctor's doctors because pathology encompasses

25   males, females, everything sort of in between.

32

1    Unborn babies up to, you know, centenarians and

2    includes, you know, like I said, human disease and

3    human injury and trauma of all types.

4        Q    Right.  And how is it that you got into

5    this residency program in pathology?

6        A    You mean why did I do it or how did I get

7    in?

8        Q    Both.

9        A    Well, I wanted to be a -- actually I'm a

10   forensic pathologist.  I wanted to be a forensic

11   pathologist since I was 15.  7.

12           When I grew up in Kansas in Lawrence,

13   Kansas, my hometown, which is where the University

14   of Kansas is located.  And when I was in high school

15   I used to ride my bicycle up to the university and

16   go through, walk through the -- they have a science

17   library and I just really walked through the stacks.

18           And they had these little things called

19   card catalogs that you could look at that -- I would

20   really just look for things that interested me and

21   if I'd find a book, then I would go to the card

22   catalog where they also have other similar titles or

23   subjects listed.

24           I found a couple of books on forensic

25   pathology and I probably checked them out and took

33

them home and at that point I was hooked.  So I
decided -- I wanted to go into pathology actually
before I ever went to college.

Q    You told us that you wanted to be a
forensic pathologist; is that correct?

A    Yes.

Q    And what is a forensic pathologist?

A    A forensic pathology is a subspecialty of
pathology that deals specifically with the
investigation of sudden unexpected, undetermined,
questionable, violent or otherwise unknown deaths.

Q    And so your focus is on the investigation
of deaths and the causes of deaths?

A    Causes of death, mechanisms, manners of
death, things that contribute to death, primarily.
And it's injury interpretation and evaluation, too,
whether deceased or living individuals.

Q    Okay.  And so turning to page two of your
CV, you list here that you are a Fellow in forensic
pathology; is that correct?

A    Yes.

Q    And what does that mean?

A    That means that after I finished my
four-year pathology residency then I completed a
further segment of post-graduate training that

34

1    focused specifically in forensic pathology and this

2    was, of course, it's a fellowship which is a

3    post-graduate or post-post-graduate period of

4    training.

5        Q    And that was from July 1985 through

6    December of 1985, correct?

7        A    Yes.

8        Q    All right.  And then jumping to employment

9    you note that you became an Associate Medical

10   Investigator for the Office of The Medical

11   Investigator for the State of New Mexico on

12   January 1st 1986; is that correct?

13       A    Yes.

14       Q    And then you worked there through June of

15   1986.  So a period of about six months?

16       A    Well, I was -- I was the associate medical

17   investigator.  Then if you look at the next entry I

18   actually was promoted in status or stature, I guess,

19   to medical investigator.  And what that means is

20   that I, I -- prior to June 30th of 1986 I was not

21   yet board certified in forensic pathology, and once

22   I completed those boards then I was promoted to the

23   full position.

24       Q    So once you became board certified in

25   forensic pathology then you were promoted to actual

35

1    medical investigator; is that correct?

2         A    Yes.

3         Q    And what did you have to do to get board

4    certification?

5         A    I had to take the boards, examination in

6    forensic pathology that's given by the American

7    Board of Pathology.  And that particular year --

8    well, it used to be that it would rotate around to

9    different locations.  And that year, or 1986 when I

10   took the test it was in Chicago.  Now they're all,

11   it's headquartered in Tampa and everyone goes to

12   Tampa.

13        Q    And so is this a standardized test?

14        A    It's -- well, I don't know about

15   standardized.  I mean it's put together by the

16   American Board of Pathology and I mean the questions

17   change.

18        Q    I see.

19        A    There's a certain number of written

20   questions and then 50 glass slides actually that we

21   would look at under a microscope and have to answer

22   questions.

23             And then actually -- it was rather fun --

24   they don't do it anymore -- a practical exam which

25   was a big room and they had, I think they had 25 --

36

1    well, it was actually 50 stations where there would

2    be an x-ray or a gun barrel or a bullet or a slice

3    of brain in a plastic container or something like

4    that.  And we would have to look at these things and

5    answer questions and then rotate around.

6         Q    I see.

7         A    It was fun.

8         Q    And when you say medical investigator, is

9    that different than medical examiner?

10        A    Well, it's curious.  In New Mexico the

11   State Board of Medical Examiners is actually the,

12   the entity that issues medical licenses.  And that

13   existed -- I don't know how long, for a long time --

14   but the medical -- the statewide medical examiner

15   system was first developed, I believe in 1977l,

16   think that's right, by Dr. Jim Weston and because

17   the term of medical examiner was already taken by

18   the licensing board, then it was decided to call the

19   statewide death investigation system the medical

20   investigator.  So, you know, it's just primarily in

21   the terminology in New Mexico.

22        But the medical examiner for everywhere

23   else means a forensic pathologist dealing with

24   sudden and unexpected deaths.  In New Mexico, they

25   call themselves the Office of the Medical

37

1    Investigator because medical examiner was already

2    taken.

3         Q    I see.  And so you were essentially

4    performing the same functions, it is just a

5    different terminology?

6         A    Yes.

7         Q    And as a medical investigator or medical

8    examiner, you're investigating causes of deaths so

9    are you performing autopsies on bodies?

10        A    Oh, definitely.  Oh, yeah.

11        Q    All right.  And then from the New Mexico

12   position, that's when you moved to Georgia, correct?

13        A    Yes.

14        Q    And why did you move to Georgia?

15        A    Better job.

16        Q    And when you moved to Georgia your first

17   job was an Associate Medical Examiner at the Fulton

18   County Medical Examiner's Office in Atlanta; is that

19   correct?

20        A    Yes.

21        Q    And you list here that you started in

22   December of 1989 through July of 1981.  But then you

23   remained at the office, and I assume you got a

24   promotion to Deputy Chief Medical Examiner?

25        A    Yes.

38

1        Q    In July of 1991, correct?

2        A    Yes.

3        Q    And then you ultimately left the Fulton

4    County Medical Examiner's Office in 1997; is that

5    right?

6        A    Yes.

7        Q    And were you performing essentially the

8    same functions you were doing in New Mexico?

9    Performing autopsies, determining causes of death?

10       A    Yes.

11       Q    And then from there you became the Chief

12   Medical Examiner for the State of Georgia, the

13   Georgia Bureau of Investigation Division of Forensic

14   Sciences in June of 1997; is that correct?

15       A    Yes.

16       Q    And why did you switch positions?

17       A    It was a better job, I mean an opportunity

18   for advancement at that point in time -- well, just

19   to back up.

20            In 1990 the law in Georgia, it's called

21   the Georgia Death Investigation Act was rewritten

22   and revamped completely and it established a

23   position of chief medical examiner for -- to the

24   Georgia Bureau of Investigation.  But the decision

25   to actually implement the statute and fill that

39

1   position and create a statewide medical examiner's

2   office was never undertaken until 1997.

3           So when that decision was made and up

4   until that time actually from 1988 or '89 up to '97,

5   all the forensic pathologists at Fulton, the Fulton

6   County Medical Examiner's office perform autopsies

7   for the GBI on a contract basis, that is it's state

8   contracted with Fulton County.  And when the

9   decision was made to establish the state medical

10  examiner's office, that contract then was going to

11  expired, be allowed to expire and essentially the

12  office was going to be split because we had -- well,

13  there were too many pathologists who just do

14  autopsies in Fulton County so that effectively is

15  what happened is the office was split and I applied

16  for the chief position was given, given that.

17          And then I took three of the other

18  pathologists with me to the GBI because otherwise

19  they would have lost their jobs at Fulton County

20  because there was no need for that many

21  pathologists.

22      Q    And that's back in 1997, correct?

23      A    Yes.

24      Q    In terms of your day-to-day job, did it

25  change much or was it more from a title change

40

1    or....

2         A    Well, I still was doing as many authopsies

3    as I had been doing for years but also was then

4    charged with supervising other pathologists and

5    nonmedical staff and building -- creating and

6    constructing a statewide medical examiner's office.

7         Q    I see.  And then you told us earlier then

8    you retired in November 2015, correct?

9         A    Yes.

10        Q    And since November 2015 have you conducted

11   any autopsies?

12        A    A few.

13        Q    And these are just private autopsies?

14        A    Yes.  Every couple of months or so it has

15   worked out.

16        Q    And these are at requests of family

17   members?

18        A    Yes.

19        Q    Asking for essentially a second opinion or

20   the first opinion?

21        A    The majority are just first opinions.

22        Q    Okay.

23        A    Second -- I rarely do second autopsies.

24   They're many times more trouble than they are worth,

25   quite honestly.  And people have expectations but

41

1    frequently, you know, I can't fulfill.  So -- but

2    I'm just trying to think.  I think I've done one

3    second autopsy since I retired if I remember

4    correctly.  No, two actually.

5        Q    And the reason why you don't do a lot of

6    second autopsies, I think that you made a reference

7    that there are certain expectations that family

8    members may have about the cause of death that may

9    not be able to be confirmed via a second autopsy?

10       A    Well, yes.  It's the -- there's a

11   disparity between what the pathologists will find

12   and what the family expects or wants them to find.

13   Although, I mean I think I told you I think I've

14   done two second autopsies since I retired.  I'm

15   trying to think if I've been called -- I think I may

16   have been called about one other, but I was actually

17   at the airport on my way to somewhere else and I

18   couldn't do it anyway.  But, you know, I very rarely

19   get called anyway in any case.

20       Q    And I know this might be a difficult

21   question but in your entire career can you give us

22   just a ballpark figure of the number of autopsies

23   you've completed?

24       A    Oh, sure, actually I can.  It's -- of the

25   two things that I've kept track of that's one of

42

1    them.  And I personally have done over 6,600

2    autopsies myself.  And I've directly supervised,

3    witnessed or reviewed somewhere maybe 88,000 to

4    90,000 others.  But as far as ones that I just, that

5    were my own cases over 6600.

6        Q    And those 6600 autopsies you performed,

7    how many involved death as a result of sickle cell

8    disease or complications with sickle cell trait?

9        A    Okay.  Well, sickle cell disease

10   relatively few, probably maybe ten or 12 and most of

11   the -- because the vast majority of patients with

12   sickle cell disease are clinically diagnosed.  In

13   fact, they rarely present in the context of a sudden

14   unexpected death.  And so because they haven't

15   established a medical diagnosis, most of the time

16   they end up dying in the hospital related to

17   oftentimes strokes, you know, brain injuries that

18   occur or heart attack, myocardial infarctions

19   because of the sickling complications.  Or long-term

20   effects, say heart failure because of chronic

21   ischemia or blood flow impairment related to

22   sickling crises.

23            But there's a certain number of people

24   with sickle cell disease that are found say, dead at

25   home and most of those end up -- although sometimes

43

1    it may be from acute crisis and they just did not go

2    seek medical attention.  But also drug overdoses,

3    narcotic overdoses are a severe problem with

4    patients with sickle cell disease because, you know,

5    at very young ages usually starts being treated with

6    narcotics because of the pain.

7        Q    Right.

8        A    And it's, you know, it's an unfortunate

9    problem because addiction ensues and there's drug

10   abuse and heroin abuse that goes along with it so

11   there are those patients.  So that's a tiny subset.

12            Sickle cell trait -- I'm thinking ones

13   that I've done myself -- perhaps five or six,

14   something like that.  Most of those patients who die

15   present in the context of a sudden unexpected death.

16            MR. SPEARS:  Sun, when we get to a point

17       to take a break.

18            MR. CHOY:  Sure.

19            (A short recess was taken.)

20       Q    (By Mr. Choy) Dr. Speer, we're back on the

21   record.

22            Before we left off we were talking about

23   the number of personal autopsies you performed.  You

24   were telling us that you estimate between five and

25   six of individuals with sickle cell trait that you

44

1    performed, correct?

2        A    Yes, that I did myself, yes.

3        Q    Just a couple of follow-up questions.

4            Are individuals with sickle cell disease,

5    and I think the impression that I got from you was

6    that it was already clinically diagnosed with sickle

7    cell disease and it wasn't that big of a mystery to

8    figure out they died from sickle cell disease.

9        A    Well, yes.  I mean it's sudden and

10   unexpected deaths, deaths that generally fall under

11   the jurisdiction of the medical examiner's offices

12   really -- the majority are sudden unexpected,

13   undetermined, questionable, things like that.  And

14   patients with sickle cell disease rarely have sudden

15   unexpected deaths although they do occur from

16   sometimes, you know, they have a sickle cell crisis

17   with brain involvement and they may be found dead at

18   home.  And then the question arises as to what

19   caused the death.

20           And then a medical examiner would, you

21   know, take jurisdiction and do an autopsy.  But the

22   majority of these patients, if it's really a

23   complication of sickle cell disease, they usually

24   die in the hospital.  I mean it's from organ

25   failure, oftentimes heart failure is the really, the

45

1    biggest issue.  And then of course, as I mentioned

2    drug overdose, drug intoxication that accounts for a

3    large percentage of people who die outside of the

4    hospital who are just found deceased who have sickle

5    cell disease.

6         Q    And that's what I was trying to drive at.

7              I think you mentioned the statutory

8    jurisdiction that your office has.  And then you

9    mentioned the term sudden and unexpected death.  So

10   a death has to be sudden and unexpected for your

11   office to have jurisdiction?

12        A    Well, and then talking about specifically

13   about Georgia, there's nine basic categories of

14   deaths that must be reported to the medical

15   examiner's office and the broadest one is sudden and

16   unexpected otherwise in apparently good health.

17             So that would encompass a wide array of

18   deaths.  I mean the 85-year old man who's had five

19   heart attacks who is just found dead in chair

20   watching TV, I mean that's sudden and unexpected in

21   the sense, you know, no one really expected him to

22   die but at that the same time, you know, knowing

23   that he had a severe and extensive medical history

24   helps a great deal in determining whether or not an

25   autopsy is done.  Versus a 20-year old man say,

46

1    who's dead on his living room floor.  You know,

2    those are pretty much automatic autopsies and then

3    extensive toxicology and things like that.

4        Q    So in your example of the old man with the

5    heart issues, in making a determination whether to

6    take jurisdiction to do an autopsy, do you have the

7    benefit of his medical records?

8        A    Well, that -- yes, that's a big, a big

9    part of it.

10       Q    Okay.

11       A    Is, you know, getting -- you know, here in

12   Georgia the medical examiner's office has the power

13   of subpoena to obtain medical records and that is a

14   routine part of the any death investigation where

15   it's, you know, where it's felt that medical records

16   are necessary to review.  And sometimes that's the

17   only thing really that is, that is evaluated.

18       Q    And then in those instances with the

19   individuals with sickle cell disease, when you write

20   out the report what would be the actual cause of

21   death?

22       A    Well, depends on what we find.  I mean

23   there's different ways, different ways to do, do it.

24   I mean just in a broad sense complications of sickle

25   cell disease is something that is used, you know,

47

1    fairly frequently or to get more specific say,

2    stroke or cerebral infarction due to sickle cell

3    disease or complications of chronic congestive heart

4    failure do to ischemic cardiomyopathy due to sickle

5    cell disease.

6        Q    I see.

7        A    So there's, you know, somewhere in there

8    the sickle cell disease is listed as, you know,

9    essentially the precipitating factor.  You know, if

10   indeed the death is related to just the sickle cell

11   disease itself.

12       Q    Okay.  Then with respect to those five or

13   six individuals with sickle cell trait that you

14   performed an autopsy on, what would be the cause of

15   death there?

16       A    All of those were individuals who

17   collapsed and died precipitously usually -- well,

18   without a diagnosis being made.  Sometimes the death

19   occurred fairly soon after the collapse.  Other

20   times it was delayed, maybe by hours, even on

21   occasion days without a diagnosis being made --

22   well, there's a couple of different things.

23            Frequently, especially if no one thinks

24   about it, then the fact that they have sickle cell

25   trait is something that really is detected at the

48

1    autopsy.  And that then puts, you know, the death

2    into context.

3            And then there are situations where the

4    death -- well, talking about Mr. Wilson, for

5    instance.  There's deaths that occur during

6    interactions with law enforcement or -- I can recall

7    one death where there was an African-American man

8    who was a police, a recruit for a police department

9    and was in the process of training and he

10   deteriorated and collapsed and ultimately then

11   died -- I don't remember how long he lived, he

12   didn't live very long.  But, you know, the diagnosis

13   was sickle cell trait was made really at the

14   autopsy.

15           So depending on the circumstances in which

16   the death occurs, then that -- that sort of defines

17   whether or not jurisdiction is taken.  But as I said

18   since most of these deaths in sickle cell trait,

19   patients are, fall under the general sudden and

20   unexpected category.  Then, you know, they usually

21   are picked up by medical examiner offices.

22       Q    Okay.  So you're telling us in terms of

23   those five or six they sort of ran the gamut in

24   terms of individuals who just die suddenly right

25   there on the spot and some who may linger on for

49

1   days?

2        A    Yes.

3        Q    Okay.  And is there any discernible

4   pattern there with respect to why somebody would die

5   suddenly there on the spot and while others would

6   linger on for days?

7        A    No, no.  None that I'm aware of.

8        Q    Okay.  Have you ever had -- well, I read

9   in the papers about high school football players who

10  just die on the field after a workout in the summer.

11       A    Yes.

12       Q    Are those sickle cell trait causes that

13  you're referring to?

14       A    Some are.  Some are.  And, of course,

15  they're almost -- well, they're African-American

16  young men who are engaged in, you know, football

17  training and conditioning for the most part.  And

18  then there are others that the death is related to

19  an underlying, undiagnosed heart abnormality.

20       Q    Okay.

21       A    That's the most, the common thing that is

22  found.

23       Q    You referenced this police recruit who

24  died during training.  Was that similar to these

25  individuals who die out on the football field?

50

1      A     Yes, football fields or in a military,

2   usually in basic training where there's, you know,

3   they're all -- in fact, I'm trying to think, I can't

4   remember seeing any young women, African-American

5   women with sickle cell trait die.  But the majority

6   are men.

7            But then again, you know, football

8   players, you look at police recruits and individuals

9   in the military they get, the majority are males.

10  So from a statistical standpoint it makes sense.

11  But that's, you know, they're undergoing some kind

12  of physical training and usually it's a situation

13  where there is fairly intense exertion over a short

14  period of time.  That's usually the most common, I

15  would say general presentation or the general

16  circumstances that precede the signs and symptoms

17  and even collapse.

18     Q     Okay.  So do you have an understanding of

19  the mechanism that would trigger such a response in

20  individuals with sickle cell trait?

21     A     Well, that's a good question because no

22  one really knows exactly what the mechanism is.

23  It's, as you can imagine, it's impossible to say,

24  try to precipitate such an event in people with

25  sickle cell trait.  I mean, you know, you can't do

51

1    that.  It's not an experiment that anyone could ever

2    do.

3             And so -- and in association with that,

4    there are -- well, I would say different, not only

5    different philosophies but differing policies and

6    procedures at the level of high school and college

7    athletics and in the military with respect to

8    whether or not individuals should be tested for the

9    presence of sickle cell trait and those have

10   different, different thought, you know, different

11   approaches have come and gone over the past 20

12   years.  So the majority of people who have these

13   sudden collapses, it's not known that they have

14   sickle cell trait to start with.

15            And then the problem from a mechanistic

16   standpoint is determining what, what we end up

17   looking at clinically and pathologically are the

18   derangements that the individuals have, the patients

19   have after they have deteriorated or collapsed or

20   manifested the signs and symptoms.  So I mean

21   elevated lactic acidosis and or elevated lactic acid

22   with subsequent metabolic acidosis and elevated

23   potassium are things that are usually seen and then

24   these may progress on to what's called

25   rhabdomyolysis that's r-h-a-b-d-o myolysis which is

52

1    death of skeletal muscle cells with a concomitant

2    release of muscle proteins into the blood that plug

3    up the kidneys and stop the kidneys from

4    functioning.  But as far as what actually truly

5    triggers the event, that's something that I mean to

6    say it's not well understood is a, you know, an

7    understatement.  No one really knows -- in fact,

8    there's just no predictable way to say that, you

9    know, some sequence of events is going to cause a

10   certain specific derangement that then results in

11   the collapse.

12        Q    Okay.

13        A    If that -- sorry for the long --

14        Q    Oh, no, no --

15        A    -- dissertation.

16        Q    And I appreciate that and that's what I

17   was trying to figure out.

18             So a lot of these individuals are either

19   undiagnosed or diagnosed but then even if they're

20   diagnosed they're sort of "normal" in terms of their

21   daily activities, correct?

22        A    Exactly, yes.

23        Q    And so the example of the football player

24   that might have worked out for weeks previously

25   under similar conditions and nothing happens, right?

53

1        A      Exactly, yes.

2        Q      And then on this particular day it

3    happens?

4        A      Yes.

5        Q      And so my question to you, and if I

6    understand your testimony, that there is not really

7    a scientific or pathophysiology understanding of the

8    mechanism that would trigger a particular event?

9        A      Yes, that's fair.  I mean there's, there

10   are interventions that have been undertaken with,

11   with good success, especially in the military to

12   prospectively try to prevent whatever the, the

13   environment is in the individual's internal milieu

14   from progressing into a sickle -- into a sudden

15   collapse associated with sickle cell trait.

16   Hydration, rest periods, observation for, you know,

17   say if somebody starts having muscle cramps, I mean

18   it's immediately take them out of whatever physical

19   activity they're doing and have them rest and give

20   fluids and evaluate them and be very careful about

21   reinstituting them back into the physical, you know,

22   exercise that they're doing.  And those prospective

23   interventions have been very successful in

24   preventing whatever it is that precipitates the

25   sudden collapses.  But you know, as far as

54

1    identifying how that works that, you know, no one

2    really knows for sure.

3         Q    Okay.  And so I expect your answer to this

4    question is that you're not aware of any, but are

5    you aware of any peer reviewed studies on the

6    triggering event for the causes of these sudden and

7    unexpected deaths in individuals with sickle cell

8    trait?

9         A    No, I mean I would say uniformly that's

10   one of the, one of the statements made in the

11   literature dealing with, with sickle cell trait and

12   sudden cardiac collapse associated with exercise in

13   sickle cell patients is that there are no studies.

14   There's no best practices, there's no established,

15   you know, approaches to diagnosis and prevention

16   that can, you know, uniformly -- well, be shown to

17   have, I would say, you know, statistical validity to

18   it.

19        Q    Okay.  And so then such an incident

20   occurs, there is a sudden unexpected death, they end

21   up in your jurisdiction, you perform the autopsy and

22   then tests are run that essentially confirm to you

23   that the individual died as a result of this crisis.

24   I'm using that word even though --

25        A    Sure.

55

1      Q    -- it's technically not correct --

2      A    No, I understand.

3      Q    -- with the sickle cell trait.

4      A    I understand.  The test -- well, first of

5  all is the autopsy itself which the terminology that

6  we would use in a case like this is that it would be

7  a negative autopsy that is in the sense that in

8  conducting the autopsy examination and looking at

9  the heart and the brain and the liver and all the

10  organs, there is no specific identifiable anatomic

11  cause of the death.  In other words, all of the

12  organs appear to the naked eye and, you know, on

13  examination appear to be normal.

14          And then microscopically in looking at

15  tissue sections from the various organs, finding the

16  presence of large numbers of sickle red blood cells

17  and that usually is, I would say the trigger and

18  again in forensic pathology today I would say that

19  if we have a primarily -- say a young

20  African-American man who dies suddenly and

21  unexpectedly especially in a say, somewhat witnessed

22  scenario like we've been talking about, someone, a

23  student engaged in football practice or a military

24  recruit engaged in some exercise and so they're

25  witnessed by others.

56

1          The decision by the medical examiner to do

2     the hemoglobin electrophoresis of the hemoglobin

3     testing is sort of a no-brainer.  I mean that's sort

4     of automatically you would do that in conjunction

5     with the autopsy itself.  So all the organs are

6     normal and the heart is normal size and there's no

7     holes anywhere that shouldn't be there and, you

8     know, other things that are all normal.  Then doing

9     the hemoglobin electrophoresis would confirm what we

10    see under the microscope which is the sickling.  And

11    then the electrophoresis would establish a

12    diagnosis, establish the percentages of hemoglobin

13    like we talked about earlier and give the diagnosis

14    of sickle cell trait.

15          Now, other testing, of course, that would

16    be done always today is doing toxicology testing,

17    looking for any drugs that might be present and

18    certainly could cause or contribute to death.  I

19    mean, unfortunately cocaine and methamphetamine are

20    somewhat rampant and, you know sometimes, these may

21    be found in someone who dies or collapses suddenly

22    and unexpectedly.  So that's part of it.

23          And the last thing that would be done as

24    actually was done with Mr. Wilson, is looking at the

25    electrolytes, the sodium and chloride and creatinine

57

1   levels in the vitreous fluid of the eye to see what
2   levels they are.  It's very common in deaths, sudden
3   collapse during exercise related to sickle cell
4   trait patients.  It's very common to have an element
5   of hydration that is, that is present and that's
6   what the vitreous electrolytes studies will do is to
7   show that.
8        Q    In terms of the electrophoresis testing to
9   see if the red blood cells are shaped in a sickle
10  cell shape --
11       A    Well, the electrophoresis actually
12  identifies the hemoglobin --
13       Q    Percentages --
14       A    -- yeah, that's what that does.  The
15  sickling is, would be seen --
16       Q    -- under microscope --
17       A    -- exactly.  In tissue sections from
18  organs under the microscope, exactly.
19       Q    And as a medical examiner would you expect
20  to see the sickle cell when you look under the
21  microscope in every organ of the body?
22       A    Yes.
23       Q    Okay.
24       A    Yes.  They would be everywhere.  It's
25  pretty easy.

58

1      Q    Okay.  Are you aware of any peer review
2    studies that examine the level of essentially
3    sickling that's necessary to cause death?
4      A    No I'm not aware of anything that
5    evaluates that, that's evaluated that because I mean
6    for the obvious, obvious reason again.  You can't
7    conduct experiments like that on humans.  It's now
8    to answer that with respect to sickle cell disease
9    that is, is better understood only because patients
10   with sickle cell disease are symptomatic, you
11   know --
12     Q    Sure.
13     A    -- you know, from childhood.  Even
14   infancy.  And what's been found is that although,
15   you know -- well, and we talked about this earlier.
16         The precipitating things, precipitating
17   events that can cause a sickling crisis in someone
18   with sickle cell disease, although many times
19   they're not known but other times that, you know,
20   you can almost predict -- I mean what's, what's,
21   what is happening with a patient.  They're not -- if
22   they get dehydrated or they're working out and they
23   don't, you know, they're not taking fluids in or
24   they're under a stress, physical stress especially,
25   this can precipitate the sickling.

1          The problem with the sickled cells is that

2    the process -- the sickling could be reversible in

3    that they reassume their normal shape, the red cell

4    normal shape unless the amount of oxygen on the

5    venous side gets below about 25 millimeters of

6    mercury and then the sickling becomes irreversible

7    and that's at the point then where patients may need

8    transfusions and other things to try to restore the

9    oxygen carrying capability of their blood.

10          So as far as what -- and I think I forgot

11   what exactly you asked me -- but that's in sickle

12   cell trait that, that definitely is, you know, it's

13   not.

14     Q    Okay.  I was just curious because just as

15   a layperson I was wondering if the sickle cell trait

16   was only found in certain organs then, there's some

17   studies that say that that wasn't necessarily the

18   cause.  But you've told us here today that you would

19   see it in every organ --

20     A    Yes, because -- pardon me, I didn't mean

21   to interrupt you.

22     Q    Yeah.

23     A    Because it affects the blood --

24     Q    Sure.

25     A    -- and the blood, as we said earlier goes

60

1    everywhere, you know --

2        Q    Right.

3        A    -- from the top of your head to your toes

4    and everything in between.  So, you know, seeing the

5    sickling under the microscope is going to be

6    ubiquitous and not restricted to one organ or the

7    other.

8        Q    Right.  Then I guess the next question is

9    is there a certain amount of sickling that you see

10   in every cell that would indicate that that was the

11   cause of death?

12       A    Well -- well, yes to a degree in the sense

13   that earlier we spoke about, you were asking about

14   percentages of hemoglobin or hemoglobin A versus --

15   well, I was talking about hemoglobin A versus

16   hemoglobin S and the -- because it's pretty much

17   evenly split, you know maybe, you know, 40 to 45

18   percent hemoglobin S as compared with hemoglobin A

19   in a person with sickle cell trait that's not

20   complicated by other hemoglobinopathies, that's not

21   worth talking about.

22           But about half of the cells, the red cells

23   that would be seen under the microscope would be

24   sickled because half of them are normal and the

25   other half have the sickling capability because of

1   the mutation involving them.  So it would be split

2   basically 50/50 in that sense although the sickling

3   cells will tend to clump and sludge together.  So

4   you'll see maybe sections of a blood vessel under

5   the microscope where there's a hundred thousand

6   sickled cells and then normal cells in other places

7   because they are not slumping together.

8        Q    So let me see if I understand this.  So

9   let's say an individual is a candidate as a

10  potential sickle cell trait.  They do the

11  electrophoresis test.  It comes back and it says

12  that it is 35 percent this S hemoglobin, right?

13       A    Yeah, okay.

14       Q    Let's say that for my example.

15       A    Okay, okay.

16       Q    And so then if I looked at the blood cells

17  whether they're perfectly feeling fine would 35

18  percent of the red blood cells be sickled shape?

19       A    Oh, okay, okay.  I understand.  No --

20       Q    -- they're not, right?

21       A    Right.  Yeah, they're, they're not.  The

22  sickling is not, you know, that is an abnormal

23  condition.

24       Q    Right.  And so someone who say, just in

25  the hypothetical that you posed who is feeling fine

62

1    and has their blood drawn for a, you know, a blood
2    count, their doctor wants to do a test for one
3    reason or the other, all the blood cells would look
4    fine.  They would look totally normal.  But we know
5    from the electrophoresis test that 35 percent of
6    them carry this S hemoglobin, correct?
7         A    Exactly, yes.
8         Q    And so again same hypothetical, we don't
9    know the mechanisms for, but let's say there is a
10   triggering event of some sort and this person now
11   has the sickling occurring and they end up dying.
12   And so when you look at the blood cells, are you
13   telling us that 35 percent of the red blood cells
14   would then be sickled?
15        A    Yes.
16        Q    Okay.  All right.  And so if, same
17   example, if it was 45 percent is what the
18   electrophoresis test showed, then 45 percent of
19   those cells would then be sickled?
20        A    Yes.
21        Q    Okay.
22        A    And if you could really quantitate it in
23   that way just because especially with tissue
24   sections, as I said the sickling --
25        Q    Sure.

1      A    -- the sickled cells tend to sort of clump

2   together but they're, you know, it's like seeing a

3   flock of blackbirds, you know, with a few ducks

4   scattered around.  You know, all the blackbirds

5   clump together and you just see hundreds of

6   thousands of sickled cells in every tissue section

7   that you look at, you know, with a mixture of normal

8   red blood cells, you know, to varying degrees.  So,

9   you know, that's -- that is what would be seen.  You

10  know, you would not have more than half of the red

11  blood cells sickled in someone who has sickle cell

12  trait and then dies as a complication.

13      Q    Right.  And so with respect to just doing

14  the autopsy when you have this sudden unexpected

15  death and you do the blood testing and the

16  electrophoresis, do you do the electrophoresis as

17  part of the autopsy, right?

18      A    Well, yes.  That would be a test that

19  would be ordered that the blood -- well, the medical

20  examiner's offices don't -- I don't know of any that

21  have that, the capability to do that testing

22  in-house because it's called for so infrequently.

23  But any -- if you went -- any hospital here in

24  Atlanta would, the laboratory would be able to do

25  that.

64

1     Q     And to just jump ahead with respect to

2  Mr. Wilson's autopsy, was that done, that

3  electrophoresis test?

4     A     Oh, yes.

5     Q     And what was the results of that?

6     A     Well, the results I can tell you if I can

7  find that.  Yes, this is from page four of the

8  autopsy report.  The hemoglobin A was 55 percent.

9  Hemoglobin S was 40 percent.  Hemoglobin A2, which

10  is a subtype of A but still normal, is 3.5 percent.

11  And then hemoglobin F, that's fetal hemoglobin was

12  1.3 percent.  And that's also normal, in the normal

13  range.  So the key really is that the hemoglobin S

14  was 40 percent it normally should be less than one

15  percent.  And the hemoglobin A was 55 percent and

16  normally it should be somewhere between 96 and

17  99 percent.

18     Q     Okay.  And so with respect to Mr. Wilson

19  then 40 percent of his blood was then, blood cells

20  were sickled?

21     A     Yes, that's, that's a reasonable

22  deduction.

23     Q     Okay.

24            Are you aware of any peer reviewed

25  articles that examine the percentage of sickle cell

1    S hemoglobin with respect to then mortality rates?

2        A    Okay.   The only literature I'm aware of

3    dealing with that is just in the broad categories of

4    sickle cell disease where we are talked earlier that

5    life expectancy is reduced and, you know, mortality

6    from a variety of things.  Usually complications of

7    sickle cell -- the complications of the sickle cell

8    disease usually in the heart, sometimes the brain.

9    That's, you know, that's increased but it's of

10   course, that's -- that would exist because that's

11   restricted just to the population of people with

12   sickle cell disease.  Other patients without it, you

13   know, don't have mortality related to sickle cell

14   disease.

15           Of course, sickle cell trait we talked, I

16   spoke earlier that, you know, life expectancy is,

17   you know, it's not, it's not reduced.

18       Q    Okay.  What about the chances of having

19   this sort of triggering event occur in your

20   lifetime?  So if you're like 40 percent and higher

21   because it's 40 percent --

22           (Dr. Sperry takes telephone call.)

23       Q    (Resumes) Dr. Sperry, we were talking

24   about if there's any studies out there about whether

25   there's an increased chance of having such a, sort

66

1    of, let's just use crisis for lack of a better word.

2         A    Sure.

3         Q    If you have a certain percentage of the S

4    hemoglobin.

5         A    Well, okay.  What, what at least is known

6    is that the, the few studies that have looked at

7    this have really been in the military because -- and

8    it makes sense because the population -- well, the

9    individuals that go into military service, I mean

10   they're -- the government keeps track, they know who

11   everyone is.  And, you know, they can monitor every

12   single soldier in any of the different branches

13   completely.  And so they can keep track of this.

14            And also there's definite interest in this

15   as well, and what has been found is that looking at

16   people who, at young recruits who have had

17   collapses, exercise-related collapses, that

18   individuals with sickle cell trait have something

19   like a 33 times greater incidence of an

20   exercise-related collapse as compared with military

21   recruits who do not have a sickle cell trait because

22   there are other things, primarily heart, undetected

23   heart problems that may cause, you know, a collapse

24   or just simple heat stroke, for instance.

25            But if you, you can separate those, and as

67

1    I said patients with or individuals, young men with

2    sickle cell trait have a very dramatically increased

3    likelihood of if a collapse occurs, you know,

4    there's 33 times greater incidence in sickle cell

5    trait -- men with sickle cell trait versus those

6    without.  And that's, that's about the only --

7         Q    That's the closest we can get?

8         A    Yeah, that's the closest we can get

9    because those, you know, like I said those

10   populations are, you know, monitored very, very

11   closely.

12        Q    Sure.

13             MR. GRAY:  And is that not related to

14        40 percent S or just in general?

15             THE WITNESS:  Well, sickle cell trait, I

16        mean it's, it's -- you know, the majority of

17        people with just un- -- I would say

18        uncomplicated sickle cell trait or sickle cell

19        trait that's not complicated by one of the

20        other associated hemoglobin disorders, you're

21        talking about, you know, one of -- around

22        usually 40 to 45 percent hemoglobin S.  It

23        varies slightly.  And it gets into other

24        things, too.

25             But, you know, it's -- hemoglobin S

68

1          percentage of less than 45 percent is not a

2          contraindication for military service.  But

3          actually if you have sickle cell trait, I mean

4          the way the policies are today and your

5          hemaglobin S percentage is greater than 45

6          percent, then that's medical grounds for an

7          honorable discharge, you know.  Now why, why

8          that was set up, I can't tell you.  That's, you

9          get, that gets into the military bureaucracy

10         that's beyond me.

11         Q    (By Mr. Choy) Sure.

12         A    But anyway.

13         Q    Okay.  So one step further, in individuals

14    with sickle cell trait are you aware of any peer

15    review studies that studies the outcome of whether

16    it's reversible or not, percentage wise, once you

17    have this crisis?

18         A    I'm not aware of my peer reviewed studies

19    that have, you know, have looked at that because the

20    cases are sporadic.  And at least to my knowledge no

21    one has yet been able to assemble a large enough

22    group to look at survival, you know, to be -- to be

23    able to say that it's statically relevant, you know.

24         Q    So no one has gone out there, studied all

25    these unexpected collapses, ones that actually

69

1    people survive and the ones that people die and then

2    try to figure out what happened in those cases?

3         A    No, not -- not that I'm aware of.  I mean

4    there are smaller groups.  Again, in the military

5    there are, you know, small groups of individuals

6    where this is being looked at and this is really

7    where the, the recommendations for not only the

8    prospective intervention that I spoke about earlier

9    have, have -- you know, have been developed but also

10   treatment algorithms in situations where, you know,

11   this, this development -- this develops at least

12   what has been seen since the institution of this,

13   you know, in the last five, six years or so is that

14   the number of deaths has almost disappeared.

15           So at least the implication is is that

16   interventions, therapeutic interventions are --

17   well, not only definitely worthwhile but they're

18   preventing deaths from occurring as a complication

19   of the sickle cell trait, you know, crisis for want

20   of a better phraseology.

21        Q    And when you say therapeutic preventions,

22   you're saying before a crisis starts you're already

23   looking at an individual to see if they have the

24   trait or not?

25        A    Well, no, actually it's -- that's a good

70

1    question.  I mean the Department of Defense for more

2    than 20 years had a policy of testing everybody, you

3    know, every African-American or not for sickle cell

4    trait.  Of course, it really only -- it's only seen

5    in individuals of African-American, or I would say

6    African decent.  But that was reversed, oh, I don't

7    know, five or six years ago completely and so no

8    testing is done.

9        Q    Okay.

10       A    Because it's, you mentioned earlier, it's,

11   it's not a, a grounds for elimination from military

12   service if someone has sickle cell trait.

13       Q    Okay.

14       A    In other words, you know, a lot of ethical

15   considerations and for men who wanted to serve in

16   the military, so it was eliminated.  So testing

17   beforehand is pretty much not done.

18       Q    And what do you mean by therapeutic

19   prevention --

20           MR. GRAY:  Intervention.

21       Q    (By Mr. Choy) Intervention.  Oh,

22   intervention.  That's were I got confused.

23       A    Yeah.  Well, it depends, you know, really

24   on the severity of, you know, of how someone -- how

25   someone presents.  Initially, especially if someone

71

1    is conscious and alert, then frequently the

2    presenting problem is one of muscle pain.  Pain in

3    the legs, pain in the back, pain in different

4    places.  And, of course, having someone who is of

5    African lineage should give, you know, a clue to the

6    possibility that there's a sickle cell trait maybe,

7    you know, the underlying culprit.

8              But then if the individual starts having

9    say, difficulty breathing or actually a collapse or

10   becomes confused, disoriented, unresponsive, then

11   the administration of oxygen and fluids and actually

12   putting an AED, an automatic external defibrillator

13   on their chest not only to monitor the heart rate

14   but also if indeed there's a sudden cardiac rhythm

15   disturbance, then an AED can give them a shock to

16   get them out of that cardiac rhythm disturbance.

17   Those that are the protocols that are followed.  So

18   oxygen, fluid administration and then of course

19   monitoring with a cardiac monitor, preferably an AED

20   machine.

21        Q    And we talked about this earlier, but in

22   terms of the actual pathophysiology of what happens

23   when a patient is given oxygen and fluid as this

24   therapeutic intervention, you don't have an

25   understanding of that, do you?

72

1        A     Well, no one really does in the sense

2   that, you know, what exactly is the physiological

3   aberration that is starting, initiating the process

4   and causing it to progress.  Although, you know, I

5   said a couple of times there's things that are

6   relatively well accepted in the sense that some

7   element of dehydration is almost always present.

8   And there's an increase in lactic acid which results

9   in metabolic acidosis.

10            And then as the sickling process begins to

11  progress, hypoxia or lack of oxygen in the blood

12  that's being, you know, pumped to the tissues so

13  there's some element of tissue starvation that,

14  especially the skeletal muscles, but then causes the

15  lactic acid to be produced in greater quantities so

16  it starts -- it appears to start somewhat of a

17  deadly cycle in there.

18            But there's, you know, a lot of

19  biophysical issues that have not, you know, have not

20  yet been worked out completely.  And it appears that

21  there are different pathways, different metabolic

22  pathways that are involved.  So one size does not

23  fit all.  Those are, you know, things that are

24  proposed as, you know, things -- elements to try to

25  research, you know.

73

1     Q     Sure.

2           MR. GRAY:  Sun, wasn't your question based

3     as to whether there were peer reviewed studies

4     that have addressed the issue of whether

5     interventions work when someone is in crisis?

6           MR. CHOY:  That was my question.

7           THE WITNESS:  Oh, was it.  Okay.  I got

8     off in the weeds.  I'm sorry.

9           MR. GRAY:  You're just talking about

10    certain --

11          THE WITNESS:  Yes.

12          MR. GRAY:  -- methods of treatment that

13    are provided.

14          THE WITNESS:  Right.  There's -- and I

15    understand what you're saying.  As far as peer

16    reviewed studies, no none that I'm -- none that

17    I'm aware of.  But the institution of the

18    things that I, that I, again went off on a

19    tangent describing, has, you know --

20          MR. GRAY:  I get it.

21          THE WITNESS:  Yeah, the deaths have

22    basically almost disappeared, you know, at the,

23    at the level of the military which is where the

24    greatest percentage comes from.  So, you know,

25    that's why these things are recommended because

74

1          if, if we -- if they don't understand exactly

2          why they work, what is at least being found is

3          that they appeared to work.

4          Q    (By Mr. Choy) My question is more pointed

5    to your qualifications, Dr. Sperry, in terms of do

6    you consider yourself to have expertise in terms of

7    the mechanisms for a pathophysiology standpoint of

8    what happens when this therapeutic intervention is

9    done.

10         A    Oh, as far as the mechanism?  I mean no, I

11   would not, I don't know that anyone has, you know,

12   has -- could say they are -- they have specific

13   expertise, you know, in, in that area.

14         Q    But at the very least you would defer to a

15   hematologist?

16         A    Well, I don't know a hematologist really

17   would have that much of an understanding either

18   because they don't really care for individuals in

19   those sorts -- these sorts of situations we've been

20   talking about.

21              See -- although I don't know everything

22   that, I mean most of the people that have written

23   about, about what we're talking about, the treatment

24   and intervention in sickle cell trait patients are,

25   deal with sports medicine.  And there are some

75

1    physicians in the military, in military medicine

2    because they have a definite interest in this and

3    some of emergency room physicians.

4         Q    Well, again, from a layperson standpoint

5    I'm trying to understand this, and so you said in

6    your response you talked about this sort of deadly

7    cycle?

8         A    Yes.

9         Q    And what I took that to mean is at some

10   point, depending on the individual, you have this

11   triggering event which we don't know, this sort of

12   mysteries of science in medicine as to what in

13   particular might trigger an event on this particular

14   person at that particular time.  But once that

15   occurs we do have an understanding that whatever

16   their percentage of S protein in their red blood

17   cells would be, those cells become sickled, correct?

18        A    Yes.

19        Q    And so once those cells become sickled,

20   earlier you talked about the viscosity of the blood

21   changing, becoming a thicker sort of sludge,

22   correct?

23        A    Yep.

24        Q    At what point does science have an

25   understanding of, is there a point of no return that

1    it becomes so sludged or sickled or so throughout

2    the body that none of these therapeutic

3    interventions are going to have any effect?

4         A    To the best of my knowledge, no.  I mean

5    the only point of no return I have ever seen

6    referenced really dealt with patients who have had a

7    cardiac arrest from which they could not be revived.

8    I mean -- and there are, there are patients who have

9    a cardiac arrest but they are revived and survive.

10   But that's, I would say once, once a cardiac arrest

11   truly occurs, then survivability is going to

12   decrease, you know, depending really on, on other

13   factors.

14        Q    But you're not aware of any peer review

15   studies addressing that particular point?

16        A    No.

17        Q    Okay.  And I think you mentioned this term

18   about it's different metabolic pathways depending on

19   the individuals, and I took that to mean that it

20   would just depend on the individual.

21        A    Well, you know, I'm perhaps communicating

22   poorly.  But there are different -- the metabolic

23   pathways that seem to lead to evaluation of

24   potassium and elevations of lactic acid and changes

25   in the blood, acid base balance, there's not one

77

specific pathway that leads to that.  There's a

variety of different, I think maybe six or eight

different ways in which this ultimate combination

can be achieved.  And again that's, you know,

something that in the broadest sense is what

everyone's hoping for the research may clarify this.

But it isn't, you know, it just underscores that it

isn't, it's not the same for everyone as far as it's

really understood.

Q    Okay.  Going back to your CV in terms of

your academic appointments, you just pretty much

list out essentially the academic positions held but

these were just adjunct professor positions?

A    Yeah.  Well, when I was at the University

of New Mexico, I mean I was an assistant professor

there until I left.  And then from 1990 up until I

retired, I had an affiliation at Emory when I was

with the Fulton County Medical Examiner's Office.

And then a clinical assistant and clinical associate

professor at the Medical College of Georgia.  But

those were courtesy appointments.  I mean there was

no, no money involved.  I was not paid anything and

there was no tenure track or anything like that.

Q    Sure, sure.

When you say courtesy appointments, were

78

1   you actually teaching classes?

2        A    I was teaching pathology residents.  That

3   was -- the Medical College of Georgia sends their

4   pathology residents here to the GBI Medical

5   Examiner's Office --

6        Q    I see.

7        A    -- to get their required forensic

8   pathology training, so I supervised teaching in

9   those aspects.

10       Q    And then based on that, then you held the

11  title of clinical associate professor.

12       A    Yes, the MCG, you know, gave that to me so

13  I thought that was fine.

14       Q    Sure.  Okay.

15            Under medical licensure, you list your

16  current medical licenses but then you note that

17  Minnesota is no longer current.  Why is that?

18       A    Oh, that was the first license I got.

19       Q    Okay.

20       A    And you remember when I finished my

21  internship I went to the Indian reservation in

22  Minnesota.  And so I got a medical license there and

23  after I left there I swore I would never go as far

24  north as Minnesota ever again.  So I saw no reason

25  to continue it.  Although I have a license in

79

1   Wisconsin, so go figure.

2       Q    And I'm just curious, why do you have a

3   license in Wisconsin?

4       A    Well, my wife and I have a condo up there.

5   She was actually born south of Green Bay, Wisconsin,

6   and for actually about seven or eight years we

7   actually got season tickets to the Packers and, you

8   know, when we lived here in Georgia, we went to

9   every Green Bay Packer home game.  But we have a

10  condo there and we like it, and I got a license

11  mostly in case I ever wanted to work at any ME

12  office there or do any part-time or locums work.

13      Q    Okay.  And how does that work in a medical

14  field, do you just get reciprocity?

15      A    Yes, the vast -- most states accept

16  reciprocity.  There's a few states that don't but,

17  or are much more complicated, but most states will

18  have that.  It's still a very tedious process --

19      Q    Sure.

20      A    -- but it's not painless -- or painful I

21  should say.

22      Q    Right.  Then you list your board

23  certifications.  You mentioned that you got board

24  certified in forensic pathology.

25             Is there any difference here when you list

80

1  anatomic pathology and clinical pathology?

2       A    Sure.  Anatomic and clinical pathology,

3  those are -- my residency was in anatomic and

4  clinical pathology and it's a four-year residency

5  and it requires 24 months each of anatomic pathology

6  and 24 months of clinical pathology.  Clinical

7  pathology is laboratory medicine, all the tests that

8  are done in laboratories, hematology, immunology all

9  sorts of different things.  And anatomic pathology

10  deals with human cells, tissues, organs and to the

11  performance of autopsies.  So that's the main

12  distinction between those two.

13       Q    Okay.  And you list your memberships,

14  which I see there community service.

15            Your professional appointments, it goes on

16  for quite a bit, from the bottom of page three to

17  the top of page five.  Are there any professional

18  appointments dealing specifically with sickle cell

19  disease or sickle trait?

20       A    No.

21       Q    Okay.  Then starting on page five is your

22  workshops and seminars going into page six.  Again,

23  anything here that deals specifically with sickle

24  cell disease or trait?

25       A    No I don't think so.

81

1       Q     Under teleconferences, you list two

2   teleconferences.  What are teleconferences?

3       A     Those were -- and they may still have

4   them, I think that they're via the Internet now --

5   but the American Society of Clinical Pathologists

6   would put on educational seminars where basically I

7   sat in a room and gave a lecture over the telephone.

8   And now it's done over the Internet.

9       Q     I see.

10       A     You know, to 40, 500, a hundred different

11   sites around the country where people could listen

12   and watch.

13       Q     And your last one was in 1994.  I take it

14   neither one of these had anything to do with sickle

15   cell disease or trait?

16       A     No, they did not.

17       Q     All right.  And then your hospital

18   appointments, is one.  That was back in New Mexico.

19   I got confused there.

20       A     Oh, yeah.  I see I need, I need to

21   reformat that page.  There's always, there's always

22   something.

23       Q     You know, lawyers will get easily

24   confused.  So then the next heading is Teaching

25   Responsibilities, right?

82

1      A    Yes.

2      Q    Okay.  Any difference in your associate

3  professional positions or....

4      A    No, I mean there was some other --

5      Q    Okay.

6      A    -- place like Georgia State University.  I

7  gave a couple of lectures.  And there are things

8  unrelated really to forensic pathology specifically.

9      Q    Okay.  And obviously nothing related to

10 sickle cell disease or trait?

11     A    Correct.

12     Q    All right.  Committees and Panels, you

13 list those.  Again nothing specific to sickle cell

14 disease or sickle trait?

15     A    No.

16     Q    And then publications start on the bottom

17 of page seven and goes on to page ten.  And I think

18 there's 50 different items.  Any of those

19 publications dealing with sickle cell disease or

20 trait?

21     A    No.

22     Q    All right.  And then at the bottom of page

23 ten, Abstracts and National Scientific Organization

24 Presentations.  And just for my edification, what

25 are you calling an abstract?  Is that an article?

83

1          A      No, it's just a brief description of a

2    presentation, say published in oh, an issue of a

3    journal that lists, you know, it could be a hundred

4    different brief descriptions of things that are

5    being presented.

6          Q      I see.  And that goes on to page 12.  Does

7    any of that have to do with sickle cell disease or

8    trait?

9          A      Let me glance at it real quick.  I don't

10   think so.  No.

11         Q      Continuing on to page 12 under the heading

12   Other Publications.  Any of the Other Publications

13   dealing with sickle cell disease or trait?

14         A      No.

15         Q      All right.  Then at the, starting on the

16   bottom of page 12 under the heading Invited

17   Presentations and Other, what are you considering

18   that to be?  Is that different than the other

19   presentations that you've given?

20         A      Yes.  These are presentations other than

21   say. scientific organizations that I'm a member of

22   where I was invited to give lectures on a whole

23   array of different forensic medical topics.

24         Q      I see.  And so from page 12 to 13, 14, 15,

25   16, 17, 18, 19, 20, 21, 22, 23, through 24, do any

84

1   of those deal with sickle cell disease or sickle

2   cell trait?

3        A    Not solely.  There are, there are various

4   lectures I've given at different times regarding

5   deaths that occur in custody -- deaths in police

6   custody, law enforcement custody.  And I know I've

7   mentioned sickle cell trait as, you know, something

8   that may be seen.  I mean no extensive dissertation

9   on it but just a list, you know, as part of the

10  forensic medical evaluation of in-custody deaths.

11       Q    Okay.

12       A    You know, looking at medical conditions

13  that may result in death and sickle cell trait is,

14  you know, on that list.

15       Q    But not that focuses on that?

16       A    No.

17       Q    Okay.  And I believe that is the end of

18  your CV, correct?

19       A    Yeah.

20       Q    What have I have attached to it is then

21  your fee schedule.  Is that part of your CV?

22       A    No.

23       Q    Let's go ahead and mark this as Exhibit 2.

24                      (Documents were marked for

25                       identification as Defendants'

85

Exhibit No. 2.)

1

2          Q     (By Mr. Choy) And if you could take a look

3     at what's been marked as Exhibit No. 2 to your

4     deposition and identify that for the record, please.

5          A     Yes.   That's the fee schedule that I have.

6     It's dated 2017 but it's not, it's not changed for

7     2018.   And also a W-9 from 2017.

8          Q     Okay.  And then your retainer is $2500; is

9     that correct?

10         A     Yes.

11         Q     And then the review of materials and

12    consultation work is $500 per hour; is that correct?

13         A     Yes.

14         Q     And then deposition testimony which you're

15    providing here today is $750 per hour?

16         A     Yes.

17         Q     With a minimum of two hours if I did my

18    math correctly, correct?

19         A     Yes, yes.

20         Q     And then live courtroom testimony, is that

21    just a flat rate of $7500 a day?

22         A     Yes.

23         Q     Okay.  Plus expenses?

24         A     Yes.

25         Q     All right.  Any idea how much time you

86

1   have in this case?

2        A    I think about maybe 12 hours -- 12, 13

3   hours altogether.  I brought the invoices with me

4   that I've sent and I can probably tell you from

5   those.

6        Q    Okay.  Do you mind if I take a look at

7   those?

8        A    Thirteen, 13 hours altogether.

9        Q    Let's go ahead and make that as Exhibit

10  No. 3 to your deposition.

11                      (Documents were marked for

12                      identification as Defendants'

13                      Exhibit No. 3.)

14       Q    (By Mr. Choy) And this is the invoice that

15  you sent to the law offices of G. Brian Spears; is

16  that correct?

17       A    Yes.

18       Q    About then you have two hours of time in

19  discussion of case with attorneys?

20       A    Is that what that -- is that what that

21  says, two hours?

22       Q    Yeah.

23       A    Oh, yes, that was -- this is the first

24  invoice that I sent here and then this is the

25  subsequent one, yes.

87

1    Q    Okay.  So the second page is Exhibit No.

2  3, is the first invoice you sent to is Mr. Spears;

3  is that correct?

4    A    Yes.

5    Q    And that's for $1500 for a total of three

6  hours discussion of case with attorney August 19,

7  2017; is that correct?

8    A    Yes.

9    Q    Is that the first day that you were

10 retained in this case?

11   A    Retained?  I mean shortly before that.

12   Q    Okay.

13   A    Just -- I mean at least -- I don't know --

14 well, Mr. Spears had sent me the autopsy report and

15 some information and we talked.

16   Q    And then the first page of Exhibit 3, the

17 second item is review of record is the items.

18 Description is review of extensive records and that

19 was for five hours, correct?

20   A    Yes.

21   Q    And then the final item is written report,

22 which I'm taking is the preparation of the written

23 report which we're going to be talking about after

24 lunch.

25   A    Yes.

88

1        Q     And that's three hours to prepare that,
2    correct?
3        A     Yes.
4        Q     All right.  Thank you sir.
5              MR. CHOY:  Let's go ahead and take a lunch
6        break.
7        Q     (By Mr. Choy)  Dr. Sperry, we're back on
8    the record after lunch.
9              I want to talk a little bit more about
10   your consultation business.  I think you told us
11   earlier today that you have had your company for, I
12   believe, 21 years or 22 years?
13       A     Yeah, I should get a little sticker that
14   says 21 years, but yes, 1997.
15       Q     At that time, what was the purpose of the
16   company?
17       A     Really to provide a corporate entity for
18   my consulting work or income that was generated
19   outside of my employment with Fulton County and then
20   with the State.
21       Q     I see.  And that hasn't changed since, in
22   terms of the work you do for the company?
23       A     No.
24       Q     You told us earlier that that is your
25   exclusive stream of income is through that company?

89

1      A      Yes, other than my pension from the State
2    of Georgia.
3      Q      And when you say "consulting work," what
4    do you do?
5      A      I review cases, the vast majority of the
6    work that I do is reviewing cases at the request of
7    attorneys.   It's a mixture of criminal work mostly,
8    and on the criminal side it's mostly defense work.
9    And then reviewing cases on the civil side for
10   plaintiff and defense attorneys.
11           Most of the cases that are on the civil
12   side are medical malpractice, some wrongful death
13   cases.   The majority deal with fatalities.   And I
14   should say, some more kind of pure pathology issues,
15   like a misdiagnosis of a biopsy, say, missing cancer
16   or diagnosing something as cancer when it is not,
17   you know, occasional cases like that.
18      Q      I see.   So when you do the consulting
19   work, it's in the field of forensic pathology?
20      A      Forensic pathology primarily and things
21   that deal with, you know, forensic medicine.
22   I have a lot of consults dealing with sexual
23   assaults.   Areas of special interest and expertise
24   that I have cultivated over the years have been
25   child abuse, childhood injuries, sexual assault of

90

1   children, and also sexual assault injuries in adults

2   and the evaluation and interpretation of injuries

3   and injury patterns.

4        Q    So these are individuals who are still

5   alive?

6        A    Yes.

7        Q    Okay.  Is it fair to say that most of your

8   consulting work deals with deaths, though?

9        A    Well, most -- I mean certainly more than

10  half, I would say, yeah.  That's fair.

11       Q    Are there any other areas that you hold

12  yourself out to be an expert in?

13       A    Well, no other areas in medicine

14  specifically.  I mean I'm a forensic pathologist and

15  anatomic and clinical pathologist and then, you

16  know, as far as -- we talked about this a little bit

17  just now.

18            Forensic pathology, I mentioned earlier

19  that forensic medicine deals with the interpretation

20  of injuries, in other words, how injuries are caused

21  and how injuries or medical conditions may cause or

22  contribute to death.  And so there's a mixture then

23  of both, you know, living and deceased individuals

24  when it comes to the interpretation of injuries.

25       Q    And that's all under the umbrella of

91

1    forensic pathology, though?

2        A    Yes.  Forensic pathology, forensic

3    medicine.

4        Q    Right.  You mentioned that you do work in

5    the criminal side of things and that is primarily

6    for defense or are those individuals that have been

7    accused of a crime?

8        A    Well, yes, almost all of them are where

9    there's either an accusation -- usually it's some

10   kind of criminal charge of some sort or another, up

11   to and including, you know, say, an impending trial,

12   for instance.

13       Q    And then on the civil side, which is the

14   case we have here today, you told us that you do

15   work both for the plaintiff and defense side; is

16   that correct?

17       A    Yes.

18       Q    And in this occasion you're doing work for

19   the plaintiffs, correct?

20       A    Yes.

21       Q    In terms of just your current case load,

22   what percentage are for plaintiffs versus defendants

23   on civil cases?

24       A    I would say maybe half and half, about.

25       Q    And has that ratio been about the same

92

1    throughout your career in consulting work?

2        A    It's varied somewhat.  I think prior to

3    2008 I was looking at, I would say more plaintiff

4    cases than defense cases.  The best I can tell when

5    there was an economic collapse, if you will, around

6    2008, you know, I was getting less calls from

7    plaintiffs.  And I would say up until -- I didn't

8    tell you this, but at least while I worked for the

9    GBI, the one thing I could not do was to review or

10   testify in criminal cases for the defense.  So I

11   didn't look at any of those at all.

12            But the last few years before I retired I

13   would say I -- as far as civil cases went, which was

14   almost the majority of everything that I looked at,

15   probably three quarters were defense and a quarter

16   were plaintiff.  So, you know, it's varied at

17   different times.

18       Q    And how many current open civil files do

19   you have?

20       A    Oh, I'm thinking to myself.  Open is

21   always a nebulous term just because some things may

22   sit for two years and I don't hear about anything at

23   all, and then suddenly, you know, some momentum gets

24   gathered, probably, maybe 30 or 40.

25       Q    Okay.  And have you had that number of

93

1   cases throughout your consulting work on an annual

2   basis?

3          MR. GRAY:  Just civil now.

4      Q   (By Mr. Choy)  Just civil?

5      A   Yeah.  Just civil -- well, excluding, of

6   course, like I said, when I worked for the State, I

7   did virtually no criminal work at all except, you

8   know, occasionally I would be asked by prosecution

9   in different places to look at cases.

10         But -- so civil work, yeah, probably

11  anywhere maybe from 40 to 60 open cases at a given

12  time.  You know, like I said, many of those just sat

13  dormant for a long time or, you know, would be

14  resolved in some way and then I'd call someone a

15  year later and find out that it was resolved, so...

16     Q   And how much do you make from consulting

17  work?  This past year.

18     A   This past year?  I honestly really don't

19  know.  You gleaned earlier that the bookkeeper for

20  Sperry Forensic Pathology Consultants is my wife,

21  and essentially what I do is sign the checks and

22  give them to her, and we haven't gotten our taxes

23  back yet.  I hate to sound ignorant, but I really

24  don't know.

25     Q   So you have no ballpark figure at all?

94

1      A     I would say, it probably was last year it

2  was more than $300,000 altogether for everything all

3  put together, but that's, you know, that's the best

4  I can tell you, really.

5           MR. GRAY:  Would you be amendable to

6       giving that figure to Mr. Spears?

7           THE WITNESS:  Oh, when I --

8           MR. GRAY:  When you get away from here?

9           THE WITNESS:  Yeah, when I can find out

10      what it's, I don't have a problem with that.

11          MR. GRAY:  Okay.

12          THE WITNESS:  I will just make a note to

13      do that.

14      Q     (By Mr. Choy)  On average was it about the

15  same amount during your career as a consultant?

16      A     You mean when I was working for the State

17  you mean?  No, I was really -- I made about, with

18  some pluses or minuses, about what my salary was

19  with the State.  It was around between 180 and

20  $190,000 a year approximately.

21      Q     Now that you've retired, then that number

22  has gone up?

23      A     Yeah, it seems to have.  Doing more work

24  for the criminal defense area, so that's -- it does

25  not pay as well as the civil consultation does but I

95

1    enjoy it more, frankly.

2         Q    And what do you do to market yourself?

3         A    Nothing.

4         Q    Do you have a website?

5         A    No.

6         Q    So throughout your consulting career, you

7    have never actively marketed yourself?

8         A    No, I have never advertised, no.

9         Q    So it's all word of mouth?

10        A    Yes.  I will say for 18 or 19 years I was

11   associated with an expert witness resource company

12   in Florida named Rieback Medical-Legal Consultants,

13   R-I-E-B-A-C-K.  That's the name of the nurse that

14   runs it.  And she sent me some cases to look at, I

15   mean maybe five to ten a year, something like that,

16   but I stopped looking at cases for her maybe seven

17   or eight years ago.

18             And actually I gave all those over to

19   Dr. John Eisenstat, who is the man who was -- you

20   know, took over as chief medical examiner when I

21   retired.  But, you know, I turned all of Ms.

22   Rieback's stuff over to him.

23        Q    Okay.

24        A    And that's the only, kind of only group

25   like that I've ever had an affiliation with,

96

1    otherwise, it's just all word of mouth.

2        Q    And that was just a referral service,

3    right?

4        A    Yes.

5        Q    Have you ever had a court, as far as you

6    know, disqualify you to testify as an expert?

7        A    No, not as far as I know.

8        Q    Okay.  Or struck even just a portion of

9    any opinions you may have in a case?

10       A    Not that I know of.  I mean, if that has

11   happened -- that's the sort of thing that I almost

12   never would find out about anyway, but no, not that

13   I know of.

14       Q    Okay.  And in this case, as I understand

15   it, Mr. Spears is the one that retained you?

16       A    Yes.

17       Q    Have you had any occasion to work with

18   Mr. Spears before this case?

19       A    A few times, yes.

20       Q    A few is somewhat of an in-precise term,

21   more than three, less than five?

22       A    Well, I've had cases -- yeah, because it

23   makes me think.  I've had a few handful, maybe three

24   to five over the years going back many years, back

25   when I was at Fulton County in the office, I

97

1    remember at least one, maybe two cases that I worked

2    with him on.

3              And then when I worked for the GBI, there

4    were occasional -- I mean again, a few, maybe three,

5    four cases over all that time I was there where --

6    where he represented someone or the family of

7    someone who had died -- well, usually in jail or who

8    was incarcerated, and then I would have done the

9    autopsy and then -- so I was, you know, testifying

10   in -- or giving testimony in my official capacity,

11   and there were times where my opinions favored his,

12   you know, his perspective and other times where they

13   favored the defense.

14             I mean, again, a few, maybe three or four

15   five over the years.  But I was not, you know,

16   retained as an independent expert of any sort.  It

17   was just, you know, I happened to do the autopsy so

18   he was involved in one way or the other.

19        Q    Sure.

20        A    I will tell you, there was actually one

21   case.  The director of the Georgia Bureau of

22   Investigation, Mr. Vernon Keenan, his secretary's

23   ex-husband hung himself in jail.

24             MR. GRAY:  That was my case with Brian.

25             THE WITNESS:  Okay, good.  Well,

98

1          Mr. Keenan --
2               MR. GRAY:  You never got to testify.
3               THE WITNESS:  What's that?
4               MR. GRAY:  I don't think you ever
5          testified.
6               THE WITNESS:  Oh, no, no, I never did, but
7          Mr. Keenan asked me to refer his secretary to
8          an attorney to handle this -- the jail
9          suicide --
10              MR. GRAY:  Nice woman.
11              THE WITNESS:  Yeah, so yeah.  So I called,
12         I called Mr. Spears, because I knew him and
13         this was the kind of thing -- at least my
14         understanding that he had a focus on.
15              So now you know that.  That case was
16         referred directly from the Georgia Bureau of
17         Investigation Director.
18              MR. GRAY:  But a good case.
19              THE WITNESS:  Yeah, highly unfortunate.  I
20         remember, I remember the day it happened.
21              MR. GRAY:  Not perfect, but a good case.
22              THE WITNESS:  Yeah, so anyway.
23         Q    (By Mr. Choy)  And in any of the cases
24    that you've had with Mr. Spears, did any of them
25    deal with sickle cell disease or sickle cell trait?

99

1        A      No.

2        Q      There is another attorney involved in this

3    case.   Jeff Filipovits?

4        A      Yes.

5        Q      Have you had any dealings with him before

6    this case?

7        A      No.

8        Q      Okay.

9                        (Documents were marked for

10                       identification as Defendants'

11                       Exhibit No. 4.)

12       Q      (By Mr. Choy)  Let's go ahead and mark as

13   an exhibit, your report, Exhibit 4.  And sir, if you

14   would take a look at that and identify that for the

15   record.

16       A      Sure.  This is a copy of the report that I

17   wrote regarding Martez Wilson in this case.

18       Q      And it's dated October 31st, 2007?

19       A      '17.

20       Q      I mean '17?

21       A      Yes, sir.

22       Q      That's post-lunch daze.

23       A      I understand.  That's why siestas were

24   invented.

25       Q      Right.  I think you told us earlier based

100

1    on your invoice that you believe you were retained a

2    little bit before August of 2017; is that correct?

3         A    Yes, at and around early August.

4    Actually -- I mean and I have at least three, I

5    think three transmittal letters here from

6    Mr. Spears, if you want to see those.

7         Q    Sure.

8         A    That's what I have.

9         Q    And the three transmittal letters are just

10   a listing of documents that were sent to your

11   attention; is that fair?

12        A    Yes, yes.

13        Q    Are these the same documents that you list

14   on the first page of your report?

15        A    Yes.

16        Q    And we referenced this earlier in your

17   testimony, that these are the materials that you

18   have reviewed with the exception of the re-autopsy?

19        A    Yes.

20        Q    And since the date of this report, you had

21   an opportunity review that autopsy, and I think you

22   testified earlier, that has had no impact on your

23   opinions?

24        A    Yes.

25        Q    Are there any other documents you have

101

1    reviewed in rendering your opinions in this case?

2        A    No.

3        Q    Do you anticipate reviewing any other

4    documents?

5        A    I don't know of any others that exist that

6    I anticipate reviewing, and so having said that, if

7    there's that I don't know that exists, you know, I

8    can't, I can't tell you about that.

9        Q    Sure.

10       A    Yeah, what you don't know is what you

11   don't know.

12       Q    Oh, I get that.  The reason why I ask is

13   that we did take the deposition of another expert

14   that's been disclosed in this case, Robert Klaus.

15       A    Okay.

16       Q    Do you know that individual at all?

17       A    Mr. Spears has mentioned his name, and I

18   think that he's in Ohio and he is an EMT or

19   paramedic.  That's all I know about it.

20       Q    Okay.  So you've had no prior dealings

21   with him before?

22       A    No, sir.

23       Q    And you haven't had an opportunity to

24   review his deposition testimony?

25       A    Oh, no.

102

1       Q     Do you have any desire to review his

2   deposition testimony?

3       A     That's a different question, having a

4   desire, I have a desire for a lot of things, but I

5   mean only from the perspective that I'm always

6   interested in what other's say and what their

7   perspectives are and not necessarily viewed with,

8   from my role as agreeing or disagreeing with what

9   they say.  It's more out of, you know, intellectual

10  curiosity.

11      Q     Sure.

12      A     Beyond that, that's all I can really tell

13  you.

14      Q     But sitting here, the fact that Mr. Klaus

15  is an EMT/paramedic expert, that would have no

16  impact on your opinions as a forensic pathologist?

17      A     That's fair.

18      Q     Is that a fair statement?

19      A     Yes, sir.

20      Q     Okay.  And your report which has been

21  marked as Exhibit 4, is this the report that you

22  spent, I believe, three hours preparing?

23      A     Yes.

24      Q     And you prepared this report completely?

25      A     Completely, myself, yes.

103

1        Q    Has anyone assisted you at all in it?

2        A    Oh, no, my habit and practice all my life

3   and career has been to sit down, after reading

4   through everything and having the records and things

5   with me, and then start typing.  And I have blessed

6   that I can most of the time keep a coherence and

7   train of thought when I'm doing it.

8        Q    And when you were contacted by Mr. Spears,

9   what did he ask you to do?

10       A    Well, he asked me to review information

11  and records and, as I recall, first of all, he

12  wanted to know what, you know, what my opinion was

13  regarding the, then initial autopsy and the

14  conclusions of the autopsy.

15            And then secondly, to look at, based upon,

16  of course, that information, those conclusions, and

17  depending on what my conclusions were, my opinions,

18  and determine what, if any, interventions might have

19  been undertaken for Mr. Wilson that would have

20  resulted in his survival.

21       Q    Anything else?

22       A    I think that's basically it, I mean that's

23  I would say the main focus.

24       Q    And so broadly speaking, your first

25  request was to take a look at the initial autopsy

104

1   that was conducted and give your opinion on, I guess

2   the validity of that autopsy?

3        A    Yes, see what, what I thought about the

4   report, the testing, the conclusions, and if there

5   was anything that I disagreed with or should be

6   explored or should have been explored in more detail

7   or could be explored even, you know, a couple of

8   years later.

9        Q    Sure.  And as I understand it, you have no

10   criticisms of that initial autopsy?

11       A    No.

12       Q    Who performed that initial autopsy?

13       A    It was Dr. Jacqueline Martin.  She is

14   Puerto Rican so her name is pronounced Martin rather

15   than Martin.

16       Q    And who is Dr. Martin with?

17       A    Oh, who is she with?  I'm sorry.  She is

18   one of the deputy chief's medical examiners at the

19   Georgia Bureau of Investigation.  I hired her when I

20   was chief -- when was that?  I'm thinking somewhere

21   around maybe 2000, 2001, something like that.  And a

22   few years later we put her in a deputy chief spot

23   and that's where she is today.

24       Q    And so while you were at the GBI, you were

25   her supervisor?

1     A     Yes.

2     Q     And, in fact, you hired her?

3     A     Yes.  I should say the State of Georgia

4  decided to hire her, but it was my recommendation,

5  you know, I mean with all the background

6  investigation and everything that has to be done.  I

7  had no role in that, but, you know, my

8  recommendation was to hire her.  In fact, I

9  basically actively recruited her for, for the

10 position.

11    Q     From where?

12    A     She was in Syracuse, I believe, yes.

13    Q     University of Syracuse or the City of

14 Syracuse?

15    A     Yeah, the county that Syracuse resides in

16 has a medical examiner's office.

17    Q     I see.

18    A     And that's -- it's freestanding.  I think

19 they have a contract arrangement with the county,

20 but I don't know much more about, about that.

21    Q     Other than a professional relationship

22 with Dr. Martin, do you have any other type of

23 relationship with her?

24    A     Well, I mean we know each other well and,

25 you know, just during the time that, you know, we've

106

1    known each other, I mean both my parents passed away

2    and her father passed away and her mother passed

3    away.  I mean we just shared things like that.  Her

4    office was next to mine and she had an expresso

5    machine and would oftentimes make me a cup of

6    expresso late in the day, and that was it.

7    Otherwise, no, no real social relationship.

8         Q    Would you consider her a friend?

9         A    Yes.

10        Q    Did you socialize outside the office?

11        A    No, I am just thinking, really -- no, I

12   have never been to her house.  Although, when my

13   wife and I bought our house -- when was it, 2013,

14   she did come to the open house party we had and

15   brought a nice plant, but so that's about it.

16        Q    Have you had any contact with Dr. Martin

17   since leaving the GBI?

18        A    A couple of times I've talked to her, just

19   on a casual, you know, how are you doing sort of

20   basis.  And then, and then when her mother passed

21   away, I did call, you know, to give her my

22   condolences.

23        Q    All right.  And then the second broad

24   category that you were requested to review was

25   liability?

107

1          A    Yes, survivability.

2          Q    Survivability?

3          A    Yes.

4          Q    And I just want to make sure we're clear

5     on the terminology.  Survivability, is that an

6     essentially medically accepted terminology that has

7     meaning to you?

8          A    Yes, I mean -- I think I, I expanded on it

9     a little bit earlier.  It's just, you know, whether

10    Mr. Wilson, you know, had the probability of

11    surviving, had, you know, interventions taking

12    place, therapeutic interventions.

13         Q    Okay.  So that would be referred to as

14    survivability then?

15         A    Yes.

16         Q    Okay.

17         A    The ability to have survived the event.

18    That probably has a different legal, legal meaning,

19    I imagine, I don't know.

20         Q    Oh, I don't know either.

21         A    Okay, good.

22         Q    I was just asking you from your

23    perspective.

24         A    Hey, no problem.  You understand I'm not a

25    lawyer nor pretend to be, so, you know, sometimes I

108

1    use terms of art that, you know, that I'm not aware

2    of.

3         Q    But for purposes of today's testimony at

4    least, when we refer to survivability, that's what

5    you're referring to?

6         A    Yes.

7         Q    All right.  And as you sit here today, you

8    have no plans on amending your report?

9         A    No.

10        Q    Was there anything that you requested that

11   wasn't provided to you?

12        A    No, I don't recall that there was

13   anything.

14        Q    So you weren't asked to interview anyone?

15        A    No.

16        Q    You weren't asked to go out to the scene

17   of the initial arrest?

18        A    No.

19        Q    All that was not necessary for purposes of

20   what you were asked to do?

21        A    Yes, in my opinion, yes.

22        Q    In preparing this report, was it necessary

23   for you to review any information such as medical

24   journals or medical research or treatises?

25        A    No, not for the purpose of preparing the

1  report.

2      Q    For purposes of preparing for today's

3  deposition, have you reviewed any medical journals

4  or treatises or alike?

5      A    I wouldn't say for the purposes of

6  preparing for the deposition itself.  Now, I did

7  bring some articles with me that are, that I'd

8  say -- well, relatively recent from 2009, 2014,

9  maybe one's 2015, but dealing with sickle cell trait

10 and the exercise-related sickle cell --

11 exercise-related collapse in someone who has sickle

12 cell trait.

13          And I really more brought those more

14 for -- well, informational purposes, and I think in

15 your, your subpoena you sent, I can't remember

16 exactly what it said, but something about articles.

17 I just brought some with me because there isn't a

18 whole lot out there.  This is, I think, reflects

19 most of what's kind of going on these days.

20     Q    So in response to the subpoena that we

21 sent you, you produced or you found these articles

22 or are these articles that you already had?

23     A    Oh, I mean I knew they were out there, I,

24 you know, read them at different times because it's

25 an area of interest, and -- so it was just a matter

110

1    of really getting them and printing them out and

2    bringing them.

3         Q    And you reviewed those articles after we

4    sent the subpoena to you?

5         A    Yes.

6         Q    You had not reviewed those articles

7    previously?

8         A    Well, you know, I had seen at least three

9    or four of them before.

10        Q    If you can take those articles out of that

11   stack there and show us what you have, sir.

12        A    Sure.

13             MR. GRAY:  Can we just copy those so we

14        get some to read along?  I want a copy of that

15        invoice, too.

16             MR. CHOY:  Sure.  Let me go get copies

17        made.

18                  (Break was taken).

19        Q    (By Mr. Choy)  Dr. Sperry, while we wait

20   for copies of those articles, let me go ahead and

21   mark as an exhibit, since you referenced it, the

22   subpoena that I sent out.

23        A    Sure.

24                       (Documents were marked for

25                       identification as Defendants'

111

Exhibit No. 5.)

1

2      Q      (By Mr. Choy)   This is Exhibit 5.

3             Sir, if you would take a look at that and

4      confirm that that's the copy of the subpoena that

5      you were referring to earlier?

6      A      Yes, I think the one I have has actually a

7      separate page in there that says Exhibit A.

8      Q      This Exhibit A?

9      A      Well --

10     Q      Oh, I see, just a couple of sheets.

11     A      Exhibit A.

12     Q      Okay.

13     A      But otherwise, yes, I think it's the same.

14     Q      And referring to Exhibit A of the subpoena

15     itself, which paragraph do you believe these

16     articles are responsive to?

17     A      Let's see here.  Well, sorry.  Although, I

18     mean No. 11 -- I mean I already told you, they're

19     not ones that I relied upon to -- well, I guess -- I

20     guess that really is it, because the way that I read

21     this it says, you know, blah, blah, blah, "Any other

22     authorities upon which you rely to formulate or that

23     support your opinions in this case."

24            And there would be the latter half of

25     that -- of that last sentence.

112

1       Q     Okay.

2       A     Just because they support my opinions

3    regarding interventions and the efficacy of

4    interventions as far as preventing death.

5       Q     Okay.  So it's -- and we'll talk a little

6    bit more about it in detail, but the articles that

7    you brought here today, and I count four of them.

8    And here is your original copy back.

9             These are articles that you would say

10   support your opinions in this case?

11      A     Yeah, there should be five.

12      Q     Oh, sorry.

13      A     There you go.  Okay, good.  Just --

14      Q     I miscounted.

15      A     So you have what I have, so...  Okay.

16      Q     So just to be clear, these are articles

17   that you believe support your opinions in this case,

18   and, in particular, the opinion on the therapeutic

19   intervention?

20      A     Yes.

21      Q     And survivability?

22      A     Yes.

23      Q     Okay.  Any other categories that these

24   five articles you believe are responsive to?

25      A     No.

113

1      Q    I was reviewing this Exhibit A to the

2  subpoena earlier, it just sort of reminded me, in

3  terms of the cases that you've had in your

4  consultation work, whether any of them involved

5  deaths related to sickle cell disease or sickle cell

6  trait?

7      A    There is one that I can recall that

8  actually where a sickle cell trait was a specific

9  issue, and it had to do with a young man who was, I

10 believe, in the Marines, if I remember correctly.

11 But he had an exercise-related sickle cell event and

12 deteriorated and then ultimately collapsed.

13          And the issue was not what is it that --

14 what it was that had caused his death, but it had to

15 do with the wife -- if I remember correctly, because

16 it has been more than a decade ago -- but the wife

17 was trying to get survivor benefits from the

18 military.  And there was some issue relating to the

19 recognition of the sickle cell, his sickle cell

20 trait, which had not diagnosed prior to this event,

21 having led to his death.  And then, you know, then

22 making her qualify to receive survivor benefits that

23 they had initially -- at that point in time they

24 were denying benefits because they did not view this

25 as a relevant preexisting condition.  But that was

114

1  like over a decade ago and I doubt if that would

2  even come up today.

3           MR. GRAY:  That's not on your list.

4           THE WITNESS:  Oh, no, because that list,

5       you know, goes back just four years.

6           (Dr. Sperry takes a telephone call.)

7       Q    (By Mr. Choy)  So Doctor, my original

8  question was whether in all the cases you've handled

9  on a consultation basis, there is this one that you

10  can recall more than ten years ago that involved

11  getting death benefits from the Marines?

12      A    Yes.

13      Q    Okay.  And that didn't even have anything

14  to do with cause of death in the sense that we

15  already knew what the cause of death was in that

16  case?

17      A    Well, yes, it was, you know, determined

18  actually by an autopsy conducted by the military

19  that he had died from, you know, exercise-induced

20  complication of the sickle cell trait that had been

21  previously undiagnosed.  So there really wasn't

22  anything in contention, although that became part of

23  it.  I mean that oddly was the conclusion of the

24  military pathologist, but whoever it was that was,

25  had, you know, dealt with giving survivor benefits

115

1    was even disputing that.  So...

2         Q    And I want to get the terminology correct

3    and this is something that you just may have just

4    came up with, but it's exercise-induced sickle cell?

5         A    Well exercise, exercise-induced collapse.

6         Q    Collapse.

7         A    With sickle cell trait or in patients with

8    sickle cell trait.  There's an acronym, actually

9    this top article that you have really uses, which is

10   as good as anything.  I think it's really useful.

11   It's ECAST, E-C-A-S-T, exercise collapse associated

12   with sickle cell trait or SCT.

13             MR. GRAY:  Were these marked collectively

14        as an exhibit?

15             MR. CHOY:  No, I haven't done it yet.

16             MR. GRAY:  I got you.

17             MR. CHOY:  Yeah.

18        Q    (By Mr. Choy)  So Exercise Collapsed --

19        A    Exercise Collapse Associated with Sickle

20   Cell Trait, ECAST.  It's kind of cumbersome.

21        Q    So ECAST?

22        A    ECAST.

23        Q    So other than this Marine case, that's the

24   only one you've handled?

25        A    Yes, that's the only one where I -- that I

116

1    can recall I've been involved in any litigation.

2         Q    Do you have a recollection as to whether

3    in the death of this Marine, that there was any

4    therapeutic intervention done to him upon his

5    collapse?

6         A    There wasn't, and I know that was a

7    separate issue.  He had initially, as I recall, the

8    drill instructor thought that he was faking or

9    fainting illness and was coerced into continuing on

10   with the intense physical activity.

11              I think they were running, like a

12   five-mile run with full packs on in the heat of

13   Texas, but the drill instructor thought that the man

14   was, you know, pretending to be ill when ultimately

15   he was not.

16        Q    I think my original line of questioning

17   when we took a break to get these copied was what

18   you had done to prepare for today's deposition

19   beyond bringing your file materials and you

20   mentioned these articles, is there anything else?

21        A    No.

22        Q    And as I take it, we'll talk a little bit

23   about this in more detail, but these articles do not

24   change any of the opinions in your case, and in

25   fact, you told us they support your opinions,

117

1   correct?

2        A    Yes.

3        Q    Turning to page 2 of your report, which

4   has been marked as Exhibit 4 to your deposition, I

5   think you told us that what your process is is to

6   review the materials that were provided to you by

7   the lawyer, and in this case Mr. Spears, and then

8   essentially summarize what you believe to be the

9   facts?

10       A    Yes, that's reasonable.

11       Q    And that's essentially what you did on

12  page 2 of the report, correct?

13       A    Yes, that's what I tried to do, yes.

14       Q    Okay.  And I'm not going to go over the

15  facts with you, I mean obviously it speaks for

16  itself, but the one thing I do want to ask you is

17  that do you have an opinion as to actually when

18  Mr. Wilson stopped breathing?

19       A    No.

20       Q    Okay.  And why is that?

21       A    Well, the first time that it was ever

22  noticed that he had stopped breathing was when he

23  was in the holding cell in the detention facility

24  and the officers that had brought him there then

25  noticed that he was not breathing.  So as far as --

118

1    I mean, so that's the first time that it was

2    noticed.

3            Now, when he actually stopped breathing, I

4    can't -- I don't know, I don't have an opinion as

5    far as that goes, although -- I mean it brings into

6    question how much he was being observed by, you

7    know, certainly the police officers, you know, who

8    were in charge of -- well, his wellbeing.

9        Q    Okay.  And from a, what I'm gathering is

10   from a forensic pathology standpoint, there is no

11   way of determining that?

12       A    No, there is not, you know, from that

13   perspective.  Now, I mean one ancillary thing that I

14   addressed in my report.  The observation that was

15   made when the paramedic responded to Mr. Wilson in

16   the jail cell that rigor mortis was starting.  And I

17   don't find that, that plausible.

18       Q    Okay.

19       A    So you know, you certainly can ask me

20   anything about that, but I went into that somewhat.

21       Q    All right.  And so your summary of the

22   facts on page 2 up to the top of page 3; is that

23   correct when you write that, "A WellStar Physician

24   was telephoned and advised of the situation and CPR

25   was terminated at approximately 1:39 a.m."  Correct?

119

1          A     Yes.

2          Q     And then what I'm now gleaning from what

3     you told us earlier is, that first paragraph is

4     essentially what you were asked to do in terms of

5     reviewing the autopsy that was performed by

6     Dr. Martin and make a determination of whether you

7     thought it was done properly?

8          A     Yeah, you are talking about the first

9     paragraph on page 3?

10         Q     Yes.

11         A     Yes.  Yeah, it's a review of the autopsy

12    findings and, I think, mentioning to me the things

13    that were pertinent, as far as pertinent negatives

14    and pertinent positives and things of relevance.

15         Q     And so the autopsy was performed by

16    Dr. Martin on March 3rd, 2015, correct?

17         A     Yes.

18         Q     And at that time you were still the chief

19    medical examiner for the GBI?

20         A     Yes.

21         Q     At that time did you have any personal

22    knowledge about this particular case?

23         A     No.

24         Q     And that would not have been unusual for

25    you, correct?

120

1      A    Correct.  I mean we, we handled -- I am

2   just thinking, between 150 and 200 autopsies a

3   month, and I actually don't even remember what day

4   of the week March 3rd was, but no, I would not have,

5   you know, many things I did have personal knowledge

6   of, but also many other cases I do not, and this is

7   one of that I do not.

8      Q    Right.  Before you were called to consult

9   on this case, did you have any knowledge about this

10  case at all?

11     A    No.

12     Q    And so on your report you note that the

13  autopsy review revealed scattered small superficial

14  abrasions on various body surfaces and extremities,

15  but no evidence of significant trauma; is that

16  correct?

17     A    Yes.

18     Q    And essentially in layperson's

19  terminology, what does that mean?

20     A    That means that there's a few small little

21  scrapes on different parts of his body and his arms

22  and legs, as I recall, but there is really no severe

23  bruises.  Nothing that would, you know, really to

24  kind of cut to the chase, nothing that would tell me

25  or make me concerned that he had beaten, assaulted,

121

1    somehow, you know, physically mistreated by, you

2    know, by someone, law enforcement officers or anyone

3    else.

4         Q    Okay.

5         A    But -- and I guess to kind of finish that

6    out, is that the few minor injuries that were, were

7    described and documented, are completely consistent

8    with him being on the ground and handcuffed and, you

9    know, just minor things, minor injuries associated

10   with those actions, but nothing that would cause or

11   contribute to his death or be, I would say, you

12   know, evidence of inappropriate action.

13        Q    I see.  And the second part of that

14   sentence is "Or a grossly apparent natural disease

15   that could account for Mr. Wilson's death."

16             And what do you mean by that?  Layperson

17   terms.

18        A    Sure.  That means -- this is what we

19   talked about before lunch.  Is that part of an

20   autopsy in any -- well, a custody death, we'll just

21   kind of restrict it to this, this, you know, general

22   topic, is to determine the presence or absence of

23   any natural disease, such as if the heart is

24   abnormally enlarged or there's a blocked artery in

25   the heart, something like that that could, in and of

122

1   itself, cause death or even be a contributing factor

2   to death, under stress.

3          And, you know, the same thing with, with

4   injuries, but yeah, yeah, grossly apparent natural

5   disease.  So in other words, he, he didn't have, you

6   know, an abnormal heart that was, that was missed or

7   have, you know, an aneurism in his brain or

8   something like that that was unknown.

9      Q    And that's why you note that all the body

10  organs were of a normal weight and configuration?

11     A    Yes, that's, that's a little more sort of

12  pathological elaboration on, on, you know,

13  specifically saying there was no anatomic reason

14  that explained why Mr. Wilson was dead.

15     Q    And so what I gathered from that is,

16  if you just looked at the outside appearance of

17  Mr. Wilson, there was no apparent cause of death

18  just by looking at him, correct?

19     A    Oh, yes, from that perspective, just, you

20  know, if all one did was restrict themselves in

21  looking at the outside of his body, then yes, there

22  was nothing that was obviously apparent.  No, you

23  know, broken neck or stab wounds or gunshot wounds

24  or, you know, severe trauma like that, no.

25     Q    Then once you started performing the

123

autopsy, if you looked at his organs there would be

nothing from the appearance of the organs that would

indicate a cause of death; is that a fair statement?

     A    That is fair.

     Q    Okay.  You do go on to note that the

cerebral cortex of the brain appeared in quotations,

"dusky"?

     A    Yes.

     Q    And what does that mean?

     A    That means that the, the, the covering of

the brain and the brain itself, I mean is, is

infused with, you know, millions of little blood

vessels.  And typically at the autopsy of, of

somebody who dies just from most anything, the brain

will be rather kind of pink gray looking and the

blood vessels will be pink red.  And when there's

some duskiness, that means it's more of a like

reddish purple kind of, kind of appearance, that's

an, an indicator that this could be related to

something interfering with blood flow to the brain.

And as a consequence the term we use is stagnation,

meaning the blood is not flowing through the blood

vessels and draining from the blood vessels

appropriately, and so there's a, you know, a color

change to the naked eye.

124

1      Q     And in terms of putting sort of the puzzle

2  together, that would be one piece of indicating that

3  this could be a sickle cell trait related death,

4  correct?

5      A     Exactly, yes.

6      Q     And that goes back to the point you made

7  about sickle cell trait, once it becomes sickled,

8  then the blood becomes more viscous or chunkier, I

9  don't know, however you want to describe it.

10     A     Yeah.

11     Q     And then that's when the organs are

12 deprived of oxygen, correct?

13     A     Yes.  The terms that's used rheology,

14 R-H-E-O-L-O-G-Y, which is the branch of physics that

15 deals with fluid flow and fluid dynamics and

16 viscosity, and it's in a technical sense that the

17 rheology of the blood is altered because of the

18 increased viscosity and the clumping of the sickle

19 red cells, exactly.

20     Q     And you mentioned this a little bit

21 earlier, but your sentence here you refer to the

22 fact that the postmortem vitreous chemistry

23 disclosed a mildly elevated sodium level; is that

24 correct?

25     A     Yes.

125

1    Q    And I have no idea what that measurement

2    that is, but you say it's 151?

3    A    Yeah, milli-equivalents per liter, yes.

4    Q    And you described that to be mildly

5    elevated, what does that mean?

6    A    Well, the normal, you know, your -- if we

7    were to draw blood from you or me, hopefully me, I

8    hope you too, the normal sodium is about 135 to 145,

9    and the measurement, milli-equivalents, has to do

10   with the molecular weight of sodium and it's too

11   complicated to go into.

12   Q    Sure.

13   A    But anyhow, so that's -- like I said, the

14   normal is 135 to 145, and 151 -- oh, and also just

15   for reference purposes, sodium metabolism is very,

16   very closely monitored, if you will, by the chemical

17   receptors in your body so that people just don't get

18   elevated sodiums without a reason.  And some mild --

19   a mild elevation, like I said, 151 is not anywhere

20   near enough to kill you but it indicates that there

21   is a little bit more concentration of the blood.

22   Just looking at the autopsy, the chloride and the

23   creatinine are, are normal and we cannot measure

24   potassium in the vitreous fluid of the eye because

25   it, it elevates after death in everyone.

126

1    Q    What did you say was normal, the chlorine

2    level?

3    A    The chloride level, yes.  And what is

4    called the creatinine.

5    Q    Okay.

6    A    Those are normal.  So if there were --

7    again, this just fits with very mild dehydration.

8    Q    And the fact that those two readings were

9    normal, would indicate to you, what?

10   A    Well, it was not dehydration of a more

11   sever consequence.  If the chloride was elevated,

12   that would mean that there was more concentration of

13   the blood or another way to look at it is more water

14   depletion, thus concentrating the chloride more.

15   And the creatinine is a measurement of kidney

16   function, so if the kidneys start to be impaired,

17   then the creatinine level will go up.  And it was

18   normal.  So you know, at the point where he died,

19   there was no kidney impairment but there was, again,

20   just what I would call mild dehydration.

21   Q    So is it fair to say that hydration played

22   no role in his death?

23   A    Okay.  Well, I mean I think it played -- I

24   mean what do you mean as, as far as hydration goes?

25   Q    Well, I mean one thing that you mentioned

127

1    about sickle cell trait, the therapeutic

2    intervention is hydration?

3         A    To administer fluids, yes.

4         Q    And so that's why I am trying to connect

5    the dots here with respect to the vitreous chemistry

6    that you just discussed with us.  Two of them are

7    normal, his sodium is just mildly elevated, so I'm

8    trying to figure out --

9         A    Okay.  No, I understand.  I just didn't

10   understand, you know, what specifically kind of what

11   you were asking me.  I mean, no, hydration played a

12   role in his, in his death.  He was mildly

13   dehydrated, which is one of the features that is

14   associated with the ECAST syndrome and collapse,

15   exercise-related collapse in sickle cell trait.

16   There is -- rarely is there really sever

17   dehydration, usually it's of a relatively mild

18   nature.

19             And what one of the beliefs, as far as

20   what this does, is the dehydration -- there are --

21   because if you look at it from the perspective of

22   its depletion of, of fluids, depletion of water in

23   your bloodstream, this will increase the viscosity

24   of the blood and thus increase the propensity for

25   the blood to not flow as well through the blood

128

1    vessels as it should.  And in someone whose red

2    cells are predisposed to sickling, this will take a

3    bad situation and make it worse.

4            So the administration of fluids is, is

5    actually done to increase, you know, in someone,

6    say, who has an exercise-related collapse and a

7    sickle cell trait, ECAST, I will just say from here

8    on out.

9        Q    Right.

10       A    The administration of fluids is done to

11   increase the overall profusion of blood throughout

12   the body and to reverse what, what dehydration may

13   be there, but also it then ameliorates the increased

14   viscosity and the clumping that's caused by the red

15   cells.

16           So in other words, you're restoring fluid

17   back to the normal balance, and in doing so reducing

18   the clumping and the clogging caused by the sickle

19   cells.  Does that make sense?

20       Q    Yes.

21       A    Good, good.

22       Q    And we'll talk a little bit more about

23   that.  And just going to your next sentence -- and

24   we have mentioned just a little bit, but the

25   hemoglobin electrophoresis indicated a pattern that

129

1    was consistent with sickle cell trait, correct?

2         A    Yes.

3         Q    And that's where you came up, and we

4    discussed this earlier, where the S mutation, it

5    represents 40 percent?

6         A    Yes.

7         Q    Of Mr. Wilson's blood count; is that

8    correct?

9         A    Yes.

10        Q    Okay.  And in the next sentence you say,

11   "Microscopic examination of heart, lung, brain,

12   kidney, liver and spleen tissues reveal that most of

13   the red blood cells were sickled in shape."

14             And we had talked about that earlier

15   saying that's expected to be seen with someone with

16   essentially ECAST?

17        A    Yes.

18        Q    Correct?

19        A    Very good, yes.

20        Q    When you say "most of the red blood

21   cells," is it now fair to say, based on our

22   discussion, that it would be roughly 40 percent of

23   the blood cells that are sickled?

24        A    Well, if you were to have the ability to

25   drain all the blood out of someone and separate it

130

1    in such a way, I mean that's what you would, you

2    know, what you would find.  It's, it's a sampling

3    issue --

4        Q    Sure.

5        A    Because, you know, the pieces of tissue

6    that are being looked at are about the size of my

7    thumbnail, maybe about the size of -- a little

8    smaller than your cufflinks.  I like those.  They're

9    pretty cool.

10            And so you're only looking at a very tiny

11   sampling of, you know, much, much larger, you know,

12   amounts of tissue.  So you know, the finding of --

13   and because the clumped red cells, the sickled

14   cells, are going to, you know, lodge and, you know,

15   sort of stay in one place as a clot, it's -- they

16   will tend to stay there during the sectioning.

17            So anyway, you know, you can't really

18   extrapolate the quantity of sickled cells from

19   looking at what you see under the microscope.  But

20   seeing most of them sickled and then finding the

21   hemoglobin electrophoresis results, puts it into

22   context.

23       Q    Sure.  And while I'm thinking about it, in

24   terms of just the mechanics of why the blood's

25   viscosity increases is because once these red blood

131

1   cells become sickle shaped, then do they create more

2   friction or just get hung up on each other?

3       A    Well, that's, that's a good way to put it,

4   sort of getting hung up on each other.  Because

5   normally, you know, red cells they're little disks

6   that are -- the surfaces are concave.  You know,

7   they look like a Taurus, if you know what that's, it

8   has a thick rim but thin in the middle, and, you

9   know, however it is that God designed this, that

10  seems to be the ideal shape and morphology to go

11  through all of the blood vessels and the

12  capillaries, the tiniest ones in all of our body and

13  carry oxygen.  In fact, that that configuration is

14  uniquely able to carry the maximum amount of oxygen

15  for the hemoglobin that's inside the red cells.  Say

16  as opposed, if red cells were like little balls,

17  it's much more efficient, you know, it's amazing.

18          And so in any case, the sickled cells

19  they, you know, become long and curved and they're

20  also not as flexible because the normal red cells

21  will kind of bend and they can actually squeeze

22  through little capillaries by changing their shape a

23  little bit.  But the sickled cells are more rigid

24  and thus they -- and when you said they hang up on

25  each other, and that's pretty much what happens.

132

1    They enlarge in a longitudinal way, they get hung up

2    on each other.  I like that.  Then they start to

3    clump and clumping -- well, stagnation is bad.  Flow

4    is good.  The absence or reduction in flow is bad.

5    And then this changes the viscosity and the ability

6    of the blood to flow through tubular structures.

7         Q    Right.  And on that note, and going back

8    to my biology days, so the capillaries are the

9    smallest part of any vessel?

10        A    Yes.

11        Q    Whether it's an artery or a vein?

12        A    Well, capillaries are the bridge between

13   the arterial system that gradually starts when the

14   aorta gets smaller and smaller and smaller.  Then

15   you have the capillaries, which are just big enough,

16   red cells have a diameter of 7.5 microns, 7.5

17   millionths of a meter.  And the capillaries are just

18   about that size.  And then on the other side of the

19   capillary bed, then you get the venous side.  The

20   venules that, you know, basically they, they

21   start -- the blood starts going back to the heart on

22   that side.

23             So the capillaries are the bridge between

24   the arteries and the veins.

25        Q    And that's the tubular structure system

133

1   that you mentioned where the blood is pumped through

2   the heart, goes to the arteries, has this capillary

3   system, goes back through the veins, back to the

4   heart, through the lungs, it's oxygenated, then back

5   again, right?

6        A    Absolutely.

7        Q    And so when you say the capillaries are

8   just slightly bigger than the diameter of a red

9   blood cell, so if there's one sickled cell red blood

10  cell in the capillary, then that capillary is

11  clogged up?

12       A    Possibly, I don't know that anyone -- you

13  know, you can say that, but, you know, rarely it's

14  just one, of course, you get, you start getting

15  sickling of, you know, millions of red blood cells

16  and then they stack up on one another.  And, of

17  course, all -- if all of -- if every aspect of all

18  the capillary beds in your body were all clogged,

19  meaning you really would die, everyone would die,

20  but then not everyone dies.

21       Q    Sure.  So I guess my question to you is

22  from a forensic pathology standpoint in reviewing

23  this autopsy, is there any way to measure the level

24  of blockage in the circulatory tubular system of

25  Mr. Wilson?

134

1          A      No, there isn't.  There is not a way to

2     measure, measure it sort of up front what -- what I

3     mean by that is that in individuals who say, survive

4     for a period of time, hours, perhaps days, you know,

5     sometimes longer, but the, the clumping, the

6     clogging of the capillaries and different organs

7     will result in damage to the tissues that should be

8     receiving oxygen from, from those groups of, of

9     blood vessels, from those groups of capillaries.

10              The term is infarction and ischemia means

11     a reduction in blood flow and oxygen perfusion to a

12     part of the tissue, and when that reduced so

13     severely, then part of the tissue dies.  That's an

14     infarct.  Like in a heart, myocardial infarction,

15     the heart attack, or the brain, a stroke.

16              So those, those things we will see as

17     markers of the severity and also location of where

18     the most severe blockage is, because if -- and the

19     way the capillaries are, of course, there's, you

20     know, it's like a giant net so that if capillaries,

21     say, to a heart muscle in one part are blocked, well

22     there is still circulation that's going around, you

23     know, there's alternative pathways, but if enough of

24     the circulation to an area of heart muscle is

25     blocked off and that area of heart muscle starts to

135

1    starve for oxygen it will die.  And then you get an

2    infarction, which people like me can see if someone

3    lives long enough.

4        Q    Right.  But going back to my question,

5    there's no way of measuring that level of infarction

6    in all of the tissue of Mr. Wilson?

7        A    No.  I mean unless the infarction is

8    there.  In other words, whatever may have happened

9    with him as far as tissue perfusion, if there was,

10   was any infarction that occurred or was about to

11   occur, he did not survive long enough for that to be

12   to develop and mature to the point where it could be

13   seen by a pathologist.

14       Q    Is there any correlation between the level

15   of, I guess, what was that term you used other than

16   infarction?

17       A    Ischemia?  Infarction?

18       Q    Where the capillaries in the tubular

19   systems get blocked, the level of blockage?

20       A    Oh, occlusion?

21       Q    Occlusion.  So is there any correlation,

22   as far as you know, between that level versus

23   survivability in a sickle cell trait person who has

24   ECAST?

25       A    I see.  Not, not that I know of, not that

136

1  it's ever been characterized to that, to that

2  extent.  And some of it, you know, in a loose

3  corollary, it's like real estate, the location is

4  more important than anything else.  You can imagine

5  that occlusion of microcirculation to certain parts

6  of the brain would be much more significant than say

7  to parts of the liver, for instance.

8      Q    And that's precisely my point.  We don't

9  know that with respect to Mr. Wilson where those

10  inclusions may or may not have been in his body?

11     A    Correct.  Yeah, the occlusions, no, there

12  is not a way to know that with any accuracy, only

13  because, like I said, he did not survive long enough

14  for, you know, infarctions, if there were any

15  infarctions to have occurred.

16          And this, of course, just know, is, is not

17  completely related to the development of acidosis

18  and electrolyte abnormalities, which are, you know,

19  have their own particular problems.

20     Q    And the reason why I'm struggling is, I'm

21  sure this is why a lot of people struggle with it,

22  and there is maybe not any science or research to

23  back this up, but we have now established that when

24  you have ECAST, then the red blood cells with this

25  S mutation are now all sickle shaped, right?

137

1        A    A lot of them are, yes.

2        Q    Yes.  But again, have no way of knowing

3    where or to what extent?

4        A    Well, I mean what we know is that I mean I

5    think we talked about some of this somewhat earlier.

6    I mean it involves, I mean all of your blood.  And

7    essentially with the sickle cell trait you're

8    speaking of, you know, half, half of the red blood

9    cells are sickled.  And then -- but, but there are

10   variables that, that still are not known.

11   I mean because having to do with, say, the degree

12   and severity of viscosity and how that relates from

13   person A to person B and the severity of expression

14   of, you know, the symptoms of a sickling event.

15   You know those are -- and then the degree and

16   severity of acidosis, for instance, and skeletal

17   muscle damage and release of muscle proteins, you

18   know, there is, there is a lot of different

19   variables that just can't be, you know, they're not

20   the same from one person to the next.

21       Q    And is there, as far as you know, a

22   correlation between those variables that you

23   outlined and survivability?

24       A    I don't know of any correlation that is,

25   that's -- that's been -- I would say, you know,

138

1    outlined in any definitive way.  I mean these are

2    all thrown out, if you will, I mean outlined, like

3    these are all the different variables that exist and

4    that's about to the extent of it.

5    But, you know, being able to correlate those, even

6    identify those in every, every patient, say, and

7    then correlate those with survivability, I don't

8    know of anyone, you know, there's been any ability

9    to do that.

10        Q    So there's no peer review study on that

11   particular mechanism?

12        A    No, no.

13        Q    Going back to your report on page 3, that

14   first full paragraph, then you note that there's no

15   ethanol detected, which means there is no alcohol in

16   his system?

17        A    Yes.

18        Q    But the blood did test positive for THC,

19   which is active marijuana metabolites; is that

20   correct?

21        A    Yes.

22        Q    I'm not sure what that level is, what is

23   40 --

24        A    40 nanograms per milliliter?

25        Q    Yes.

139

1      A      That's consistent with him having smoked

2   some marijuana probably within maybe 60 to 90

3   minutes prior to, to when he died.

4      Q      Then you note, "The cause of death was

5   ascribed by Dr. Martin to be exercise-induced sickle

6   cell crisis in an individual with sickle cell

7   trait."

8              Which we've been calling essentially

9   ECAST?

10     A      Yes.

11     Q      Okay.  And that you are in agreement with

12  the autopsy findings and conclusions, correct?

13     A      Yes.  You did a good job.  Makes me proud.

14     Q      I'm trying to keep up with you.

15             And then the second autopsy that you've

16  had the benefit of looking at, is that pretty much

17  the same conclusions?

18     A      Well, not entirely.  Let me find it here.

19  Conclusions -- well, the, the cause of death was

20  called asphyxia due to sickle cell crisis due to a

21  sickle cell trait with a contributory factor of

22  stress.  It's awfully vague.  I would not have

23  considered this to be an asphyxial death.

24     Q      Okay.

25     A      I think that's, that's incorrect.

140

1          And also Dr. Ross, who I'll say I don't

2     know her personally.  I've never met her.  She also,

3     she described what she called borderline

4     cardiomegaly.  And her, when she weighed the heart

5     she weighed it at 435 grams, which is very weird

6     because Dr. Martin weighed the heart, I believe at

7     320 grams, which is completely normal.

8          I can tell you, the scales at the GBI are,

9     you know, certified as being accurate about four

10    times a year.  And also something that was, although

11    oddly Dr. Ross never describes it, the body and the

12    organs had been embalmed.  And I know that because

13    there was nothing, although it was detected in the

14    toxicology studies that were done for the liver.

15    So, but anyway, I, I think Dr. Ross is wrong in the

16    weight of her heart.  I would trust Dr. Martin,

17    quite honestly.

18         Q     Okay.

19         A     And especially in such a wide difference,

20    that kind of makes no sense to me.  So anyway,

21    that's, that's my take on the second autopsy.

22              MR. CHOY:  Off the record just for a

23         moment.

24              (Break was taken).

25         Q    (By Mr. Choy)  We're focused on still page

141

1    3 and I'm moving on to the next paragraph, and I'm

2    looking at this and essentially it appears that

3    you're writing here a lot about what we talked about

4    in terms of what happens with an individual with

5    ECAST?

6         A    Yes.  I agree.

7         Q    And then you note here -- you talked about

8    the systemic acidosis lowering of the blood PH.

9         A    Yes.

10        Q    "And the increase in lactic acid produced

11   by the muscular exertion are thought to initiate the

12   red cells within the blood that contain a high

13   percentage of the S mutated hemoglobin."

14        Correct?

15        A    Yes.

16        Q    When you say "are thought," are you saying

17   that what we talked about earlier, that people

18   really don't -- or we don't really know the

19   triggering mechanism?

20        A    Well, as far as really knowing and what is

21   believed to be, I mean those are kind of two

22   different things, and there are -- there's a school

23   of thought, albeit in the minority, distinct

24   minority, which maintains that it is possible that

25   some other physiologic mechanism is at work.  That

142

1    is just unknown, but -- and then the sickling that

2    is found at the autopsy, which is the only way that

3    this can be truly diagnosed in these situations, is

4    a -- is actually a postmortem phenomena.

5            But as I said, that's -- and I think that'

6    comes from -- well, there's -- well, there's all

7    these people that, you know, pick up on their own

8    theories about things, but that's something, you

9    know, can you say that that is not the case?  Well,

10   no.  But is that the state of current thought and

11   belief?  I would say no to that also.

12           But some people, you know, at least

13   they've thrown that out just to emphasize the

14   imprecision involved in some of this.

15       Q    And in terms of the acidosis, there is no

16   way of measuring that postmortem, is there?

17       A    No, no there's not, correct.

18       Q    Okay.  And that's why we don't know that

19   with respect to Mr. Wilson?

20       A    Correct.  Well, a lactic acid level could

21   have been drawn, because lactic acid is, is stable

22   after death, but that was not done.

23       Q    Is it typical to do the lactic acid test?

24       A    Not as part of an autopsy.  I think most,

25   most people don't think of that particularly.  And

143

1   also with, you know -- really, defining everything

2   that we have talked about so far, as far as making

3   the autopsy diagnosis, doesn't require a, a, you

4   know, a lactic acid determination one way or the

5   other.

6        Q    In determining survivability, is it

7   beneficial to know the lactic acid level of

8   Mr. Wilson?

9        A    Not that I'm aware of.

10       Q    Okay.  Would you consider yourself an

11  expert in the diagnosis of ECAST in an individual?

12       A    No.  No.  That's a, you know, a clinical

13  diagnosis.  I mean from a -- I guess I would

14  consider myself an expert of the pathologic

15  diagnosis of, you know, of ECAST, but as far as the

16  clinical diagnosis, no.

17       Q    Okay.  And just so the record is clear,

18  when we say clinical, we're talking about while the

19  individual is still alive?

20       A    Well, at the time.  I was thinking a

21  little bit more as you -- about what you had asked.

22  And ECAST specifically is rarely, if ever, a,

23  clinical diagnosis at and around the time of the

24  event.  I mean it is, you know, an exercise-related

25  collapse, if you will, in fact, that's exactly what

144

1    it's.  An exercise-related collapse, an

2    exercise-related, you know, manifestation of various

3    signs and symptoms.  And ascribing the collapse or

4    the evolution of signs and symptoms to sickle cell

5    trait would be part of the differential, as far as,

6    you know, why did, you know, this young soldier

7    start having trouble breathing and then collapsed,

8    and, you know, or manifest all of these things.

9            And one of the reasons for that certainly

10   is the sickle cell trait, but that's -- at the time

11   when this occurs, this type of event occurs, the

12   ability to specifically say, well, this is

13   heatstroke versus a cardiac arythmia from an

14   underlying undiagnosed heart disease or sickle cell

15   trait, you know, that, that's not there.  That

16   different -- that specific differentiation can't be

17   made.

18       Q    Right.  Moving on down in the paragraph on

19   page 3, you note here that, "As the manifestations

20   of a sickle cell trait occur almost exclusively in

21   individuals of African-American ancestry" -- let's

22   just stop there.

23       A    Sure.

24       Q    How are you defining African-American

25   ancestry?

145

1      A    Well, someone who has -- and actually it's

2   been, been genetically looked at from population

3   genetics and molecular biology, there is something,

4   I think four separate subtypes of the hemoglobin,

5   hemoglobin S mutation that are associated with

6   different areas of Sub-Saharan in Africa and -- I'm

7   blanking on the others, but there are different

8   regions in Africa where those have all originated

9   from, and -- so someone who has to have, you know,

10  at least some ancestry.

11          Now, I don't -- I'm not aware of the, say,

12  percentage, I mean like you see the ads on TV for

13  23andMe where someone says, you know, I'm 12 percent

14  Norwegian or something like that, I am not aware of

15  that that degree of, of statistical breakdowns has

16  ever been, you know, ever been shown, at least -- I

17  mean in the broadest sense, someone has to have some

18  African ancestry of different -- from different

19  regions in order to have the SG mutation.

20          And So what degree of penetrance, that

21  would be -- because it's harder to say.  Because I

22  think you can see if someone has the sickle cell

23  trait, that means half of their genes are normal and

24  the other half has, you know, a point mutation on

25  one chromosome.  So the next generation may be 25

146

1   percent of -- you know, there would be, say, a one

2   in four chance of having the mutation but the other

3   75 percent of the red cells are normal.  And as the

4   percentage of S hemoglobin decreases, then the

5   possibility or probability of ever having, you know,

6   a problem with sickle cell trait diminishes as well.

7        Q    Just in practical terms, though, when you

8   say "African-American ancestry," obviously you don't

9   have the ability when you meet somebody to peer into

10  their DNA or make a determination about their DNA

11  ancestry from Africa or Sub-Saharan in Africa,

12  correct?

13       A    Correct, but just an easier way to look at

14  it is that 8 percent of, of individuals in the world

15  who are, you know, who have African ancestry and

16  appear to be African, you know, in their, you know,

17  physical appearance and their skin color, 8 percent

18  are sickle cell trait carriers or 8 percent have the

19  sickle cell trait gene.

20       Q    Okay.  And you anticipated my next line of

21  questioning.

22            So assuming that somebody is identified or

23  identifies as being African-American, there is

24  statistically an 8 percent chance that that

25  individual would be a sickle cell trait?

147

1        A     Yes.

2        Q     Okay.  Is there a percentage that you're

3   aware of for individuals with sickle cell disease?

4        A     It's much smaller than that, I'm blanking

5   on the number, I think it's about .01 percent -- no,

6   no, no, about .05 percent.  So it would be five out

7   of 10,000.

8        Q     So much lower?

9        A     Yes, who have the actual sickle cell

10  disease itself, the HBSS gene, gene combination.

11       Q     And when did you learn about these

12  statistics about 8 percent of the population, in

13  preparation for today's deposition?

14       A     That's been known for years, you know,

15  it's -- that, you know, that's -- there's nothing

16  new about that.  Decades.

17       Q     Well, I appreciate that piece.

18       A     Sure.

19       Q     I'm just trying to figure out when you

20  knew about the 8 percent?

21       A     Well, I mean when I was in medical school.

22  I think it was actually, if I remember correctly,

23  sickle cell trait was first really identified in

24  the, in the early '70s, and I mean I know I learned

25  about it in medical school, because I remember -- I

148

don't want to bore you with war stories.  I remember

distinctly some sickle cell disease patients that I

was involved in treating when I was medical school,

and that's when, you know, everything about sickle

cell disease and sickle cell trait and all this was

taught to me and some things stuck.

Q    Okay.  So assuming that an individual is

identified as being African-American, statistically

there is an 8 percent chance of sickle cell trait?

A    Yes.

Q    Okay.  Going on to your report you go on

to say, "Complaints of inability to breathe with or

without manifestations of abnormal mental acuity and

behavior, should be reasonably suspected to be

caused by a sickle cell trait crisis until proven

otherwise."

What do you mean by that?

A    That means in an otherwise healthy

individual who appears to be African-American, then

that if someone especially then skewing towards a

younger population as well, that, so you know,

complaints of inability to breathe or difficulty

breathing, sickle cell trait must be on the

differential because it's, you know, it's real and

it happens.

149

1           As, you know, as people get older,
2     although the sickle cell trait can first manifest
3     itself, if it even does, at almost any age, but you
4     know, as we as human beings get older we start
5     having heart disease and lung disease and various
6     other problems that are more probably -- that a
7     complaint of shortness of breath or difficulty
8     breathing is much more reliably ascribed to those
9     particular diseases.
10          But having said all of that, you know,
11    sickle cell trait, you know, is known and exist and
12    it's out there and 8 percent of the population of
13    African-American individuals in this country are
14    sickle cell trait or have the sickle cell trait.
15    So you can't ever exclude it completely.
16          You know, the circumstances, I would say,
17    and the age of the individual help a great deal in,
18    at least bringing sickle cell trait to the forefront
19    as part of the differential.
20       Q    Okay.  And this is where I'm coming from
21    because my clients are the paramedics and the EMT
22    that arrived on the scene, and you have not been
23    disclosed as an expert in the field of paramedic or
24    EMTs, correct?
25       A    Correct.  Well, I don't think I have been.

150

1    I'm not holding myself out as.

2        Q    And you're not holding yourself out to be

3    an expert in the field of paramedics or EMTS,

4    correct?

5        A    Correct.

6        Q    And so am I to gather from your statement

7    in your report, are you saying you're criticizing my

8    clients for not diagnosing Mr. Wilson as sickle cell

9    trait out in the field?

10       A    No, no.  Because no one could, I would say

11   make that diagnosis and be conclusive about it.  Now

12   having that on differential list is -- well, not

13   only reasonable, I would, I would expect it to be

14   there.  And looking at the overall complaints of

15   Mr. Wilson, that is that he can't breathe and he

16   repeated it multiple times, and then he stopped

17   responding to questions and did not give anymore

18   verbal, verbal answers of any sort, those are

19   manifestations, you know, that could be, could be

20   many things, but of which sickle cell train is one

21   of them.

22           So I would not expect anyone to render

23   that diagnosis there in the field.  It's more in the

24   global perspective of, you know, what medical

25   problems is he having and then what should be done.

151

1      Q    So as I understand, you're not saying

2  that -- you're not criticizing my clients for not

3  making that actual diagnosis, correct?

4      A    No, for not making that diagnosis, no, no.

5      Q    I mean because we have already established

6  in order to confirm diagnosis of sickle cell trait,

7  you need lab work, correct?

8      A    Correct, yes.

9      Q    What, if hear you correctly, what you're

10 saying is that in the field paramedics/EMTs, should

11 consider sickle cell trait to be part of a potential

12 diagnosis for purposes of differential diagnosis?

13     A    Well, for purposes of differential

14 diagnosis, and also, you know, in providing

15 treatment, administration of oxygen and

16 administration of fluids, which is appropriate in

17 virtually any setting where someone is say, you

18 know, complaining of -- saying that I can't breathe,

19 complaining of trouble breathing.  No, to my

20 knowledge, no mistake will ever be made if you give

21 someone oxygen.  And the same thing with intravenous

22 fluids, it's, you know, so that's where, that's

23 where I'm coming from.

24     Q    So what you're saying is that essentially,

25 regardless of whether even sickle cell trait was on

152

1    the possible spectrum for differential diagnosis

2    purposes, what you're saying is that my client

3    should have given him oxygen and fluids?

4          A    Yes.

5          Q    Or made the determination to take him to a

6    hospital?

7          A    Yes.

8          Q    Okay.  So when you say that the initial

9    treatment for a suspected crisis is primarily

10   support through the administration of oxygen and a

11   provision of fluid in order to restore tissue and

12   organ profusion and oxygenation and prevent further

13   damage and possible death, correct?

14         A    Yes.

15         Q    Okay.  So regardless of whether they

16   suspected sickle cell trait or not, you're just

17   saying based on the symptoms that Mr. Wilson was

18   presenting at the scene, this is what should have

19   been done from the perspective of a forensic

20   pathologist; is that fair?

21         A    Yes, to, you know, provide intervention

22   and ameliorate the physiologic problems that were

23   going on.

24         Q    Okay.  And when you say "fluid," what

25   fluid in particular are you talking about?

153

1   A  A as far as what type of intravenous

2 fluid, I don't -- I don't know that there's any

3 specific recommendation that I'm aware of.  But, you

4 know, to my knowledge nothing esoteric, I mean

5 Ringer's lactate or a quart of normal saline.  Even

6 normal saline.  Because the goal is really to

7 replete the, the water balance, restore the water

8 balance in the blood and decrease the viscosity, so

9 the administration of any fluid will have that

10 effect.

11   Q So --

12   A  Any standard IV fluid, I should say.

13   Q  And so do you know what is carried by

14 paramedics and EMT of the Douglas County EMS?

15   A  No, I can't tell you what, what they

16 carry.

17   Q  Okay.  And so whatever they carry in terms

18 of fluids, you're saying is there a certain rate

19 that should have been given to Mr. Wilson?

20   A  I'm not aware of a certain rate,

21 particularly, although it's, if an IV is put in,

22 then there's -- running at say 125 ccs an hour,

23 something like that, I mean if you're going to put

24 an IV into someone other than for medication

25 administration, a route in which, you know, a way to

154

1    give drugs intravenously, then, you know, a standard

2    rate is 100 to 125 ccs an hour.

3         Q    Okay.  And you recommend that because the

4    thought process would be if it was sickle cell

5    trait, you would then increase the viscosity of the

6    blood?

7         A    The sickle cell trait would, yes, so

8    giving fluid is meant to -- you will sort of dilute

9    the blood and decrease the viscosity and enhance the

10   ability of the blood to flow through the blood

11   vessels.

12        Q    At least that's the hope?

13        A    Yes, that, you know, at least is the

14   purpose, at least, to counteract the, you know, the

15   dehydration that accompanies these cases.

16        Q    And then that goes back to my original

17   question when we were talking about the dehydration

18   level.  There appeared to be very mild or mild

19   dehydration of Mr. Wilson at the time he made

20   contact with my clients?

21        A    Yes, yes, I would say, at least from, from

22   a laboratory perspective, I would consider it to be

23   mild.  But, you know, from a physiologic

24   perspective, say, depletion -- say shift of 10

25   percent of loss of free water in your blood will not

155

1    produce any measurable abnormality in serum

2    electrolytes.  But when it gets between 10 and 20

3    percent, then things like elevation of sodium, as in

4    this case, begin to be seen.  So there's it's a, I

5    mean there's a quantitative aspect to this.

6         Q    All right.  And then in terms of the

7    oxygenation that is, the thought is to then provide

8    him pure oxygen?

9         A    Yes.

10        Q    Okay.  And again at what levels?

11        A    I don't, I don't have a recommendation

12   particularly, I mean.

13        Q    And so hypothetically if my clients had

14   started a fluid and oxygenation and Mr. Wilson died

15   there, then you would have no criticisms?

16        A    Okay.  I am just thinking and, yeah, I

17   think that's reasonable.  If, if he had been

18   provided oxygen and intravenous fluid and still, you

19   know, went on to die there, then I don't think -- I

20   don't know that I would have any -- the only other

21   aspect is if -- I mean putting a cardiac monitor on

22   him and an AED machine just to shock him if

23   necessary.  But, you know, that's if he was -- if

24   the determination was made that Mr. Wilson was, was

25   in extremis, then that would, I would say

156

1    automatically be done, just to put a cardiac monitor

2    on him too, because if you don't have a monitor you

3    don't know what's going on.

4        Q    So if they had done those three things,

5    then you would have not criticism of even if

6    Mr. Wilson had died?

7        A    I think so, yes.  I think that's fair,

8    because what that tells me that they would have

9    recognized that he was, you know, that his

10   complaints were real and that he was truly having a

11   profound medical problem of which, you know -- well,

12   administration of oxygen, fluids and the utilization

13   of a cardiac monitor that is part of an AED machine,

14   those are the, you know, initial emergency

15   treatments that are -- the interventions that are

16   done, you know, before you can get someone to the

17   hospital.

18       Q    Okay.  Moving on to page 4 of your report.

19   You say, "Ultimately by the time EMS had contact

20   with Wilson, he was completely nonresponsive."

21            Where are you getting that from?

22       A    Well, he did not respond to give answers

23   to any questions, he didn't make any responsiveness,

24   you know, any verbal response.

25       Q    Verbal response?

157

1       A     Yes, that's what I'm trying, you know, if

2   I was inarticulate in that, that's what I'm trying

3   to say.  There was no verbal response to anything.

4       Q     That's why I want to clarify it.  You're

5   not saying that he was unconscious?

6       A     Oh, no, no.  That's a good clarification.

7   Thank you.

8             MR. SPEARS:  Excuse me, Sun, where were

9        you just reading from?

10            MR. CHOY:  The last sentence of the first

11       full paragraph on page 4.

12            THE WITNESS:  At the top there, the six

13       line one, five line.

14            MR. SPEARS:  Thank you.

15       Q     (By Mr. Choy)  All right.  Moving on to

16   the next paragraph, you're talking about the

17   discrepancy between the observations of Officer

18   Smith and Mr. Porterfield with respect to pulse

19   rate?

20       A     Yes.

21       Q     Okay.  And what is your take on that, your

22   criticism, if any?  You said it's just highly

23   irregular?

24       A     Where are you?  Okay.  Good.

25       Q     So you're criticizing my client for not

158

1    putting things down in writing; is that your point?

2         A    Yes, that's what I am saying, that it was

3    not memorialized, you know.  In other words, there

4    was no, no written record of anything, which is very

5    unusual.

6         Q    Until after the fact?

7         A    Well, until, I mean, afterwards and he --

8    several weeks later he wrote the statement that he

9    wrote, but at least at the time there was nothing,

10   you know, that even showed they had been there.

11        Q    Right.  And this is again, your summary of

12   the facts as you understood them based on your

13   review of the documents?

14        A    Yes.

15        Q    Videos, audio, correct?

16        A    Yes, sir.

17        Q    Okay.  Then the next paragraph, again,

18   it's a continuation of your summary of the facts and

19   then essentially you're creating a timeline saying

20   that EMS was on the scene for approximately seven

21   minutes; is that correct?

22        A    Yes.

23        Q    And then the entire time span between the

24   first time EMS arrived and the call to EMS at the

25   jail was approximately 37 minutes?

159

1       A    Yes.

2       Q    An so what we know is that within, if

3   those times are accurate, within those 37 minutes is

4   when Mr. Wilson died?

5       A    Yes.

6       Q    And we established earlier in your

7   testimony that there is no way forensically of

8   determining exactly when Mr. Wilson died?

9       A    Correct.

10      Q    Okay.  Hypothetically, based on that, it

11  could have been any point from the time my clients

12  left the scene to the time that the call was made

13  from the jail?

14      A    Hypothetically, yes.

15      Q    Okay.  Then you continue on, and then

16  you've already referenced this in your testimony,

17  that you believe that the characterization of rigor

18  mortis setting in is not plausible?

19      A    Yes.

20      Q    Unless Mr. Wilson died in the back of the

21  patrol car?

22      A    Yes, and even then I think it still would

23  be unlikely, I mean that this observation or

24  conclusion that rigor mortis was present, still

25  would be, you know, highly irregular.

160

1          Q     Does the fact that someone has died from

2     ECAST, does that effect at all the rigor mortis

3     rate?

4          A     No, not that I'm aware of at all.

5          Q     Okay.  I'm moving on to the last paragraph

6     of page 4 of your report and you note that, "It is

7     my opinion to a reasonable degree of medical

8     certainty, that if Marquez Wilson had been properly

9     supplied with oxygen and fluids at the site of his

10    arrest by the responding medical personnel, that

11    more probable than not he would have survived"?

12         A     Yes.

13         Q     In the field of forensic pathology, is

14    there an accepted definition for "within a

15    reasonable degree of medical certainty"?

16         A     It depends on the context.  I mean in this

17    context it would be more probable than not.

18         Q     Okay.

19         A     You know, in dealing with things, I mean

20    determining something is a homicide, the rate of

21    certainty is considered to be at least 95 percent,

22    if not more.  That's something that's, you know,

23    outside of my area, no one ever really gets into.

24         Q     And so if I understand your testimony, at

25    least in this context, the way you would define

161

1    reasonable degree of medical certainty, is more

2    probable than not?

3        A    Yes.

4        Q    And that is way later in that sentence you

5    write, "More probable than not he would have

6    survived"?

7        A    Correct.

8        Q    And what is the factual basis for that

9    opinion, sir?

10       A    Well, the factual basis is that the --

11   what has been seen in the last several years is that

12   the utilization of intervention, and we've talked

13   about this several times, that is administration of

14   oxygen and intervenous fluids, has as an early

15   treatment has reduced the known mortality of ECAST

16   down almost to zero.

17           And certainly in the populations, the

18   military population, which as we have talked about,

19   is most closely monitored and I would say regulated,

20   if you will.  I know that's not probably not even a

21   good word, but much more attention is paid to

22   soldiers because everyone is accounted for and they,

23   you know, monitor this.

24           And so it's -- so what at least is known

25   is that although the mechanism by which the ECAST

162

occurs, you know, it's not defined as well as really

everyone would like it to be.  Nonetheless, the use

of these interventions in someone who has ultimately

shown to have ECAST, besides other different things,

you know, other different medical, medical problems

that may present with the same signs and symptoms

that the people just don't die.

    Q    There is a lot to unpack there.  We talked

about the therapeutic intervention earlier, that's

what we called it, right?

    A    Yes.

    Q    And the therapeutic intervention consist

of the fluids and oxygen that we discussed, correct?

    A    Yes.

    Q    And what you're telling us is that based

on studies and if there is early therapeutic

intervention, the studies show that individuals with

ECAST, there is nearly 100 percent survivability

rate?

    A    Well, no, that the -- at least the -- you

know, because there is no real studies yet, but it's

based upon monitoring -- I mean looking at deaths

that have occurred -- again, using the military,

that's like the largest monitored population that

really can be, can be looked at.  That's where most

163

1    of this information comes from.

2              And let me refer you, looking at the

3    article, it's the top you have  in the stack there.

4        Q    Sure.  And then just before we do that,

5    and just because I had written down here, and maybe

6    I didn't write it down correctly, you said that

7    reduce mortality to almost zero?

8        A    There have not, you know, deaths have

9    dropped, have gone away in the military population.

10       Q    In the military population?

11       A    Yes.

12       Q    Okay.  And then this is from one of the

13   articles that you had provided us, one of the five,

14   is that where you're getting that information from?

15       A    Yes.

16       Q    And which one are you referring to, sir?

17       A    The one that's on top there.

18       Q    Okay.  For the record, let's go ahead and

19   mark this as Exhibit 6.

20             MR. GRAY:  Which one is this?

21                     (Documents were marked for

22                     identification as Defendants'

23                     Exhibit No. 6.)

24       Q    (By Mr. Choy)  Sir, for the record, if you

25   can identify what has been marked as Exhibit 6 to

164

1    your deposition.

2         A    Sure.   This is called A-C-S-M and

3    C-H-A-M-P Summit on Sickle Cell Trait, Mitigating

4    Risk for Warfighters and Athletes.

5         Q    Let's go ahead and put this on your copy.

6    All right.   And this is the military study that you

7    were referencing, sir?

8         A    Yes.

9         Q    And what is, and just sort of quickly try

10   and go through the abstract, what is your

11   understanding of what this study tried to

12   accomplish?

13        A    Well, it was a, a very big collaborative

14   study with a whole bunch of different people that

15   were really trying to define ECAST, and develop

16   interventional strategies and then also develop

17   possible research guidelines and parameters for the

18   future and things to, you know, that needed to be

19   researched, if at all possible, to just obtain,

20   develop much more information regarding the etiology

21   of ECAST.

22        Q    Okay.   And I'm just flipping through it.

23   I see, "ECAST Controversies.   To what extent do red

24   blood cells sickled during exercise."

25             And that's one of the controversies?

165

1    A    Well, yes, that's, that's, again, a

2    question that, you know, is not really known as well

3    as it would be desired to be known.

4        Q    And then another controversy apparently

5    is, "ECAST and sickling, culprit or a postmortem

6    event."

7        A    Yeah.

8        Q    Are they theorizing that it can just

9    happen after death?

10       A    I mentioned that earlier, I said there

11   are, there are some people who at least have brought

12   that up as a, you know, as a hypothesis, although

13   that does not -- does not appear to be -- that's

14   certainly not a majority of belief, but this was,

15   you know, kind of, I would stay a wide open kind of

16   group discussion to really identify as many things

17   that are known and as many things that are unknown

18   and routes for possible research as they could.

19       Q    Okay.  And so there's still a debate or

20   issue in the medical community as to whether the

21   sickling of the red blood cells occur after death?

22       A    Well, as I said just a couple of times,

23   there are a few people who have brought that up as

24   sort of like well, what if.

25       Q    I see.

166

1      A    But without any real basis for that, you

2  know, but they, you know, if you're going to offer

3  that up, then to me it, it helps a great deal if you

4  say give out your own hypothesis about what is

5  happening, but it, it really doesn't do anything to

6  help clarify.

7      Q    And then you were going to refer us to

8  something in this article that would support

9  essentially your survivability opinion, correct?

10     A    Yes.  And this is on -- it's page 2052,

11  it's a -- this is an algorithm, and perhaps you're

12  looking at that.  And that really is a very nice

13  summation of treating ECAST events and anything that

14  may be ECAST.  I mean it says up at the top on the

15  right under "Emergent Management of WA," which means

16  warfighters/athletes with ECAST.  "No evidence-based

17  guidelines for managing an ECAST event are currently

18  available."

19     Q    What does that mean?

20     A    That means that evidence-based means

21  taking known specific regimens of treatment and

22  comparing, say, regimen A with regimen B to see how

23  the outcome is influenced.  And then based -- if one

24  clearly shows a better outcome than the other, then

25  that is, provides evidence, in other words, medical

167

1   evidence that treatment protocol A is better than
2   treatment protocol B.
3        Q    So are there competing protocols for how
4   to respond to ECAST assuming that someone
5   understands that somebody is suffering from ECAST?
6        A    I don't know of any specific protocols,
7   because this is the -- the next sentence in that
8   same paragraph.  "However, contemporary best
9   practice for WA, and that's warfighters/athletes,
10  with suspected ECAST should follow a, quote, chain
11  of survival, unquote, and prompt execution of an
12  effective emergency action plan emphasizing rapid
13  recognition and early intervention as outlined in
14  figure 1."
15            Which is the algorithm that's down below.
16       Q    Okay.
17       A    And that's, you know, that really I think
18  succinctly describes the state of where early
19  interventional treatment lies today.
20       Q    Okay.  And this was at least in some ways,
21  so you can argue limited to data from warfighters
22  and athletes, correct?
23       A    Well, yes, just because those are the
24  populations that there's, there's the most evidence
25  from or the most background information that occurs,

168

1    or that can be gleaned, I'm trying to say.  I'm

2    being inarticulate, I'm sorry.

3         Q    And then obviously you would agree with me

4    that the situation with Mr. Wilson was not involving

5    a warfighter or an athlete, correct?

6         A    Correct, it was not in either, either of

7    those circumstantial contexts.

8         Q    Okay.  So I haven't had a chance to look

9    at your flow chart, but does it say anywhere in here

10   that the, a prompt provision of fluids and oxygen

11   would result in a reduced mortality to almost zero?

12        A    No, it doesn't say that specifically.  The

13   indirect inference is that, you know, with the

14   initiation of this flow chart, this protocol, you

15   know, in and certainly the situations, especially

16   the military, but where this has been, I would say,

17   most closely studied, the mortality from -- or

18   mortality in individuals with ECAST has, you know,

19   been reduced, I mean just people are not dying, I

20   guess is the best way to look at it.

21        Q    But in terms of this article, it does not

22   conclude that providing fluids and oxygen would

23   reduce mortality to zero, to almost zero?

24        A    No, there's not enough information to be

25   able to say that specifically, only that

169

1    implementation of this protocol, the result has been

2    that there has been no mortality, you know, in the

3    military studies that have been done.

4         Q    And so is there any -- where it indicates

5    that it would reduce it to 40 percent or 50 percent?

6         A    No, there's just not enough information,

7    you know, available, up to this point, you know, to

8    be able to say that.  Except that, you know, the

9    indirect evidence that people are not dying and --

10   well, that speaks to how that this is having an

11   effect on survivability.

12        Q    Okay.  I'll study this article some

13   more --

14        A    Sure.

15        Q    -- but I suspect that you're not sitting

16   here telling us that in every situation, either in

17   the military context or the athletic context, that

18   once fluids and oxygen are provided that each of

19   those individuals have survived, you're not telling

20   us that, are you?

21        A    No, I'm not.

22        Q    And you would concede that in those

23   circumstances, even with the prompt provision of

24   fluids and oxygen, those individuals have died, gone

25   on to die?

170

1      A    Well, there probably are, at least, you

2  know, in the large population that was looked at

3  here, the deaths stopped.  So -- but to say that,

4  you know, that that is the same in every situation

5  and every occurrence, you know, that all deaths

6  would be prevented, no, I would never -- I cannot

7  say that, I'm not sure that anyone could.

8      Q    Sure.  And then in the other four articles

9  that you have provided us, there's nothing in those

10  articles would then support exactly what we're

11  talking about here, to say the prompt providing of

12  fluids and oxygen would result in survival?

13      A    Yeah, I don't know recall if there are

14  those specifically, although this particular one

15  that we have been talking about was published in

16  2012, and there are -- and the ones -- the articles

17  that -- some of these articles are like from 2014

18  and actually make reference to the -- this

19  particular -- I mean this particular algorithm and

20  the protocols and supporting that it, you know, this

21  should be done.

22      Q    So let's just go ahead and mark as a

23  collective, Exhibit 7 to your deposition, your

24  remaining four articles.

25      A    Sure.  Oh, I mean do whatever you wish.

171

1   Do you want -- I mean you marked the original one

2   that I brought as 6, is that -- do you want the

3   others then marked as 7?

4           MR. GRAY:  Let's say 7 A, B and C and D.

5           THE WITNESS:  A, B, C, D?

6                       (Documents were marked for

7                       identification as Defendants'

8                       Exhibit No. 7A, 7B, 7C, 7D.)

9       Q    (By Mr. Choy)  Sure.  So Dr. Sperry, this

10  is where I'm getting a little confused, and you have

11  or you are not able to cite to us any peer review

12  study that would support the proposition that

13  providing prompt fluids and oxygen would result in

14  reduced mortality?

15      A    Okay.  As far as specific studies that

16  reach that conclusion, no.  I mean that gets back to

17  what I read to you.  There are no, you know,

18  evidence-based studies that, that are able to

19  statistically arrive at that conclusion.

20      Q    Okay.  And so when you come to this

21  conclusion that we've read into the record, there is

22  not a single peer review study that you can cite to

23  us that would support your survivability opinion,

24  correct?

25      A    Correct.  You know, nor is there one, you

172

1    know, that says that's wrong either.

2         Q    I hear that.

3         A    Yep.

4         Q    Okay.  And so my original questions was

5    what facts are you relying upon for your

6    survivability opinion?  And essentially you're

7    saying that that is just your opinion?

8         A    Well --

9              MR. SPEARS:  Objection to form.  He has

10        answered your question.

11             THE WITNESS:  No, it's not just my

12        opinion, it's the observational information

13        that, you know, the implementation -- excuse

14        me, it's getting long in the day --

15        implementation of this protocol has resulted

16        in, in reduced mortality for, and with no other

17        apparent reason for the deaths to have

18        decreased or actually not occurred.

19             So that's -- well, I think that's really

20        the information that is there.  I mean there is

21        some -- well, some utility -- there is utility

22        in, in intervening in suspected ECAST

23        situations in this way, and when such

24        intervention has been undertaken, then people

25        are not dying.  So, you know, and that's, you

173

1        know, to the extent of what I would say is

2        known as of me sitting here today, that's all I

3        can say.

4        Q    (By Mr. Choy)  Sure.  Well, let's take

5   those instances where individuals who have suspected

6   ECAST are provided fluids and oxygen and then

7   fortunately turn out to survive that event.  Let's

8   take those individuals.

9        A    Unfortunately?

10       Q    No, fortunately.  That fortunately

11  survived.

12       A    Okay.

13       Q    In those cases there is no scientific data

14  to say what about giving them fluids and oxygen

15  resulted in death, it's just the hypothesis that the

16  fluids and oxygen increased their survivability,

17  correct?

18       A    Well, I don't know about -- there's a

19  difference between observational information and --

20  I mean the -- and really where you're going is the

21  scientific method.  I mean establishing a

22  hypothesis, testing of hypothesis and then getting

23  data.  And unfortunately, in, you know, this

24  particular situation in dealing with ECAST patients,

25  there is -- the ability to do the double blind

174

1    control studies is essentially impossible and would

2    be ethically and morally bankrupt as well.

3          Q    Sure.

4          A    You can't, you can't gamble with people's

5    lives and see, and see what works best.  And so, you

6    know, with that in mind we're still dealing -- the

7    overall problem is one that is real and exists and

8    it's understood that it exists and it's not

9    predictable.  We have talked about that earlier.

10             And so the observations that utilization

11   of oxygen and fluid administration has reduced

12   mortality, is at least a place to start.  Because

13   that, that basic concept, as I said, that's what

14   some of the other articles, they have endorsed this.

15   I mean they -- everyone agrees that this is, this is

16   the procedure, the process that needs to the

17   undertaken when dealing with a suspected ECAST

18   situation.

19         Q    I understand that's the concept, and maybe

20   that's what this article was promoting and it will

21   speak for itself, but my point is, from a scientific

22   perspective, there is nothing to say that that, in

23   fact, would increase survivability more likely than

24   not?

25             MR. SPEARS:  Object to the form.

175

1            THE WITNESS:  Okay.  From a perspective

2       of, of statistically proving the hypothesis,

3       no, there's not enough data on that.  However,

4       you know, I would -- well, you know, I have no

5       way of knowing this, but -- well, in a sense,

6       in a way this particular case that we're

7       talking about with Mr. Wilson, circles around

8       or centers around the failure to give

9       interventional treatment and that, you know, I

10      think there's enough information -- well,

11      that's, that's where I am coming from is the

12      failure to do that is problematic, because

13      that -- the basic administration of oxygen and

14      fluids is appropriate for anyone who is having

15      an event, you know, like Mr. Wilson had, even

16      though the exact etiology is not known at that

17      time.

18      Q    (By Mr. Choy)  I agree with you.  Let's

19 just say hypothetically I agree with you.  Let's

20 just say, best practices would have been to give him

21 fluid and oxygen, at least based on this article.

22           My question to you is that one step

23 further, how do you know that providing that fluid

24 and oxygen would have resulted in Mr. Wilson

25 surviving this event?

176

1      A    Well, you know, and we've -- the way that

2  that is known is because of the reduction in

3  mortality in the, the one population group that's

4  very large that also has been studied and monitored

5  and continues to be monitored.  So that in of itself

6  shows that in an indirect way that such

7  interventions have a place and a purpose.

8      Q    At the end of the day, you would agree

9  with me, it all depends on the individual who is

10 having the suspected ECAST on survivability, right?

11     A    That's fair, because, you know, they're,

12 they're not at all same.  I don't have a problem

13 with that.

14     Q    And with respect to Mr. Wilson, we've

15 already established, or with respect to any person

16 having ECAST, it is literally scientifically

17 impossible to determine survivability because of all

18 the variables that we had discussed previously that

19 are unknowable, such as viscosity of the blood,

20 correct?

21     A    Okay.  Well, and that's, of course,

22 assuming that those variables really, you know,

23 play, play a role or not.  I mean that's, you know,

24 one of the things that in a broad way was discussed

25 in this particular article.  There were lots -- a

177

1    whole bunch of people sort of basically throwing out

2    everything that they could and, you know, there's a

3    lot of theoretical aspects that may really not have

4    any practical applicability at all.  But yeah, they

5    help, you know, if they're studied, they may help

6    understand why this happens to start with.

7        Q    So that's my very point.  So if there is

8    no agreement within the scientific medical community

9    about the mechanism of this ECAST and, which results

10   in death in terms of these individual variables, how

11   is it that you can come in here and tell us that

12   providing prompt fluids and oxygen in this

13   particular case would have resulted in the

14   survivability of Mr. Wilson?

15       A    Okay.  The, the analog I would say would

16   be someone who is -- has ventricular fibrillation,

17   you don't have to know the etiology, the reason why

18   they're in ventricular fibrillation to administer a

19   cardiac shock.

20            You know, the source of it does not matter

21   so much as the entity itself and then giving, you

22   know, an intervention which will, you know,

23   hopefully revert them back to a normal cardiac

24   rhythm.  Figuring out the why is a problem for later

25   on.  And I view that in this -- this as sort of --

178

1    as somewhat the same way.

2         Q    Well, even in your analog, which I don't

3    necessarily agree with, there's no -- you can't sit

4    here and say just because you then defibrillate

5    them, that they would survive?

6         A    No, but the likelihood is still -- is, you

7    know, extremely high.  I mean that's why

8    defibrillators exist and why there's AED machines.

9    I think you probably have one in this building

10   somewhere.  You might even have one on this floor, I

11   don't know.

12        Q    We do.

13        A    Good.  See, well, there you are.  Because

14   there, there is a proven utility to them and it, you

15   know, it saves people's lives.

16        Q    Oh, I get that piece.

17        A    But the reasoning behind, you know, why,

18   say when someone collapses and, you know, is on the

19   floor, you know, you'll never make a mistake putting

20   the AED machine on them.  And if says to shock, then

21   it shocks, and you, you know, you become a hero.

22        Q    Well, I get that piece.  I'm talking about

23   the actual mechanism of them surviving.

24        A    Yes.  Well, and that's --

25        Q    That's my point.

179

1      A      No, and I understand that, because there

2  have been our other variables too, I mean, for

3  instance, how long a person has been in ventricular

4  fibrillation.

5      Q      Sure.

6      A      You know, been in de-fib for four minutes,

7  then their brain is dead.  So yes, there's -- oh,

8  there's definite --

9      Q      Sure.

10      A      -- it's not, it's not a hundred percent

11  and I think I have told you it's not.

12      Q      And then the defibrillation example is

13  different than an ECAST situation because there are

14  lot more unknowables in terms of like we talked

15  about, that you've talked about, in terms of

16  viscosity of blood, are there any occlusions, are

17  there any infarctions throughout the body.  We just

18  don't know with respect to Mr. Wilson, do we?

19      A      Oh, no, there is not a way to know the

20  answer to all of those details, no.

21      Q      And whether, in fact, if we even knew

22  those details, whether that would then somehow

23  relate to his survivability if he was given fluids

24  and oxygen, correct?

25      A      Well, in that sense, yes, but at the time,

180

1    of course, when he was first evaluated, although he

2    was not verbally responsive, you know, he had a

3    pulse and, you know, at that point in time, you

4    know, certainly his heart was beating and the -- I

5    mean that's where, where it's at.  Giving him oxygen

6    and fluids -- well, he's alive.  And so knowing in

7    retrospect what he died from, then the

8    interventions, I think more probably than not would

9    have made a difference.

10       Q    Your next sentence is, "It is also my

11   opinion to a reasonable degree of medical certainty,

12   that if Marquez Wilson had been transported to an

13   emergency room for the evaluation of his repeated

14   complaints of not being able to breathe, than more

15   probable than not he would have survived."

16            And just to distinguish that from your

17   previous opinion, are you saying that if the

18   paramedics and EMT had not given him fluids or

19   oxygen, instead made a decision to put him on a

20   stretcher and take him to ER, he would have

21   survived; is that what your opinion is?

22       A    No, no, no.

23       Q    Oh, okay.  Are you saying that, in

24   addition to giving him fluids and oxygen, put him on

25   a stretcher and take him to the ER?

181

1      A    Well, yes.  Because at that point the

2  decision to give fluids and oxygen really predicates

3  them transporting him, yes.

4      Q    I see.  So --

5      A    That's initial stabilization of, you know,

6  anyone, really.

7      Q    So those are two combined, just one

8  opinion, and so you're saying what should have

9  happened is giving him fluids, oxygen, take him to

10  an ER, then it's more likely than not he would have

11  survived?

12      A    Yes.

13      Q    And the basis for that is what you've

14  already testified to?

15      A    Yes, sir.

16      Q    All right.  And then the remainder of that

17  paragraph is more elaboration of your survivability

18  opinion, correct?

19      A    Yes, sir.

20      Q    Okay.  Have we discussed all the bases for

21  your survivability opinion?

22      A    I think so.

23          MR. CHOY:  With that I will pass the

24      witness.

25                (Break was taken).

182

CROSS-EXAMINATION

BY MR. GRAY:

Q    Let's go over some easy stuff first.
You're not a law enforcement officer and you've
never been a law enforcement officer, correct?

A    Correct.

Q    You don't have any -- you don't hold
yourself out as an expert on police practices, do
you?

A    No.

Q    You've never taken POST training or annual
training through POST with regard to law enforcement
issues; is that correct?

A    Correct.  I was a POST instructor, but
I've not taken any training, law enforcement
training.

Q    But that had to do with medical issues,
I'm sure?

A    Yes.

Q    You've never been employed as a police
officer, right?

A    Correct.

Q    In terms of the opinions that you're going
to offer in this case, they seem to be contained in
the last full paragraph beginning on page 4 and

183

1    extending to page 5 of your report, correct?

2         A    Yes.

3         Q    Okay.  And based on you -- what I heard

4    you testify about, Martez Wilson could have done

5    exactly what he did on the day of his death ten

6    times and not gone into ECAST, right?

7         A    Oh, as far as physical activity, oh, yes.

8         Q    There is no clinical studies or peer

9    review articles that could establish why on this day

10   he had ECAST, whereas if he had done the same thing

11   on another day he would not?

12        A    You're correct.

13        Q    Science just hadn't reached that

14   conclusion, right?

15        A    Yes, I think that's a reasonable way to

16   look at it.

17        Q    And while you believe that hydration and

18   oxygen would have saved his life, there is no

19   scientific peer review article which establishes

20   that to true, correct?

21        A    That's correct.

22        Q    You're just drawing the conclusion that

23   says if anybody is in distress and says they can't

24   breath, they're going to benefit from giving oxygen

25   and fluids?

184

1      A      Yes, those are appropriate interventions

2   for anyone with those general complaints.

3      Q      It's never going to hurt anyone?

4      A      That's correct, it will never hurt anyone.

5      Q      And the only article that you are relying

6   upon, that I can see, although you identified these

7   other articles, is the one that was identified as

8   Exhibit 6, the military article?

9      A      Yes.  That's the only one that establishes

10  the algorithm that we were talking about.

11     Q      And the algorithm is the treatment that

12  they suggest you provide if someone is in ECAST,

13  right?

14     A      Yes.

15     Q      And, you know, we may quarrel about this

16  and the article speaks for itself, but I did not see

17  any conclusions that this would definitively prevent

18  someone's death.

19     A      Correct, I'm not aware of conclusions

20  that, you know, to that degree of certitude.

21     Q      And in fact, the conclusion in the report

22  says, "The summit and expert panel established

23  recommendations regarding exercise and SCD" -- which

24  I think is sickle cell trait.

25     A      Sudden cardiac death.

185

1     Q     Sudden cardiac?

2     A     Yeah.  That's okay.  Or sickle cell

3  disease.

4     Q     It says SCT.

5     A     Oh, SCT, okay, that's sickle cell trait.

6  Okay.  I'm sorry, I misheard you.

7     Q     "The summit and expert panel established

8  recommendations regarding exercise and SCT, that can

9  be implemented to improve the health of all, not

10  just those with SCT."

11          And that's what we said before.  Nobody is

12  going to get hurt by the fact that you give them

13  oxygen and water?

14     A     Or IV fluids, correct.

15     Q     "Further research is needed before

16  conclusions can be drawn regarding the etiology of

17  the increased death rate observed in WA" -- and I

18  think those are servicemen --

19     A     Warfighters/athletes.

20     Q     And athletes.

21     A     It's military acronyms.

22     Q     "With SCT and the possibility exist that

23  SCT is a surrogate for as yet another contributing

24  factor for the unexplained deaths."

25          What does that sentence mean to you?

186

1          A     Okay.  Well, they --

2          Q     What do you think they mean by saying the

3     possibility exist that SCT is a surrogate for --

4          A     Oh.

5          Q     -- another contributing factor for the

6     unexplained?

7          A     Oh, okay.  Now, that -- there may be

8     something, some other physiologic aberration tied to

9     genetics which starts, starts the deleterious chain

10    of physiologic events from happening and -- or

11    starts, starts it occurring and the presence of the

12    sickle cell trait then enhances, exacerbates or

13    otherwise complicates this.

14         Q     So you would agree that this study that

15    we're talking about, it makes recommendations but it

16    doesn't draw a conclusion that lives would be saved

17    in any percentage by the administration of hydration

18    and oxygen?

19         A     Correct.  Now, it does not make

20    conclusions and certainly can't give percentages.

21         Q     And is there any quantification anywhere

22    as to how much liquid you would give somebody, how

23    much oxygen for how long, how long, how far along

24    they are in the ECAST syndrome?

25         A     Not that, not that I'm aware of, not to

187

1    that degree.  There may be, but I'm not aware of it.

2         Q    You also, I think you said that while the

3    EMTs and paramedics you think should have considered

4    sickle cell crisis as a possibility, given the

5    circumstances, you don't fault them for not making

6    that diagnosis as such in the field, do you?

7         A    Oh, no, no.

8         Q    And you certainly wouldn't extrapolate and

9    say that the officers should have made that

10   diagnosis, do you?

11        A    Oh, no, I would not.

12        Q    And do you know what Douglasville officers

13   carry with them or have available to them in their

14   vehicles, in terms of providing oxygen saturation or

15   hydration?

16        A    Oh, no, I don't know.

17        Q    Those are medical issues?

18        A    Yeah, those are medical issues.

19        Q    And you wouldn't fault police officers for

20   relying upon trained paramedics and EMTs to evaluate

21   a patient like Mr. Wilson and give guidance to the

22   officers, would you?

23        A    Oh, no, in fact I would expect it.

24        Q    And did you note in reviewing the

25   materials, that the time interval between the moment

188

 1    that any Douglasville officer encountered Mr. Wilson

 2    and the time when they called EMTs for assistance,

 3    was maybe a couple of seconds over five minutes?

 4         A    Yes, about four minutes, I did see that.

 5         Q    And that's what you would hope they would

 6    do, right?

 7         A    That's completely appropriate.

 8         Q    Okay.  Tell me what the discrepancy was

 9    between the information about oxygen sats that you

10    referred to?  I think I know this, but it wasn't

11    delineated with any specificity.  This is on the

12    second full paragraph on page 4.

13         A    Yes.  Well, it was really more of the, the

14    pulse.

15         Q    Okay.

16         A    Yeah, the oxygen saturations, I mean --

17    yeah -- excuse me -- because the saturation, you

18    know, Porterfield is giving it in the range of high

19    90s with 98 percent being the average, and then

20    Officer Smith says that "They stated to me that his

21    pulse was 110 and his oxygen level was 96 at that

22    point."

23              So I don't see the oxygen saturations, you

24    know, it's a bit of apples and oranges, if you will.

25         Q    So you're saying that Officer Smith's

189

1    recollection was that this is what the paramedics

2    told me his oxygen sats were at --

3         A    At whatever point.

4         Q    At some point in time?

5         A    Yes, but the, you know, the discrepancy

6    really is the, you know, the pulse rate that

7    Porterfield says that the pulse was in the mid to

8    high 50s, average pulse rate of 57.  And Officer

9    Smith says, "They stated to me that his pulse was

10   110."

11        Q    Would you characterize Mr. Wilson's

12   situation as an emergency situation?  When he

13   reports he's difficulty breathing?  From that point

14   on we're dealing with an emergency situation?

15        A    I would, especially with his repeated

16   complaint that I, you know, I can't breath, I can't

17   breath.  You know, yes, I would consider that to be

18   an emergency situation.

19        Q    There was some discussion of the cardiac

20   monitoring and an AED?

21        A    Yes.

22        Q    Do you know whether any Douglasville

23   officers carry that type of equipment in their

24   vehicles?

25        A    I do not.

190

1       Q     Would you suspect they would?

2       A     Some do, some don't, but, you know, I

3  don't know what their departmental policy and

4  procedure is.  You know, they're expensive units

5  and, you know, again, some departments may, others

6  won't, but I can't fault them either way.  But

7  again, calling for paramedic assistance, they

8  certainly have the AED on their truck.

9       Q     And you don't fault them following the

10  advice of the EMTs who cleared him for transport, do

11  you?

12       A     No, no.  I mean that was, in my view, that

13  was why they called the EMTs.

14            MR. GRAY:  That's it for me.

15            THE WITNESS:  Short, sweet and hard to

16       beat.

17                    CROSS-EXAMINATION

18  BY MR. DEMPSEY:

19       Q     Sir, I'm Brian Dempsey, we met before.  I

20  represent Ryan Cadwell.

21            On page 4 of your report you mentioned in

22  the first full paragraph that the officers assumed

23  that Martez Wilson -- it says Marquez --

24       A     That's what happens.  Since I typed it

25  myself, I will take blame for those.

191

1        Q      Anyhow, the officers assumed that when
2   Martez Wilson was, quote, noncompliant, he was
3   unable to get up on his own.
4               Do you see where you wrote that?
5        A      Okay, yes.
6        Q      What is the basis for your statement that
7   Mr. Wilson was unable to get up on his own?
8        A      Well, as I recall, I believe they asked
9   him to get up and, you known, and he didn't.  And
10  then my interpretation was, at least from the
11  discourse, that he was not, as Mr. Wilson was not
12  helping them in getting up.  The officers had to
13  lift him up and carry him.
14       Q      So we have the fact that he did not
15  actually comply with the officer's request, correct?
16       A      Yes.
17       Q      Do you have anything else?
18       A      No.  I mean he was not answering their
19  questions and, you know, I don't know that I can
20  give a definition, a law enforcement definition of
21  noncompliance.  I think some of that is, you know
22  the eye of the beholder and, you know, they're the
23  ones who are assessing and evaluating him and trying
24  to get him in the vehicle.
25              So how they define noncompliance, you

192

1   know, could be a wide range of things.  But not

2   doing -- not following through on their request and

3   questions, you know, in the broad sense, at least I

4   view that as noncompliance.  But then again, I'm not

5   a cop.

6       Q    Right.  So you're not taking issue with

7   the officers' characterization of Mr. Wilson as

8   noncompliant?

9       A    Oh, no, I'm not taking issue with that,

10  no, I think it's their interpretation of the

11  situation and his behavior.

12      Q    And would you agree that it's typical in

13  an ECAST incidents for observers, whether they be

14  sports coaches or drill instructors or law

15  enforcement officers, to interpret what they see as

16  an individual feigning an illness?

17           MR. SPEARS:  Objection to form.

18           THE WITNESS:  Okay --

19           MR. SPEARS:  You're asking his opinion of

20       those third parties assessments of some

21       generalized noncompliance that they don't know

22       what it is?

23           THE WITNESS:  I'm not sure I understood

24       exactly what you asked me.

25      Q    (By Mr. Dempsey)  Right.  And I think just

193

1    to give you a footing here, I'm referring back to

2    the incident about the Marine that you were citing.

3        A    Yes.

4        Q    And what was your involvement in reviewing

5    that?

6        A    Oh, really establishing the cause of

7    death, and, you know, despite the fact the military

8    pathologists had established the sickle cell trait

9    as the, you know, the complications that are of

10   ECAST basically.  This was before the term ECAST was

11   coined.  But establishing that as the cause of

12   death.

13       Q    And other than that, you've looked at

14   literature to determine the typical course of events

15   in an ECAST incident, correct?

16       A    Well, yes, and then ones that I have seen

17   myself too.

18       Q    Okay.  Would you agree that it's not

19   unusual for observers to interpret an individual in

20   an ECAST event as feigning illness?

21       A    Oh, okay.  I think I understand what

22   you're asking.  And that has been -- that general

23   approach has been recognized as one of the problems

24   with missing individuals who have ECAST.  It's that

25   their behavior, their sign, symptoms, however

194

1    they're manifesting, you know, whatever is being is

2    shown to observe -- whatever is happening to them

3    that observers are viewing is misinterpreted as

4    being something that it is not.  And that's been one

5    emphasis, definitely in the military, and in

6    athletics as well is that these, these must be taken

7    seriously and not interpreted as well, it's just

8    only feigning or he's playing possum or he doesn't

9    want to do what he is supposed to do.  You see what

10   I'm saying?

11        Q    Yes.

12        A    That the, the error, if there is one,

13   should always be made on the side of assuming the

14   worst and addressing that rather than concluding

15   that it's -- whatever is happening to the person is

16   of minor consequence.

17        Q    In the military, those developments in

18   improved policies have only taken root in the last

19   seven years or so; is that right?

20        A    Yeah, something like that.  That's when

21   the real emphasis has, has, you know, come forth, I

22   mean once, you know, large amounts of -- well,

23   fatalities have really been reviewed to a great, to

24   a great extent, and the phenomenon that's defined as

25   ECAST is at least known and recognized as an entity

195

1    that is, you know, strongly associated with sickle
2    cell trait.
3              So with all of those things that I think
4    at least clarify the problem, then the perspective
5    of, of treating patients like this or individuals
6    like this as potentially having ECAST or something
7    else of a serious nature, is the proper course of
8    action.  So because, like I said,d you will err on
9    the side of, of taking it seriously, and if turns
10   out, you know, that somebody is malingering, well, I
11   mean that would come out in the wash, you know, but
12   you won't, you won't inadvertently or, you know,
13   through poor decisions miss someone who really is
14   getting very ill in front of you.
15        Q    Right.  Have developments in the athletic
16   side of this also been fairly recent, say within the
17   last seven years or so?
18        A    Yes, there's -- the focus, the emphasis is
19   lot different, and there actually is more of a
20   mandated alliance on doing -- of screening
21   participants for sickle cell trait.
22              Because it's, you know, in the military
23   when you sign your name they own you, you know, but,
24   you know, participation in sports through the
25   professional level is something that's voluntarily

196

1    and then as a consequence there's, you know, the

2    agencies or the entities that oversee athletes have,

3    you know, have, have a responsibility to, you know,

4    to make sure that someone is potentially not at

5    risk.

6              You know, for instance, I mean at present

7    -- there are certain sports, certain places that

8    sickle cell trait is an exclusion for participating

9    in sports, you know.  Those are administrative

10   decisions but those are the reasons behind it.

11       Q    Is it fair to say that any other fields

12   other than military and athletics management would

13   be following in the area of protocols for ECAST

14   events?

15       A    Yeah, that's fair, yes.

16             MR. DEMPSEY:  I'm done.

17          (Dr. Sperry takes phone call.)

18             RECROSS-EXAMINATION

19   BY MR. GRAY:

20       Q    I just have two little questions.

21       A    Certainly.

22       Q    You produced to us courtroom and

23   deposition testimony?

24       A    Yes.

25       Q    A list of your cases from 2014 forward.

197

And I know Sun asked you do you remember any cases
you've been involved with sickle cell and you told
us about one a decade ago.

        Just want to confirm that none of these
cases on this list involve sickle cell issues?

    A    That's correct.

    Q    The other question I had is, you said you
can't the moment or time of Mr. Wilson's death, can
you?

    A    No, I cannot.

    Q    And your statement earlier that you
believe he must have deceased somewhere after he was
taken towards the jail and when he got to the jail;
is that fair?

    A    Yes.

    Q    And do you base that on the reports of the
paramedic that he got an oxygen sat while he was
still in the car before they left?

    A    Yes, yes.

    Q    Otherwise, he could have been deceased
when he was in the car when the EMTs arrived, right?

    A    Yes, if he was deceased then, he also
probably --

    Q    He would not have an oxygen sat?

    A    Nor a pulse.

198

1      Q      Nor a pulse.

2             MR. GRAY:  Okay.  Thank you very much.

3      We're done.

4             MR. SPEARS:  That's it.

5                    (DEPOSITION CONCLUDED.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

199

1                    C E R T I F I C A T E

2   G E O R G I A:

3   FULTON COUNTY:

4              I hereby certify that the foregoing

5       transcript was taken down, as stated in the

6       caption, and the questions and answers thereto

7       were reduced to typewriting under my direction;

8       that the foregoing pages 1 through 198

9       represent a true, complete and correct

10      transcript of the evidence given upon said

11      hearing; am in compliance with O.C.G.A. Section

12      9-11-28(d) and Section 15-14-37(a) and (b); and

13      I further certify that I am not of kin or

14      counsel to the parties in the case; not in the

15      regular employ of counsel for any of said

16      parties; nor am I in anywise interested in the

17      result of said case.

18              This the 22nd day of March, 2018.

19

20                    _____

21                    DEBRA J. PUCKETT, CCR, B-1188

22

23

24

25