IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY WILSON and KIMBERLY WILSON, the parents of Martez Wilson, and the ESTATE OF MARTEZ WILSON, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>CITY OF DOUGLASVILLE, GA, OFFICER COYLEE DANLEY, et al., <br><br>　　　　Defendants. | Case No. <br>1:17-CV-00634-WMR |

## PLAINTIFFS' NOTICE OF MANUAL FILING

Please take notice that Plaintiffs have manually filed the following materials to be considered by this Court in connection with their responses to motions for summary judgment filed by Defendants:

1.　All of those items as outlined on the Table of Contents attached hereto.

This the 21st day of December, 2018.

　　　　　　　　　　　　　　　　　　S/ G. BRIAN SPEARS
　　　　　　　　　　　　　　　　　　Bar No. 670112
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele: (404) 872-7086

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Brian R. Dempsey
Richard A. Carothers
Carothers & Mitchell, LLC
1809 Buford Highway
Buford, GA 30518

Harvey S. Gray
Dianna J. Lee
Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326

Sun S. Choy
Sara E. Brochstein
Freeman, Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948

S/BRIAN SPEARS, ECF-Registered Attorney
Georgia Bar No. 670112
Attorney for Plaintiff
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com