## TABLE OF CONTENTS

| Exhibit No. | Description |
| --- | --- |
| Ex. A | 7 [134 holding cell 7] 49 - video |
| Ex. B | Danley Dep., Ex. 5 - 0000000043_Dispatch_2015-03-03_00_59_43_by_ui_startdate_asc - audio |
| Ex. C | Composite Video |
| Ex. D | Smith Patrol Car Video |
| Ex. E | Danley Patrol Car Video |
| Ex. 9 | Steve Pace Declaration Exhibits |
| Ex. F | Officer Andrew Smith's interview with the GBI - audio |
| Ex. G | Officer Coylee Danley's interview with the GBI - audio |
| Ex. H | Paramedic Bryan Porterfield's interview with the GBI - audio |
| Ex. I | EMT Sean Flack's interview with the GBI - audio |
| Ex. J | [124 mantrap twrds cell row] 39 - Video |