IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY WILSON and KIMBERLY WILSON, the parents of Martez Wilson, and the ESTATE OF MARTEZ WILSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DOUGLASVILLE, GA, OFFICER COYLEE DANLEY, et al.,<br><br>Defendants. | Case No.<br>1:17-CV-00634-WMR |

## **PLAINTIFFS' NOTICE OF FILING ORIGINAL DISCOVERY**

NOW COME the Plaintiffs in the above-styled action, and hereby give notice of their filing with the Court, for evidence and other purposes allowed under the Federal Rules of Civil Procedure, the following:

1. All of those documents as outlined on the Table of Contents attached hereto.

This the 21st day of December, 2018.

S/ G. BRIAN SPEARS
                                            Bar No. 670112
                                            Attorney for Plaintiffs

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele: (404) 872-7086

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Brian R. Dempsey
Richard A. Carothers
Carothers & Mitchell, LLC
1809 Buford Highway
Buford, GA 30518

Harvey S. Gray
Dianna J. Lee
Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326

Sun S. Choy
Sara E. Brochstein
Freeman, Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948

S/BRIAN SPEARS, ECF-Registered Attorney
Georgia Bar No. 670112
Attorney for Plaintiff
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com