## TABLE OF CONTENTS

| Exhibit No. | Description |
|---|---|
| 1 | City of Douglasville's Responses to Plaintiffs' First Request for Admissions |
| 2 | Douglasville Police Dept. SOP #10-15-01.3 - Arrest Procedures |
| 3 | Douglasville GIRMA Insurance declaration pages |
| 4 | Douglasville GIRMA policy |
| 5 | Bryan Porterfield's Report |
| 6 | Douglasville Fire and EMS contract |
| 7 | Roger Clark Declaration |
| 8 | Robert C. Krause Declaration |
| 9 | Steve Pace Declaration |
| 10 | Dr. Kris L. Sperry Declaration |
| 11 | Carlos Burroughs Declaration |
| 12 | Select EMS Treatment Guidelines |
| 13 | Bryan Porterfield Paramedic (1287-1289) |
| 14 | Sean Flack EMT (1319-1321) |
| 15 | Officer Andrew Smith (1307-1213) |
| 16 | Officer Coylee Danley (1314-1318) |
| 17 | Porterfield Counseling Session re: Respiratory Distress Guideline |