IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANTHONY WILSON and KIMBERLY WILSON, the parents of Martez Wilson, and the ESTATE OF MARTEZ WILSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO.: 1:17-cv-00634-ELR |
| CITY OF DOUGLASVILLE, GA, OFFICER COYLEE DANLEY, in his individual capacity, OFFICER ANDREW SMITH, in his individual capacity, EMT SEAN FLACK, in his individual capacity, and PARAMEDIC BRIAN PORTERFIELD, in his individual capacity, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF DEFENDANT RYAN CADWELL'S
MOTION FOR SUMMARY JUDGMENT**

COMES NOW defendant Ryan Cadwell (incorrectly named in plaintiffs' complaint as "Sgt. Caldwell"), and hereby withdraws his motion for summary judgment (Doc. 121).

CAROTHERS & MITCHELL, LLC

*/s/ Brian R. Dempsey*
Richard A. Carothers
Georgia Bar No. 111075
richard.carothers@carmitch.com
Brian R. Dempsey
Georgia Bar No. 217596
brian.dempsey@carmitch.com

Attorneys for Defendant Ryan Cadwell

1809 Buford Highway
Buford, GA 30518
(770) 932-3552 (office)
(770) 932-6348 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF WITHDRAWAL OF DEFENDANT RYAN CADWELL'S MOTION FOR SUMMARY JUDGMENT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

G. Brian Spears
1126 Ponce de Leon Avenue
Atlanta, Georgia 30306

Jeffrey R. Filipovits
Filipovits Law, PC
2900 Chamblee-Tucker Road
Building 1
Atlanta, Georgia 30341

Sun S. Choy
Sara E. Brochstein
Freeman, Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948

Harvey S. Gray
Dianna J. Lee
Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326

This 7th day of February, 2019.

*/s/ Brian R. Dempsey*
Brian R. Dempsey
Georgia Bar No. 217596
brian.dempsey@carmitch.com

CAROTHERS & MITCHELL, LLC
1809 Buford Highway
Buford, GA 30518
(770) 932-3552 (office)
(770) 932-6348 (fax)