IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANTHONY WILSON and KIMBERLY WILSON, the parents of Martez Wilson, and the ESTATE OF MARTEZ WILSON, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 1:17-cv-00634-ELR |
| CITY OF DOUGLASVILLE, GA, OFFICER COYLEE DANLEY, in his individual capacity, OFFICER ANDREW SMITH, in his individual capacity, SGT. CALDWELL, in his individual capacity, EMT SEAN FLACK, in his individual capacity, PARAMEDIC BRIAN PORTERFIELD, in his individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Defendants City of Douglasville, Georgia, Coylee Danley and Andrew Smith hereby notify this Court that these defendants and plaintiffs have reached an agreement regarding settlement in the above referenced matter. Upon final consummation of the agreement upon settlement, the parties will file a motion to withdraw the Bill of Costs. This settlement will only affect one of the two

respective Bill of Costs and objections thereto. (Docs. 184 and 192). Further, the settlement pertains exclusively to Defendants City of Douglasville, Georgia, Coylee Danley and Andrew Smith and does not have any impact upon either the Bill of Costs or the appeal that involves Porterfield and Flack. (Docs. 183 and 191).

The undersigned, in accordance with L.R. 7.1 and 5.1(C), hereby certifies that the type font used herein is 13-Point Book Antiqua font.

Respectfully submitted this 20th day of February, 2020.

| For Plaintiffs: | For Defendants Douglasville, Danley, and Smith: |
|---|---|
| /s/ G. Brian Spears<br>G. Brian Spears<br>Georgia Bar No. 670112<br>**G. BRIAN SPEARS, PC**<br>1126 Ponce de Leon Avenue<br>Atlanta, GA  30306<br>404-872-7086<br>404-892-1128 (fax)<br>bspears@brianspearslaw.com<br><br>/s/ Jeffrey R. Filipovits<br>Jeffrey R. Filipovits<br>Georgia Bar No. 825553<br>**FILIPOVITS LAW FIRM, PC**<br>2900 Chamblee-Tucker Road<br>Building 1<br>Atlanta, GA  30341<br>770-455-1350<br>jeff@law.filipovits.com | /s/ Harvey S. Gray<br>Harvey S. Gray<br>Georgia Bar No. 305838<br>Alex Joseph<br>Georgia Bar No. 590921<br>**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE**<br>950 East Paces Ferry Road, NE<br>Suite 1700 – Salesforce Tower Atlanta<br>Atlanta, Georgia 30326<br>(404) 870-7376 (Gray)<br>(404) 870-7389 (Joseph)<br>(404) 870-7374 (Fax)<br>hgray@grsmb.com<br>ajoseph@grsmb.com |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **NOTICE OF SETTLEMENT** by filing the same with the Clerk of Court using the CM/ECF system which automatically sends a service copy via email notification upon all counsel of record in the above-captioned action.

This 20th day of February, 2020.

/s/Harvey S. Gray
Harvey S. Gray
Georgia Bar No. 305838
Alex Joseph
Georgia Bar No. 590921
*Attorneys for Defendants Douglasville, Danley, and Smith*

**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, NE
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia  30326
 (404) 870-7376 (Gray)
(404) 870-7389 (Joseph)
(404) 870-7374 (Fax)
hgray@grsmb.com
ajoseph@grsmb.com