IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY WILSON and KIMBERLY WILSON, the parents of Martez Wilson, and the ESTATE OF MARTEZ WILSON, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DOUGLASVILLE, GA, OFFICER COYLEE DANLEY, et al., <br><br> Defendants. | CIVIL ACTION FILE NO. <br><br> 1:17-cv-00634-WMR |

## ORDER

It appearing to the Court that all parties consent, and for good cause shown, it is hereby Ordered that Plaintiffs' complaint against defendants City of Douglasville, Georgia, Coylee Danley and Andrew Smith be and the same is hereby dismissed, with prejudice, with each party to pay their own fees and costs; and that the present dismissal of said defendants herein does not affect the claims asserted by plaintiffs against Porterfield or Flack, which claims are presently the subject of an appeal in the 11th Circuit.

SO ORDERED this 27th day of April, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

| For Plaintiffs: | For Defendants Douglasville, Danley, and Smith: |
|---|---|
| /s/ G. Brian Spears <br> G. Brian Spears <br> Georgia Bar No. 670112 <br> G. BRIAN SPEARS, PC <br> 1126 Ponce de Leon Avenue <br> Atlanta, GA  30306 <br> 404-872-7086 <br> 404-892-1128 (fax) <br> bspears@brianspearslaw.com | /s/ Harvey S. Gray <br> Harvey S. Gray <br> Georgia Bar No. 305838 <br> Alex Joseph <br> Georgia Bar No. 590921 <br> GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE <br> 950 East Paces Ferry Road, NE <br> Suite 1700 – Salesforce Tower Atlanta <br> Atlanta, Georgia  30326 <br> (404) 870-7376 (Gray) <br> (404) 870-7389 (Joseph) <br> (404) 870-7374 (Fax) <br> hgray@grsmb.com <br> ajoseph@grsmb.com |
| /s/ Jeffrey R. Filipovits <br> Jeffrey R. Filipovits <br> Georgia Bar No. 825553 <br> FILIPOVITS LAW FIRM, PC <br> 2900 Chamblee-Tucker Road <br> Building 1 <br> Atlanta, GA  30341 <br> 770-455-1350 <br> jeff@law.filipovits.com | **For Defendants Porterfield and Flack:** <br><br> /s/ Sun S. Choy <br> Sun S. Choy <br> Georgia Bar No. 025148 <br> Sara E. Brochstein <br> Georgia Bar No. 446366 <br> FREEMAN, MATHIS & GARY, LLP <br> 100 Galleria Parkway, Suite 1600 <br> Atlanta, GA  30339-5948 <br> 770-818-0000 <br> 770-937-9960 (Fax) <br> schoy@fmglaw.com <br> sbrochstein@fmglaw.com |